DOCUMENT NOT IMAGED DUE TO ITS SIZE.

PLEASE SEE ORIGINAL DOCUMENT

IN THE FILES DEPARTMENT

FILED
JUNE 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**United States Bankruptcy Court**
NORTHERN DISTRICT OF ILLINOIS
219 S. Dearborn Street
Chicago, IL 60604

**Kenneth S. Gardner**, Bankruptcy Clerk

Date 06/23/2008

Michael Dobbins, Clerk
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

Case Number 07BK03856

Case Name J S II LLC et al

Notice of Appeal Filed 06/05/2008

Appellant

Dear Sir:

Pursuant to **Bankruptcy Rule 8007** transmitted herewith is the Record on Appeal. The Record on Appeal consist of:

- [x] Transmittal Letter and Civil Cover Sheet
- [x] Designation and Statement of Issues
- [ ] Transcript of Proceeding
- [ ] In Forma Pauperis
- [x] Notice of Appeal
- [ ] Copy of Documents Designated
- [ ] Exhibits
- [ ] Expedited Notice of Appeal

FILED
JUN 2 3 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Additional Items Included

- [ ]

**08CV3582**
**JUDGE SHADUR**
**MAGISTRATE JUDGE DENLOW**

1 Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record on Appeal

- [ ]

Previous D C Judge ______ Case Number ______

By Deputy Clerk [signature]

Revised 03/26/08d

**JNTADMN, LEAD, APPEAL**

**U.S. Bankruptcy Court**
**Northern District of Illinois (Chicago)**
**Bankruptcy Petition #: 07-03856**
**Internal Use Only**

*Assigned to:* Jacqueline P. Cox
Chapter 11
Voluntary
Asset

*Date Filed:* 03/05/2007

***Debtor***
**J.S. II, L.L.C.**
3300 South Racine
Chicago, IL 60608
Tax id: 36-4206382

represented by **Shaw Gussis Fishman Glantz Wolfson & Towbin Llc**
321 North Clark Street Suite 800
Chicago, IL 60610
312-541-0151

**Allen J Guon**
Shaw Gussis Fishman Glantz Wolfson & Tow
321 N. Clark St., Suite 800
Chicago, Il 60610
312 541-0151
Fax : (312) 980-3888
Email: aguon@shawgussis.com

**Daniel L Stanner**
Tabet DiVito & Rothstein
209 S LaSalle St
7th Floor
Chicago, IL 60604
312 762-9461
Email: dstanner@tdrlawfirm.com

**Janice A Alwin**
Shaw Gussis Fishman Glantz Wolfson & Tow
321 N Clark St Ste 800
Chicago, IL 60610
312-276-1323
Fax : 312-275-0571
Email: jalwin@shawgussis.com

**Matthew A Swanson**
Barack Ferrazzano Kirschbaum & Nagelberg
200 West Madison Street, Suite 3900
Chicago, IL 60606
312 984-3100
Email: matthew.swanson@bfkn.com

This is to certify that the within and attached document is a full, true and correct copy of the original thereof as the same appears on file in the office of the Clerk of the United States Bankruptcy Court for the Northern District of Illinois
KENNETH S. GARDNER
CLERK OF COURT
By [signature]
Deputy Clerk
Dated 6-23-08

**08CV3582**
**JUDGE SHADUR**
**MAGISTRATE JUDGE DENLOW**

**Patrick A Clisham**
Shaw Gussis Fishman Glantz Wolfson
321 North Clark Street
Suite 800
Chicago, IL 60610
312 980-3836
Fax : 312 275-0584
Email: pclisham@shawgussis.com

**Peter J Roberts**
Shaw Gussis et al
321 North Clark St
Suite 800
Chicago, IL 60610
312-276-1322
Fax : 312-275-0568
Email: proberts@shawgussis.com

**Richard A. Saldinger**
Shaw Gussis
321 N. Clark Street
Chicago, IL 60610
312 541-0151
Fax : 312 275-0563
Email: rsaldinger@shawgussis.com

**Steven B Towbin**
ShawGussisFishmanGlantzWolfson&TowbinLLC

321 N Clark St
Suite 800
Chicago, IL 60610
312-276-1333
Fax : 312-275-0569
Email: stowbin@shawgussis.com

**Vipin R Gandra**
Shaw Gussis Fishman Glantz Wolfson & Tow
321 N Clark St., Suite 800
Chicago, IL 60610
312 980-3871
Email: vgandra@shawgussis.com

***U.S. Trustee***

**William T Neary**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785

| | | |
|---|---|---|
| *3rd Pty Defendant*<br>**Sid Diamond** | represented by | **Daniel L Stanner**<br>(See above for address) |
| *3rd Pty Defendant*<br>**Diamond Family, L.L.C.** | represented by | **Daniel L Stanner**<br>(See above for address) |
| *3rd Pty Defendant*<br>**John J. Kinsella** | represented by | **Daniel L Stanner**<br>(See above for address) |
| *3rd Pty Defendant*<br>**Kinsella Investments L.P.** | represented by | **Daniel L Stanner**<br>(See above for address) |
| *Creditor Committee*<br>**Official Committee of Unsecured Creditors of JS II, L.L.C., et al.** | represented by | **Drinker Biddle Gardner Carton**<br><br>**Jenner & Block LLC**<br>One IBM Plaza<br>Chicago, IL 60611<br>312-222-9350<br><br>**Andrew E Weissman**<br>Drinker Biddle Gardner Carton<br>191 N. Wacker Drive<br>Suite 3700<br>Chicago, IL 60606<br>(312) 569-1214<br>Fax : (312) 569-3214<br>Email: andrew.weissman@dbr.com<br>*TERMINATED: 10/30/2007*<br><br>**Catherine L Steege, ESQ**<br>Jenner & Block LLP<br>330 N. Wabash Avenue<br>Chicago, IL 60611<br>312 222-9350<br>Fax : 312 527-0484<br>Email: csteege@jenner.com<br><br>**Mark Melickian**<br>Gardner, Carton & Douglas LLP<br>191 N. Wacker Drive<br>Chicago, IL 60606<br>312 569-1207<br>Email: mmelickian@gcd.com<br>*TERMINATED: 10/30/2007*<br><br>**Timothy R Casey**<br>Drinker Biddle Gardner Carton<br>191 N Wacker Dr Suite 3700<br>Chicago, IL 60606-1698<br>312-569-1000 |

Email: timothy.casey@dbr.com
*TERMINATED: 10/30/2007*

| Filing Date | # | Docket Text |
|---|---|---|
| 03/05/2007 | 1 | Chapter 11 Voluntary Petition Fee Amount $1039, Filed by Janice A Alwin on behalf of J.S. II, L.L.C. (Alwin, Janice) (Entered: 03/05/2007) |
| 03/05/2007 | 2 | Receipt of Voluntary Petition (Chapter 11)(07-03856) [misc,volp11a] (1039.00) Filing Fee. Receipt number 6661029. Fee Amount $1039.00 (U.S. Treasury) (Entered: 03/05/2007) |
| 03/05/2007 | 3 | Declaration Re: Electronic Filing Filed by Janice A Alwin on behalf of J.S. II, L.L.C.. (Alwin, Janice) (Entered: 03/05/2007) |
| 03/05/2007 | 4 | List of Creditors Filed by Janice A Alwin on behalf of J.S. II, L.L.C.. (Alwin, Janice) (Entered: 03/05/2007) |
| 03/05/2007 | 5 | Notice of Motion and Motion for Joint Administration of Lead Case 07-03856 (J.S. II, L.L.C.) with Member Case(s) 07-03864 (River Village I, L.L.C.), 07-03865 (River Village West, L.L.C.) and 07-03866 (KND Investments, LLC) Filed by Matthew A Swanson on behalf of J.S. II, L.L.C.. Hearing scheduled for 3/8/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Swanson, Matthew) (Entered: 03/05/2007) |
| 03/05/2007 | 6 | Notice of Motion and Motion to Borrow $14,500,000 Filed by Peter J Roberts on behalf of J.S. II, L.L.C.. Hearing scheduled for 3/8/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit 1 (Proposed Interim Financing Order)# 2 Exhibit 2 (Form Of Commitment Letter and Term Sheet)) (Roberts, Peter) (Entered: 03/05/2007) |
| 03/05/2007 | 7 | Attachment(s) Filed by Peter J Roberts on behalf of J.S. II, L.L.C. (RE: 6 Motion to Borrow, ). (Attachments: # 1 Exhibit A1, A2# 2 Exhibit A3# 3 Exhibit A4# 4 Exhibit A5, A6# 5 Exhibit A7, A8# 6 Exhibit A9, A10, A11# 7 Exhibit B1# 8 Exhibit B2# 9 Exhibit B3# 10 Exhibit B4# 11 Exhibit B5, B6, B7# 12 Exhibit B8, B9, B10, B11, B12) (Roberts, Peter) (Entered: 03/05/2007) |
| 03/05/2007 | 8 | Appearance Filed by Steven B Towbin on behalf of J.S. II, L.L.C.. (Towbin, Steven) (Entered: 03/05/2007) |
| 03/05/2007 | 9 | Notice of Motion and Application to Employ Shaw Gussis Fishman Glantz Wolfson & Towbin LLC as Bankruptcy Counsel Filed by |

| | | |
|---|---|---|
| | | Matthew A Swanson on behalf of J.S. II, L.L.C.. Hearing scheduled for 3/8/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order # 2 Exhibit A) (Swanson, Matthew) (Entered: 03/05/2007) |
| 03/05/2007 | 10 | Notice of Motion and Application to Employ John J. Vondran as Special Transactional Counsel Filed by Matthew A Swanson on behalf of J.S. II, L.L.C.. Hearing scheduled for 3/8/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order # 2 Exhibit A) (Swanson, Matthew) (Entered: 03/05/2007) |
| 03/05/2007 | 11 | Notice of Motion and Application to Employ Tabet DiVito & Rothstein LLC as Special Litigation Counsel Filed by Matthew A Swanson on behalf of J.S. II, L.L.C.. Hearing scheduled for 3/8/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order # 2 Exhibit A) (Swanson, Matthew) (Entered: 03/05/2007) |
| 03/05/2007 | 12 | Notice of Motion and Application to Employ High Ridge Partners, Inc. as Financial Advisor Filed by Matthew A Swanson on behalf of J.S. II, L.L.C.. Hearing scheduled for 3/8/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order # 2 Exhibit A) (Swanson, Matthew) (Entered: 03/05/2007) |
| 03/05/2007 | 13 | Notice of Motion and Motion to Pay Prepetition Employee Obligations Filed by Matthew A Swanson on behalf of J.S. II, L.L.C.. Hearing scheduled for 3/8/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Swanson, Matthew) (Entered: 03/05/2007) |
| 03/05/2007 | 14 | Notice of Motion and Motion to Provide Adequate Assurance of Payment to Utilities Filed by Matthew A Swanson on behalf of J.S. II, L.L.C.. Hearing scheduled for 3/8/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Proposed Order) (Swanson, Matthew) (Entered: 03/05/2007) |
| 03/05/2007 | 15 | Notice of Motion and Motion for Administrative Order Pursuant To 11 U.S.C. 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals Filed by Matthew A Swanson on behalf of J.S. II, L.L.C.. Hearing scheduled for 3/8/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Swanson, Matthew) (Entered: 03/05/2007) |
| 03/05/2007 | 16 | Notice of Motion Filed by Matthew A Swanson on behalf of J.S. II, |

| | | |
|---|---|---|
| | | L.L.C. (RE: 14 Motion to Provide Adequate Assurance of Payment to Utilities,, 10 Application to Employ,, 9 Application to Employ,, 12 Application to Employ,, 6 Motion to Borrow,, 15 Motion for Administrative Order,, 13 Motion to Pay,, 5 Motion for Joint Administration,, 11 Application to Employ, ). Hearing scheduled for 3/8/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Swanson, Matthew) (Entered: 03/05/2007) |
| 03/05/2007 | 17 | Certificate of Service Filed by Matthew A Swanson on behalf of J.S. II, L.L.C. (RE: 14 Motion to Provide Adequate Assurance of Payment to Utilities, ). (Swanson, Matthew) (Entered: 03/05/2007) |
| 03/05/2007 | 18 | Declaration of John J. Kinsella in Support of Debtors' Chapter 11 Petitions and Initial Motions and Applications Filed by Matthew A Swanson on behalf of J.S. II, L.L.C.. (Attachments: # 1 Exhibit A through D) (Swanson, Matthew) (Entered: 03/05/2007) |
| 03/06/2007 | 19 | Notice of Motion and Motion to Authorize Debtors to Honor Homeowner Warranty Claims And To Repair Punch List Items Filed by Matthew A Swanson on behalf of J.S. II, L.L.C.. Hearing scheduled for 3/8/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Swanson, Matthew) (Entered: 03/06/2007) |
| 03/08/2007 | 20 | Certificate of Service Filed by Matthew A Swanson on behalf of J.S. II, L.L.C. (RE: 14 Motion to Provide Adequate Assurance of Payment to Utilities, ). (Swanson, Matthew) (Entered: 03/08/2007) |
| 03/08/2007 | 21 | Hearing Continued (RE: 11 Employ,). Hearing Scheduled for 04/02/2007 at 02:00 PM at Courtroom 619 219 South Dearborn, Chicago, IL, 60604. (Watson,Anthony) (Entered: 03/08/2007) |
| 03/08/2007 | 22 | Hearing Continued (RE: 6 Borrow,). Hearing Scheduled for 04/10/2007 at 10:30 AM at Courtroom 619 219 South Dearborn, Chicago, IL, 60604. (Watson,Anthony) (Entered: 03/08/2007) |
| 03/08/2007 | 23 | Appearance Filed by Esther E Tryban Telser on behalf of City Of Chicago. (Tryban Telser, Esther) (Entered: 03/08/2007) |
| 03/08/2007 | 24 | Order Granting Motion For Joint Administration of Lead Case 07-03856 J.S. II, L.L.C. with Member Cases(s) 07-03864 River Village I, L.L.C., 07-03866 KND Investments L.L.C., 07-03865 River Village West, L.L.C. (Related Doc # 5). Signed on 3/8/2007. (Simmons, Carina) (Entered: 03/08/2007) |
| 03/08/2007 | 25 | Order Granting Motion to Authorize the debtor to Honor Homeowner Warranty Claims and repair list items (Related Doc # 19). Signed on |

| | | |
|---|---|---|
| | | 3/8/2007. (Simmons, Carina) (Entered: 03/08/2007) |
| 03/08/2007 | 26 | Order Granting Application to Employ Steven B Towbin for J.S. II, L.L.C., Shaw Gussis Fishman Glantz Wolfson & Towbin Llc for J.S. II, L.L.C. (Related Doc # 9). Signed on 3/8/2007. (Simmons, Carina) (Entered: 03/08/2007) |
| 03/08/2007 | 27 | Order Granting Motion For Adequate Assurance (Related Doc # 14). Signed on 3/8/2007. (Simmons, Carina) (Entered: 03/08/2007) |
| 03/08/2007 | 28 | Order Granting Motion To Pay Prepretition Employee Obligations (Related Doc # 13). Signed on 3/8/2007. (Simmons, Carina) (Entered: 03/08/2007) |
| 03/08/2007 | 29 | Order Granting Motion for Administrative Order and Reimbursement of Expenses of Proffessionals (Related Doc # 15). Signed on 3/8/2007. (Simmons, Carina) (Entered: 03/08/2007) |
| 03/08/2007 | 30 | Order Granting Application to Employ John J Vondran (Related Doc # 10). Signed on 3/8/2007. (Simmons, Carina) (Entered: 03/08/2007) |
| 03/08/2007 | 31 | Order Granting Application to Employ High Ridge Partners Inc (Related Doc # 12). Signed on 3/8/2007. (Simmons, Carina) (Entered: 03/08/2007) |
| 03/09/2007 | 32 | Meeting of Creditors . 341(a) meeting to be held on 4/12/2007 at 01:30 PM at 227 W Monroe Street, Room 3330, Chicago, Illinois 60606. Last day to oppose dischargeability is 6/11/2007 (Krystavel, Kara) (Entered: 03/09/2007) |
| 03/09/2007 | 33 | Attachment(s) Agreed Order Confirming Authority To Commence Chapter 11 Cases Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (RE: 1 Voluntary Petition (Chapter 11)). (Towbin, Steven) (Entered: 03/09/2007) |
| 03/09/2007 | 34 | Notice of Filing Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (RE: 33 Attachment). (Towbin, Steven) (Entered: 03/09/2007) |
| 03/09/2007 | 35 | BNC Certificate of Service - Meeting of Creditors. (RE: 32 Meeting of Creditors Chapter 11). No. of Notices: 505. Service Date 03/11/2007. (Admin.) (Entered: 03/12/2007) |
| 03/12/2007 | 36 | Notice of Motion and Application to Employ Colliers Bennett & Kahnweiler Inc. as Real Estate Agent Filed by Matthew A Swanson on behalf of J.S. II, L.L.C.. Hearing scheduled for 3/14/2007 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A & B# 2 Proposed Order Authorizing |

| | | |
|---|---|---|
| | | Debtors to Employ Colliers Bennett & Kahnweiler Inc. as Real Estate Agent and for Approval of Compensation Arrangement Related Thereto) (Swanson, Matthew) (Entered: 03/12/2007) |
| 03/12/2007 | 37 | Notice of Motion and Motion for Turnover of Funds from Park National Bank to Debtors Filed by Matthew A Swanson on behalf of J.S. II, L.L.C.. Hearing scheduled for 3/14/2007 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order Directing Park National Bank to Turn Over Funds) (Swanson, Matthew) (Entered: 03/12/2007) |
| 03/12/2007 | 38 | Notice of Motion and Motion for Post Petition Financing Filed by Steven B Towbin on behalf of J.S. II, L.L.C.. Hearing scheduled for 3/14/2007 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order Stipulation and Interim Order (i) Authorizing Secured Postpetition Financing on a Superpriority Basis Pursuant to 11 U.S.C. Section 364 and (ii) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c)) (Towbin, Steven) (Entered: 03/12/2007) |
| 03/12/2007 | 39 | Notice of Motion and Motion to Authorize Debtors to Serve by Electronic Mail Filed by Matthew A Swanson on behalf of J.S. II, L.L.C.. Hearing scheduled for 3/14/2007 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order Authorizing Service by Electronic Mail) (Swanson, Matthew) (Entered: 03/12/2007) |
| 03/12/2007 | 40 | Appearance Filed by Marc O. Beem on behalf of Snitzer Family LLC, Thomas J Snitzer. (Beem, Marc) (Entered: 03/12/2007) |
| 03/14/2007 | 41 | Appearance Filed by Barry A Erlich on behalf of FCL Builders, Inc.. (Erlich, Barry) (Entered: 03/14/2007) |
| 03/14/2007 | 42 | Notice and Certificate of Service Filed by Barry A Erlich on behalf of FCL Builders, Inc. (RE: 41 Appearance). (Erlich, Barry) (Entered: 03/14/2007) |
| 03/14/2007 | 43 | Hearing Continued (RE: 36 Employ,). Hearing Scheduled for 03/21/2007 at 10:30 AM at Courtroom 619 219 South Dearborn, Chicago, IL, 60604. (Watson,Anthony) (Entered: 03/14/2007) |
| 03/14/2007 | 44 | Notice of Motion and Motion to Extend Deadline to File Schedules or Provide Required Information Filed by Janice A Alwin on behalf of J.S. II, L.L.C.. Hearing scheduled for 3/20/2007 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Alwin, Janice) (Entered: 03/14/2007) |

| | | |
|---|---|---|
| 03/14/2007 | 45 | Notice of Motion and Application to Employ Keith Harrington as Special Real Estate Counsel Filed by Matthew A Swanson on behalf of J.S. II, L.L.C.. Hearing scheduled for 3/21/2007 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Proposed Order Authorizing Debtors to Employ Keith Harrington as Special Real Estate Counsel and for Approval of Compensation Arrangement Releated Thereto) (Swanson, Matthew) (Entered: 03/14/2007) |
| 03/14/2007 | 46 | Order Granting Motion to Authorize (Related Doc # 39). Signed on 3/14/2007. (Simmons, Carina) (Entered: 03/15/2007) |
| 03/14/2007 | 47 | Order Granting Motion for Turnover (Related Doc # 37). Signed on 3/14/2007. (Simmons, Carina) (Entered: 03/15/2007) |
| 03/14/2007 | 48 | Stipulation and Interim Order Scheduling (RE: 38 Post Petition Financing, ). Hearing scheduled for 4/10/2007 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604.Objections due by 4/3/2007. This Order shall be effective as of the date of its entry by the court. Signed on 3/14/2007 (Simmons, Carina) (Entered: 03/15/2007) |
| 03/15/2007 | 49 | Notice of Hearing Filed by Peter J Roberts on behalf of J.S. II, L.L.C. (RE: 6 Motion to Borrow, ). Hearing scheduled for 4/10/2007 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Stipulation and Interim Order (i) Authorizing Secured Postpetition Financing on a Superpriority Basis Pursuant to 11 U.S.C. Section 364 and (ii) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c)) (Roberts, Peter) (Entered: 03/15/2007) |
| 03/15/2007 | 50 | Certificate of Service Filed by Peter J Roberts on behalf of J.S. II, L.L.C. (RE: 49 Notice of Hearing, ). (Roberts, Peter) (Entered: 03/15/2007) |
| 03/16/2007 | 51 | Appointment of Unsecured Creditors Committee Filed by U.S. Trustee William T Neary. (Friedman, Richard) (Entered: 03/16/2007) |
| 03/16/2007 | 52 | Notice Filed by Matthew A Swanson on behalf of J.S. II, L.L.C. (RE: 46 Order on Motion to Authorize). (Swanson, Matthew) (Entered: 03/16/2007) |
| 03/16/2007 | 53 | Notice of Motion and Routine Motion Rule 2004 Examination of Arthur Hershkowitz Filed by Matthew A Swanson on behalf of J.S. II, L.L.C.. Hearing scheduled for 3/20/2007 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A/Agreement with Hershkowitz# 2 Proposed Order) (Swanson, Matthew) (Entered: 03/16/2007) |

| | | |
|---|---|---|
| 03/16/2007 | 54 | Notice of Motion and Motion to Reject Lease or Executory Contract - Exclusive Agency Agreement dated March 15, 2005 between JS II and River Village West and Arthur Hershkowitz Filed by Matthew A Swanson on behalf of J.S. II, L.L.C.. Hearing scheduled for 3/20/2007 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A/Agreement with Arthur Hershkowitz# 2 Proposed Order) (Swanson, Matthew) (Entered: 03/16/2007) |
| 03/19/2007 | 55 | Response to (related document(s): 44 Motion to Extend Deadline to File Schedules or Provide Required Information, ) Filed by Marc O. Beem on behalf of Thomas J Snitzer, Snitzer Family LLC (Attachments: # 1 Exhibit 1) (Beem, Marc) (Entered: 03/19/2007) |
| 03/19/2007 | 56 | Objection to (related document(s): 11 Application to Employ, ) Filed by Marc O. Beem on behalf of Thomas J Snitzer, Snitzer Family LLC (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3) (Beem, Marc) (Entered: 03/19/2007) |
| 03/20/2007 | 57 | Order Granting Motion for Rule 2004 (Related Doc # 53). Signed on 3/20/2007. (Simmons, Carina) (Entered: 03/20/2007) |
| 03/20/2007 | 58 | Order Granting Motion To Extend Deadline to File Schedules or Provide Required Information to April 6, 2007. Snitzer may file and Objection to the Debtors' Motion on or before April 9, 2007.(Related Doc # 44). Signed on 3/20/2007. (Simmons, Carina) (Entered: 03/20/2007) |
| 03/20/2007 | 59 | Order Granting Motion To Assume/Reject (Related Doc # 54). Signed on 3/20/2007. (Simmons, Carina) (Entered: 03/20/2007) |
| 03/21/2007 | 60 | Appearance Filed by Jeffrey A Chadwick on behalf of ACME Refining Company, Inc.. (Chadwick, Jeffrey) (Entered: 03/21/2007) |
| 03/21/2007 | 61 | Appearance for Kenneth J. Ottaviano Filed by Jeffrey A Chadwick on behalf of ACME Refining Company, Inc.. (Chadwick, Jeffrey) (Entered: 03/21/2007) |
| 03/21/2007 | 62 | Certificate of Service Filed by Matthew A Swanson on behalf of J.S. II, L.L.C. (RE: 59 Order on Motion to Assume/Reject, 57 Order on Motion for Rule 2004). (Swanson, Matthew) (Entered: 03/21/2007) |
| 03/21/2007 | 63 | Order Granting Application to Employ Vernon Schultz, and Collier Bennerr & Kahnweiler Inc ("CBK") and for Approval of Compensation Arrangement Related Thereto (Related Doc # 36). Signed on 3/21/2007. (Simmons, Carina) (Entered: 03/22/2007) |
| | | |

| | | |
|---|---|---|
| 03/21/2007 | 64 | Order Granting Application to Employ Keith W Harrington, and Dranias, Harrington & Wilson ("Harrington") and for approval of Compensation Arrangement related thereto (Related Doc # 45). Signed on 3/21/2007. (Simmons, Carina) (Entered: 03/22/2007) |
| 03/26/2007 | 65 | Receipt of Motion Fee - $150.00 by RD. Receipt Number 03156467. Payment received from Kinnally. (Entered: 03/27/2007) |
| 03/26/2007 | 66 | Notice of Motion and Motion for Relief from Stay as to River Village I,L.L.C.. Fee Amount $150, Filed by Mark Masur on behalf of Julie Roche , Ricky Roche . Hearing scheduled for 4/4/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Simmons, Carina) (Entered: 03/27/2007) |
| 03/29/2007 | 67 | Reply in Support to (related document(s): 11 Application to Employ, ) Filed by Allen J Guon on behalf of J.S. II, L.L.C. (Attachments: # 1 Exhibit 1# 2 Exhibit 2) (Guon, Allen) (Entered: 03/29/2007) |
| 04/02/2007 | 68 | Notice of Motion and Application to Employ Drinker Biddle Gardner Carton as Counsel to the Official Committee of Unsecured Creditors Filed by Timothy R Casey on behalf of Official Committee of Unsecured Creditors of JS II, L.L.C., et al.. Hearing scheduled for 4/4/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Affidavit of Timothy R. Casey# 2 Proposed Order) (Casey, Timothy) (Entered: 04/02/2007) |
| 04/03/2007 | 69 | Appearance Filed by Christopher J Lawhorn on behalf of Metz Baking Company, L.L.C.. (Lawhorn, Christopher) (Entered: 04/03/2007) |
| 04/03/2007 | 70 | Notice of Motion and Motion to Continue/Reschedule Hearing Filed by Matthew A Swanson on behalf of J.S. II, L.L.C.. Hearing scheduled for 4/5/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order Continuing Final Hearing on Debtors' Motion for Authority to Borrow Funds Until April 12, 2007) (Swanson, Matthew) (Entered: 04/03/2007) |
| 04/04/2007 | 71 | Order Granting Application to Employ Drinker Biddle Gardner Carton for Official Committee of Unsecured Creditors of JS II, L.L.C., et al. (Related Doc # 68). Signed on 4/4/2007. (Simmons, Carina) (Entered: 04/05/2007) |
| 04/04/2007 | 72 | Agreed Order Granting Motion for Relief from Stay with respect to Roche Litigation (Related Doc # 66). Signed on 4/4/2007. (Simmons, Carina) (Entered: 04/05/2007) |

| | | |
|---|---|---|
| 04/05/2007 | 73 | Order Granting Motion to Continue/Reschedule Motion to Continue/Reschedule Hearing, . (Related Doc # 70). Hearing scheduled for 4/12/2007 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. Signed on 4/5/2007. (O'Day, Sean) (Entered: 04/06/2007) |
| 04/06/2007 | 74 | Monthly (March 5, 2007 through March 31, 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of High Ridge Partners Inc. (Towbin, Steven) (Entered: 04/06/2007) |
| 04/06/2007 | 75 | Certificate of Service Filed by Steven B Towbin on behalf of High Ridge Partners Inc (RE: 74 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 04/06/2007) |
| 04/06/2007 | 76 | Appearance Filed by Mark Melickian on behalf of Official Committee of Unsecured Creditors of JS II, L.L.C., et al.. (Melickian, Mark) (Entered: 04/06/2007) |
| 04/06/2007 | 77 | Appearance Filed by Andrew E Weissman on behalf of Official Committee of Unsecured Creditors of JS II, L.L.C., et al.. (Weissman, Andrew) (Entered: 04/06/2007) |
| 04/06/2007 | 78 | Notice of Motion and Motion to Set Last Day to File Proofs of Claim, Notice of Motion and Motion to Authorize Debtors to Notice Unknown and Unscheduled Creditors by Publication, Notice of Motion and Motion to Approve Form of Proposed Notice Filed by Janice A Alwin on behalf of J.S. II, L.L.C.. Hearing scheduled for 4/12/2007 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit Proposed Notice# 2 Proposed Order) (Alwin, Janice) (Entered: 04/06/2007) |
| 04/06/2007 | 79 | Amended List of Creditors Fee Amount $26. Filed by Janice A Alwin on behalf of River Village West, L.L.C.. (Alwin, Janice) (Entered: 04/06/2007) |
| 04/06/2007 | 80 | Schedules A, B, D, E, F, G, H, and Statement of Financial Affairs Filed by Janice A Alwin on behalf of River Village West, L.L.C.. (Alwin, Janice) (Entered: 04/06/2007) |
| 04/06/2007 | 81 | Amended List of Creditors Fee Amount $26. Filed by Janice A Alwin on behalf of River Village I, L.L.C.. (Alwin, Janice) (Entered: 04/06/2007) |
| 04/06/2007 | 82 | Schedules A, B, D, E, F, G, and H Filed by Janice A Alwin on behalf of River Village I, L.L.C.. (Alwin, Janice) (Entered: 04/06/2007) |

| | | |
|---|---|---|
| 04/06/2007 | 83 | Statement of Financial Affairs Filed by Janice A Alwin on behalf of River Village I, L.L.C.. (Alwin, Janice) (Entered: 04/06/2007) |
| 04/06/2007 | 84 | Amended List of Creditors Fee Amount $26. Filed by Janice A Alwin on behalf of KND Investments, LLC. (Alwin, Janice) (Entered: 04/06/2007) |
| 04/06/2007 | 85 | Schedules A, B, D, E, F, G, H, and Statement of Financial Affairs Filed by Janice A Alwin on behalf of KND Investments, LLC. (Alwin, Janice) (Entered: 04/06/2007) |
| 04/06/2007 | 86 | Amended List of Creditors Fee Amount $26. Filed by Janice A Alwin on behalf of J.S. II, L.L.C.. (Alwin, Janice) (Entered: 04/06/2007) |
| 04/06/2007 | 87 | Receipt of Amended List of Creditors (Fee)(07-03856) [misc,amdsch] ( 26.00) Filing Fee. Receipt number 6810239. Fee Amount $ 26.00 (U.S. Treasury) (Entered: 04/06/2007) |
| 04/06/2007 | 88 | Receipt of Amended List of Creditors (Fee)(07-03856) [misc,amdsch] ( 26.00) Filing Fee. Receipt number 6810239. Fee Amount $ 26.00 (U.S. Treasury) (Entered: 04/06/2007) |
| 04/06/2007 | 89 | Receipt of Amended List of Creditors (Fee)(07-03856) [misc,amdsch] ( 26.00) Filing Fee. Receipt number 6810239. Fee Amount $ 26.00 (U.S. Treasury) (Entered: 04/06/2007) |
| 04/06/2007 | 90 | Receipt of Amended List of Creditors (Fee)(07-03856) [misc,amdsch] ( 26.00) Filing Fee. Receipt number 6810239. Fee Amount $ 26.00 (U.S. Treasury) (Entered: 04/06/2007) |
| 04/06/2007 | 91 | Schedules A, B, D, and E Filed by Janice A Alwin on behalf of J.S. II, L.L.C.. (Alwin, Janice) (Entered: 04/06/2007) |
| 04/06/2007 | 92 | Schedules F, G, and H Filed by Janice A Alwin on behalf of J.S. II, L.L.C.. (Alwin, Janice) (Entered: 04/06/2007) |
| 04/06/2007 | 93 | Statement of Financial Affairs Filed by Janice A Alwin on behalf of J.S. II, L.L.C.. (Alwin, Janice) (Entered: 04/06/2007) |
| 04/06/2007 | 94 | Statement (General Statement, Disclaimer, and Reservation of Rights concerning Bankruptcy Schedules and Statements of Financial Affairs) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C. (RE: 82 Schedules, 83 Statement of Financial Affairs, 84 Amended List of Creditors (Fee), 91 Schedules, 79 Amended List of Creditors (Fee), 81 Amended List of Creditors (Fee), 86 Amended List of Creditors (Fee), 85 Schedules, 92 Schedules, 93 Statement of |

| | | |
|---|---|---|
| | | Financial Affairs, 80 Schedules). (Alwin, Janice) (Entered: 04/06/2007) |
| 04/09/2007 | 95 | Attachment(s) Amended Proposed Order Filed by Janice A Alwin on behalf of J.S. II, L.L.C. (RE: 78 Motion to Set Last Day to File Proofs of Claim,, Motion to Authorize,, Motion to Approve, ). (Alwin, Janice) (Entered: 04/09/2007) |
| 04/09/2007 | 96 | Notice of Motion and Motion to Authorize to Assign Debtors' Interest in Certain Federal Court Litigation to Thomas A. Snitzer Filed by Matthew A Swanson on behalf of J.S. II, L.L.C.. Hearing scheduled for 4/12/2007 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Proposed Order Approving Assignment of Debtors' Interest in Certain Federal Court Litigation to Thomas A. Snitzer) (Swanson, Matthew) (Entered: 04/09/2007) |
| 04/09/2007 | 97 | Notice of Hearing of Rule to Show Cause with Certificate of Service against Mary Jo Greene for Not Filing Electronically . Hearing scheduled for 4/26/2007 at 10:00 AM at 219 South Dearborn, Courtroom 744, Chicago, Illinois 60604. (Scott, Kelvin) (Entered: 04/10/2007) |
| 04/09/2007 | 98 | Notice of Motion and Motion for Relief from Stay as to action against Central Mutual Insurance Companies.. Fee Amount $150, Filed by Mary Jo Greene on behalf of River Village I, L.L.C. . Hearing scheduled for 4/24/2007 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit) (Scott, Kelvin) (Entered: 04/10/2007) |
| 04/10/2007 | 99 | Notice of Motion and Motion to Authorize to Reject Agreements With Arthur Hershkowitz Filed by Matthew A Swanson on behalf of J.S. II, L.L.C.. Hearing scheduled for 4/12/2007 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Proposed Order Authorizing Rejection Of Agreements With Hershkowitz) (Swanson, Matthew) (Entered: 04/10/2007) |
| 04/10/2007 | 100 | Partial Objection to (related document(s): 6 Motion to Borrow, ) Filed by Marc O. Beem on behalf of Thomas J Snitzer, Snitzer Family LLC (Attachments: # 1 Exhibit 1) (Beem, Marc) (Entered: 04/10/2007) |
| 04/10/2007 | 101 | Objection to (related document(s): 6 Motion to Borrow,, 49 Notice of Hearing,, 38 Post Petition Financing,, 48 Order Scheduling, ) Filed by Timothy R Casey on behalf of Official Committee of Unsecured Creditors of JS II, L.L.C., et al. (Casey, Timothy) (Entered: 04/10/2007) |
| | | |

| | | |
|---|---|---|
| 04/10/2007 | 102 | Notice of Filing Filed by Timothy R Casey on behalf of Official Committee of Unsecured Creditors of JS II, L.L.C., et al. (RE: 101 Objection, ). (Casey, Timothy) (Entered: 04/10/2007) |
| 04/12/2007 | 103 | Monthly (March 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC. (Attachments: # 1 Invoice) (Towbin, Steven) (Entered: 04/12/2007) |
| 04/12/2007 | 104 | Certificate of Service Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC (RE: 103 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 04/12/2007) |
| 04/12/2007 | 105 | Appearance Filed by Forrest L Ingram on behalf of Sandra Ruiz, Jose Ruiz. (Ingram, Forrest) (Entered: 04/12/2007) |
| 04/12/2007 | 110 | Order Granting Motion to Authorize (Related Doc # 99). Signed on 4/12/2007. (Simmons, Carina) (Entered: 04/16/2007) |
| 04/12/2007 | 111 | Order Granting Motion To Set Last Day To File Proofs of Claim (Related Doc # 78), Granting Motion to Authorize (Related Doc # 78), Granting Motion to Approve (Related Doc # 78). Proofs of Claims due by 6/5/2007.Objections due by 9/5/2007. Government Proof of Claim due by 9/5/2007. Signed on 4/12/2007. (Simmons, Carina) (Entered: 04/16/2007) |
| 04/12/2007 | 112 | Order Granting Motion to Authorize (Related Doc # 96). Signed on 4/12/2007. (Simmons, Carina) (Entered: 04/16/2007) |
| 04/12/2007 | 122 | Order Scheduling (RE: 6 Motion to Borrow, ). Responses due by 5/9/2007. Status hearing to be held on 5/30/2007 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. Signed on 4/12/2007 (Simmons, Carina) (Entered: 04/18/2007) |
| 04/13/2007 | 106 | Hearing Continued (RE: 6 Borrow,). Hearing Scheduled for 05/30/2007 at 10:30 AM at Courtroom 619 219 South Dearborn, Chicago, IL, 60604. (Smith,Lester) (Entered: 04/13/2007) |
| 04/13/2007 | 107 | Memorandum Opinion (RE: 11 Application to Employ, ). (Burton, Shenitha) (Entered: 04/13/2007) |
| 04/13/2007 | 108 | Certificate of Service (RE: 107 Memorandum Opinion). (Burton, Shenitha) (Entered: 04/13/2007) |
| 04/13/2007 | 109 | Statement Monthly Statement of Counsel for the Official Committee of Unsecured Creditors for Interim Compensation and Expenses for |

| | | |
|---|---|---|
| | | the Period Ending March 31, 2007 Filed by Timothy R Casey on behalf of Drinker Biddle Gardner Carton. (Attachments: # 1 Certificate of Service) (Casey, Timothy) (Entered: 04/13/2007) |
| 04/13/2007 | 116 | Order Granting Application to Employ Tabet Divito (Related Doc # 11). Signed on 4/13/2007. (Simmons, Carina) (Entered: 04/17/2007) |
| 04/16/2007 | 113 | Appearance Filed by Blanca R Dominguez on behalf of American Chartered Bank. (Dominguez, Blanca) (Entered: 04/16/2007) |
| 04/16/2007 | 114 | Summary of Cash Receipt and Disbursement for Filing Period Ending 3/5/07 - 3/31/07 Filed by Janice A Alwin on behalf of J.S. II, L.L.C.. (Alwin, Janice) (Entered: 04/16/2007) |
| 04/16/2007 | 115 | Certificate of Service Filed by Janice A Alwin on behalf of J.S. II, L.L.C. (RE: 114 Summary of Cash Receipt and Disbursement). (Alwin, Janice) (Entered: 04/16/2007) |
| 04/17/2007 | 117 | Monthly (March 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of John J Vondran. (Attachments: # 1 Invoice) (Towbin, Steven) (Entered: 04/17/2007) |
| 04/17/2007 | 118 | Certificate of Service Filed by Steven B Towbin on behalf of John J Vondran (RE: 117 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 04/17/2007) |
| 04/17/2007 | 119 | Monthly (March 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of Dranias, Harrington & Wilson ("Harrington"), Keith W Harrington. (Attachments: # 1 Invoice) (Towbin, Steven) (Entered: 04/17/2007) |
| 04/17/2007 | 120 | Certificate of Service Filed by Steven B Towbin on behalf of Dranias, Harrington & Wilson ("Harrington"), Keith W Harrington (RE: 119 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 04/17/2007) |
| 04/17/2007 | 121 | Receipt of Motion Fee - $150.00 by CK. Receipt Number 03156874. Payment received from Doherty & Progar. (Entered: 04/18/2007) |
| 04/18/2007 | 123 | Affidavit of Service of Bar Date Order & Notice Filed by Janice A Alwin on behalf of J.S. II, L.L.C. (RE: 111 Order on Motion To Set Last Day to File Proofs of Claim,, Order on Motion to Authorize,, Order on Motion to Approve, ). (Alwin, Janice) (Entered: 04/18/2007) |
| 04/18/2007 | 124 | Appearance for Timothy W. Brink Filed by Travis Rojakovick on |

| | | |
|---|---|---|
| | | behalf of Rose Paving Co.. (Rojakovick, Travis) (Entered: 04/18/2007) |
| 04/18/2007 | 125 | Appearance for Aaron C. Smith Filed by Travis Rojakovick on behalf of Rose Paving Co.. (Rojakovick, Travis) (Entered: 04/18/2007) |
| 04/18/2007 | 126 | Appearance Filed by Travis Rojakovick on behalf of Rose Paving Co.. (Rojakovick, Travis) (Entered: 04/18/2007) |
| 04/18/2007 | 127 | Notice of Motion and Motion to Receive Notice or Add to Service List Rose Paving Co. Filed by Travis Rojakovick on behalf of Rose Paving Co.. Hearing scheduled for 4/24/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Rojakovick, Travis) (Entered: 04/18/2007) |
| 04/18/2007 | 128 | Second Stipulation and Interim Authorizing Secured Post Petition Financing on a Superpriority Basis and Order Scheduling (RE: 6 Motion to Borrow, ). Hearing continued on 5/30/2007 at 10:30AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604.Objections due by 5/9/2007. Order Effective as of the date of this entry by the Court. Signed on 4/18/2007 (Simmons, Carina) (Entered: 04/19/2007) |
| 04/23/2007 | 129 | Supplemental Exhibit(s) A (Supplement to Original Exhibit A of Utility Companies) Filed by Matthew A Swanson on behalf of J.S. II, L.L.C. (RE: 14 Motion to Provide Adequate Assurance of Payment to Utilities,, 27 Order on Motion for Adequate Assurance). (Swanson, Matthew) (Entered: 04/23/2007) |
| 04/23/2007 | 130 | Objection to (related document(s): 109 Statement, ) Filed by Blanca R Dominguez on behalf of American Chartered Bank (Dominguez, Blanca) (Entered: 04/23/2007) |
| 04/23/2007 | 131 | Order Withdrawing Motion for Relief from Stay. The hearing of 4/24/2007 is stricken. (Related Doc # 98). Signed on 4/23/2007. (Simmons, Carina) (Entered: 04/24/2007) |
| 04/24/2007 | 132 | Order Granting Motion to Receive Notice or Add to Service List (Related Doc # 127). Signed on 4/24/2007. (Simmons, Carina) (Entered: 04/25/2007) |
| 04/25/2007 | 133 | Affidavit of Service (Certification of Publication of Bar Date Notice) Filed by Janice A Alwin on behalf of J.S. II, L.L.C. (RE: 111 Order on Motion To Set Last Day to File Proofs of Claim,, Order on Motion to Authorize,, Order on Motion to Approve, ). (Alwin, Janice) (Entered: 04/25/2007) |

| | | |
|---|---|---|
| 04/25/2007 | 134 | **ENTERED IN ERROR**Notice of Hearing of Rule to Show Cause with Certificate of Service against Builder's Material Source for Not Filing Electronically . Hearing scheduled for 5/10/2007 at 10:00 AM at 219 South Dearborn, Courtroom 744, Chicago, Illinois 60604. (Marola, Rosalie) Modified on 5/25/2007 (Riddick, Debbie). (Entered: 04/26/2007) |
| 04/25/2007 | 135 | **ENTERED IN ERROR** Notice of Hearing of Rule to Show Cause with Certificate of Service against Builders Material Source for Not Filing Electronically . Hearing scheduled for 5/10/2007 at 10:00 AM at 219 South Dearborn, Courtroom 744, Chicago, Illinois 60604. (Simmons, Carina) Modified on 4/26/2007 (O'Day, Sean). (Entered: 04/26/2007) |
| 04/26/2007 | 136 | Hearing Concluded (RE: 97 Notice of Hearing of Rule to Show Cause for Not Filing Electronically). (Williams, Velda) (Entered: 04/26/2007) |
| 04/26/2007 | 137 | CORRECTIVE ENTRY ENTERED IN ERROR (RE: 135 Notice of Hearing of Rule to Show Cause for Not Filing Electronically, ). (O'Day, Sean) (Entered: 04/26/2007) |
| 04/26/2007 | | Deadlines terminated . (O'Day, Sean) (Entered: 04/26/2007) |
| 04/26/2007 | 138 | Hearing Stricken - Set In Error (RE: 134 Notice of Hearing of Rule to Show Cause for Not Filing Electronically, ). (Williams, Velda) (Entered: 04/26/2007) |
| 05/04/2007 | 139 | Receipt of Motion Fee - $150.00 by SD. Receipt Number 03157275. Payment received from John Potter. (Entered: 05/07/2007) |
| 05/04/2007 | 140 | Notice of Motion and Motion for Relief from Stay Fee Amount $150, Filed by John W Potter on behalf of Theo Electric Inc . Hearing scheduled for 5/16/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Simmons, Carina) (Entered: 05/07/2007) |
| 05/04/2007 | 141 | Notice of Hearing of Rule to Show Cause with Certificate of Service against John W Potter for Not Filing Electronically . Hearing scheduled for 5/15/2007 at 10:00 AM at 219 South Dearborn, Courtroom 744, Chicago, Illinois 60604. (Simmons, Carina) (Entered: 05/07/2007) |
| 05/08/2007 | 142 | Appearance Filed by Edward W Feldman on behalf of Thomas J Snitzer, Snitzer Family LLC. (Feldman, Edward) (Entered: 05/08/2007) |

| | | |
|---|---|---|
| 05/09/2007 | 143 | Appearance Filed by Brian M. Dougherty on behalf of M.F. Construction Contractors Company. (Dougherty, Brian) (Entered: 05/09/2007) |
| 05/09/2007 | 144 | Notice of Motion and Motion to Receive Notice or Add to Service List Filed by Karen R Goodman ESQ on behalf of Karen R. Goodman. Hearing scheduled for 5/16/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Goodman, Karen) (Entered: 05/09/2007) |
| 05/09/2007 | 145 | Omnibus Response to (related document(s): 101 Objection, ) Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Towbin, Steven) (Entered: 05/09/2007) |
| 05/09/2007 | 146 | Notice of Filing Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (RE: 145 Response). (Towbin, Steven) (Entered: 05/09/2007) |
| 05/09/2007 | 147 | Omnibus Response to (related document(s): 101 Objection,, 100 Objection) Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (Attachments: # 1 Exhibit A# 2 Exhibit C) (Towbin, Steven) (Entered: 05/09/2007) |
| 05/09/2007 | 148 | Notice of Filing Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (RE: 147 Response). (Towbin, Steven) (Entered: 05/09/2007) |
| 05/10/2007 | 149 | Monthly (April 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC. (Attachments: # 1 Invoice) (Towbin, Steven) (Entered: 05/10/2007) |
| 05/10/2007 | 150 | Certificate of Service Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC (RE: 149 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 05/10/2007) |
| 05/11/2007 | 151 | Supplemental Affidavit of Service of Service Filed by Janice A Alwin on behalf of J.S. II, L.L.C. (RE: 111 Order on Motion To Set Last Day to File Proofs of Claim,, Order on Motion to Authorize,, Order on Motion to Approve,, 133 Affidavit of Service, ). (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit) (Alwin, Janice) (Entered: 05/11/2007) |
| 05/14/2007 | | Motions terminated, Deadlines terminated . (Simmons, Carina) (Entered: 05/14/2007) |
| 05/15/2007 | 152 | Summary of Cash Receipt and Disbursement for Filing Period Ending |

| | | |
|---|---|---|
| | | April 30, 2007 Filed by Matthew A Swanson on behalf of J.S. II, L.L.C.. (Swanson, Matthew) (Entered: 05/15/2007) |
| 05/15/2007 | 153 | Notice of Motion and Motion to Amend (related document(s)29 Order on Motion for Administrative Order) Filed by Matthew A Swanson on behalf of J.S. II, L.L.C.. Hearing scheduled for 5/22/2007 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Proposed Order) (Swanson, Matthew) (Entered: 05/15/2007) |
| 05/15/2007 | 154 | Hearing Concluded (RE: 141 Notice of Hearing of Rule to Show Cause for Not Filing Electronically). (Williams, Velda) (Entered: 05/15/2007) |
| 05/15/2007 | 155 | Monthly (April 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Timothy R Casey on behalf of Official Committee of Unsecured Creditors of JS II, L.L.C., et al.. (Attachments: # 1 Exhibit A) (Casey, Timothy) (Entered: 05/15/2007) |
| 05/15/2007 | 156 | Certificate of Service Filed by Timothy R Casey on behalf of Official Committee of Unsecured Creditors of JS II, L.L.C., et al. (RE: 155 Monthly Statement for Interim Compensation and Expense Reimbursement). (Casey, Timothy) (Entered: 05/15/2007) |
| 05/16/2007 | 157 | Monthly (April 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of Dranias, Harrington & Wilson ("Harrington"). (Attachments: # 1 Invoice) (Towbin, Steven) (Entered: 05/16/2007) |
| 05/16/2007 | 158 | Certificate of Service Filed by Steven B Towbin on behalf of Dranias, Harrington & Wilson ("Harrington") (RE: 157 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 05/16/2007) |
| 05/16/2007 | 159 | Monthly (April 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of High Ridge Partners Inc. (Attachments: # 1 Invoice) (Towbin, Steven) (Entered: 05/16/2007) |
| 05/16/2007 | 160 | Certificate of Service Filed by Steven B Towbin on behalf of High Ridge Partners Inc (RE: 159 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 05/16/2007) |
| 05/16/2007 | 161 | Order Granting Motion to Receive Notice or Add to Service List (Related Doc # 144). Signed on 5/16/2007. (Huley, Linda) (Entered: 05/17/2007) |

| | | |
|---|---|---|
| 05/16/2007 | 162 | Agreed Order Granting Motion for Relief from Stay Effective 04/04/2007 (Related Doc # 140). Signed on 5/16/2007. (Brown, Venita) (Entered: 05/17/2007) |
| 05/18/2007 | 163 | Amended Summary of Schedules Filed by Matthew A Swanson on behalf of J.S. II, L.L.C.. (Swanson, Matthew) (Entered: 05/18/2007) |
| 05/18/2007 | 164 | Amended 20 Largest Unsecured Creditors Filed by Matthew A Swanson on behalf of J.S. II, L.L.C.. (Swanson, Matthew) (Entered: 05/18/2007) |
| 05/18/2007 | 165 | Amended Schedule(s) :Schedule D and Schedule F Fee Amount $26. Filed by Matthew A Swanson on behalf of J.S. II, L.L.C.. (Swanson, Matthew) (Entered: 05/18/2007) |
| 05/18/2007 | 166 | Receipt of Amended Schedules (Fee)(07-03856) [misc,amdschdf] ( 26.00) Filing Fee. Receipt number 7003145. Fee Amount $ 26.00 (U.S. Treasury) (Entered: 05/18/2007) |
| 05/18/2007 | 167 | Amended Schedules : Schedule B and Schedule G. Filed by Matthew A Swanson on behalf of J.S. II, L.L.C.. (Swanson, Matthew) (Entered: 05/18/2007) |
| 05/18/2007 | 168 | Amended Declaration Filed by Matthew A Swanson on behalf of J.S. II, L.L.C. (RE: 167 Amended Schedules (No Fee), 164 20 Largest Unsecured Creditors, 163 Summary of Schedules, 165 Amended Schedules (Fee)). (Swanson, Matthew) (Entered: 05/18/2007) |
| 05/18/2007 | 169 | Amended Summary of Schedules Filed by Matthew A Swanson on behalf of KND Investments, LLC. (Swanson, Matthew) (Entered: 05/18/2007) |
| 05/18/2007 | 170 | Amended 20 Largest Unsecured Creditors Filed by Matthew A Swanson on behalf of KND Investments, LLC. (Swanson, Matthew) (Entered: 05/18/2007) |
| 05/18/2007 | 171 | Amended Schedules : Schedule B and Schedule G. Filed by Matthew A Swanson on behalf of KND Investments, LLC. (Swanson, Matthew) (Entered: 05/18/2007) |
| 05/18/2007 | 172 | Amended Schedule(s) :Schedule F Fee Amount $26. Filed by Matthew A Swanson on behalf of KND Investments, LLC. (Swanson, Matthew) (Entered: 05/18/2007) |
| 05/18/2007 | 173 | Receipt of Amended Schedules (Fee)(07-03856) [misc,amdschdf] ( 26.00) Filing Fee. Receipt number 7003388. Fee Amount $ 26.00 (U.S. Treasury) (Entered: 05/18/2007) |

| | | |
|---|---|---|
| 05/18/2007 | 174 | Amended Declaration Filed by Matthew A Swanson on behalf of KND Investments, LLC (RE: 172 Amended Schedules (Fee), 170 20 Largest Unsecured Creditors, 169 Summary of Schedules, 171 Amended Schedules (No Fee)). (Swanson, Matthew) (Entered: 05/18/2007) |
| 05/18/2007 | 175 | Amended Schedules : Schedule G. Filed by Matthew A Swanson on behalf of River Village West, L.L.C.. (Swanson, Matthew) (Entered: 05/18/2007) |
| 05/18/2007 | 176 | Amended Declaration Filed by Matthew A Swanson on behalf of River Village West, L.L.C. (RE: 175 Amended Schedules (No Fee)). (Swanson, Matthew) (Entered: 05/18/2007) |
| 05/22/2007 | 177 | Order Granting Motion To Amend (RE: Related Doc # 153). Signed on 5/22/2007. (Simmons, Carina) (Entered: 05/23/2007) |
| 05/23/2007 | | Remark 3 Creditors Added from Schedule F Entry # 172. (Simmons, Carina) (Entered: 05/23/2007) |
| 05/24/2007 | 178 | Monthly (April 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of John J Vondran. (Attachments: # 1 Invoice) (Towbin, Steven) (Entered: 05/24/2007) |
| 05/24/2007 | 179 | Certificate of Service Filed by Steven B Towbin on behalf of John J Vondran (RE: 178 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 05/24/2007) |
| 05/25/2007 | 180 | Appearance Filed by Mary Ann Murray on behalf of American Chartered Bank. (Murray, Mary Ann) (Entered: 05/25/2007) |
| 05/25/2007 | 181 | Substitution of Attorney Filed by Matthew A Swanson on behalf of J.S. II, L.L.C.. (Swanson, Matthew) (Entered: 05/25/2007) |
| 05/25/2007 | 182 | CORRECTIVE ENTRY ENTERED IN ERROR (RE: 134 Notice of Hearing of Rule to Show Cause for Not Filing Electronically, ). (Riddick, Debbie) (Entered: 05/25/2007) |
| 05/29/2007 | 183 | Appearance Filed by William R. Brodzinski on behalf of Watertight Exteriors, Inc.. (Brodzinski, William) (Entered: 05/29/2007) |
| 05/29/2007 | 184 | Withdrawal of Document Filed by Edward W Feldman on behalf of Thomas J Snitzer, Snitzer Family LLC (RE: 38 Post Petition Financing,, 70 Motion to Continue/Reschedule Hearing, ). (Feldman, Edward) (Entered: 05/29/2007) |

| | | |
|---|---|---|
| 05/30/2007 | 185 | Amended Memorandum Opinion (RE: 11 Application to Employ, ). (Simmons, Carina) (Entered: 05/30/2007) |
| 05/30/2007 | 186 | Certificate of Service (RE: 185 Memorandum Opinion). (Simmons, Carina) (Entered: 05/30/2007) |
| 05/30/2007 | 187 | Third Stipulation and Interim Order Scheduling (RE: 6 Motion to Borrow, ). Hearing continued on 6/28/2007 at 10:30AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. Signed on 5/30/2007 (Simmons, Carina) (Entered: 05/31/2007) |
| 05/31/2007 | 188 | Proof of Interest Filed by Edward W Feldman on behalf of Thomas J Snitzer , Snitzer Family LLC (RE: 111 Order on Motion To Set Last Day to File Proofs of Claim, , Order on Motion to Authorize, , Order on Motion to Approve, ). (Simmons, Carina) (Entered: 06/01/2007) |
| 06/05/2007 | 189 | Letter: Sole owner of company Brickcraft Inc and member of the unsecured creditors committee. Filed by Anthony Spendoria . (Attachments: # 1 Exhibit) (Simmons, Carina) (Entered: 06/06/2007) |
| 06/07/2007 | 190 | Appearance Filed by Allen J Guon on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. (Guon, Allen) (Entered: 06/07/2007) |
| 06/11/2007 | 191 | Monthly (May 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of High Ridge Partners Inc. (Attachments: # 1 Invoice) (Towbin, Steven) (Entered: 06/11/2007) |
| 06/11/2007 | 192 | Certificate of Service Filed by Steven B Towbin on behalf of High Ridge Partners Inc (RE: 191 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 06/11/2007) |
| 06/13/2007 | 193 | Monthly (May 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC. (Attachments: # 1 Invoice) (Towbin, Steven) (Entered: 06/13/2007) |
| 06/13/2007 | 194 | Certificate of Service Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC (RE: 193 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 06/13/2007) |
| 06/14/2007 | 195 | Monthly (May 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of John J Vondran. (Attachments: # 1 Invoice) (Towbin, Steven) (Entered: |

| | | |
|---|---|---|
| | | 06/14/2007) |
| 06/14/2007 | 196 | Certificate of Service Filed by Steven B Towbin on behalf of John J Vondran (RE: 195 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 06/14/2007) |
| 06/14/2007 | 197 | Order Scheduling (RE: 6 Motion to Borrow, ). Status hearing to be held on 6/28/2007 at 02:00 PM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. Signed on 6/14/2007 (Simmons, Carina) (Entered: 06/15/2007) |
| 06/15/2007 | 198 | Monthly (May 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Timothy R Casey on behalf of Official Committee of Unsecured Creditors of JS II, L.L.C., et al.. (Attachments: # 1 Exhibit A) (Casey, Timothy) (Entered: 06/15/2007) |
| 06/15/2007 | 199 | Certificate of Service Filed by Timothy R Casey on behalf of Official Committee of Unsecured Creditors of JS II, L.L.C., et al. (RE: 198 Monthly Statement for Interim Compensation and Expense Reimbursement). (Casey, Timothy) (Entered: 06/15/2007) |
| 06/15/2007 | 200 | Notice of Motion and Motion to Strike the Pleading Filed by Anthony J. Splendoria on Behalf of Brickcraft, Inc. and Replace Brickcraft, Inc. on the Committee Filed by Allen J Guon on behalf of J.S. II, L.L.C.. Hearing scheduled for 6/20/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A, B and C# 2 Proposed Order Striking the Pleading filed by Anthony J. Splendoria on Behalf of Brickcraft, Inc. and Replacing Brickcraft on the Committee) (Guon, Allen) (Entered: 06/15/2007) |
| 06/18/2007 | 201 | Appearance Filed by Patrick A Clisham on behalf of J.S. II, L.L.C.. (Clisham, Patrick) (Entered: 06/18/2007) |
| 06/20/2007 | 202 | Summary of Cash Receipt and Disbursement for Filing Period Ending May 31, 2007 Filed by Steven B Towbin on behalf of J.S. II, L.L.C.. (Towbin, Steven) (Entered: 06/20/2007) |
| 06/21/2007 | 203 | Order Granting Motion to Strike (Related Doc # 200). Signed on 6/21/2007. (Simmons, Carina) (Entered: 06/22/2007) |
| 06/26/2007 | 204 | Notice of Motion and Motion to Extend Exclusivity Period for Filing Chapter 11 Plan and Disclosure Statement Filed by Peter J Roberts on behalf of J.S. II, L.L.C.. Hearing scheduled for 6/28/2007 at 02:00 PM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Roberts, Peter) (Entered: 06/26/2007) |
| | | |

| | | |
|---|---|---|
| 06/28/2007 | 205 | Hearing Set (RE: 1 Voluntary Petition (Chapter 11)). Status hearing to be held on 10/18/2007 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Watson, Anthony) (Entered: 06/28/2007) |
| 06/28/2007 | 206 | Order - Except for the provision allowing the lender to loan the Debtors more than $14.5 million, the Committee's objections are overruled. (RE: 6 Motion to Borrow, ). Signed on 6/28/2007 (Simmons, Carina) (Entered: 06/29/2007) |
| 06/28/2007 | 207 | Order Granting Motion to Extend/Limit Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement extended to and including 1/2/2008. This matter is set for further status on 10/18/2007 at 10:30 am(Related Doc # 204). Signed on 6/28/2007. (Simmons, Carina) (Entered: 06/29/2007) |
| 07/01/2007 | 208 | Stipulation and Final Order Granting Motion To Borrow (Related Doc # 6). Signed on 7/1/2007. (Scott, Kelvin) (Entered: 07/02/2007) |
| 07/12/2007 | 209 | Monthly (June 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC. (Attachments: # 1 Invoice) (Towbin, Steven) (Entered: 07/12/2007) |
| 07/12/2007 | 210 | Certificate of Service Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC (RE: 209 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 07/12/2007) |
| 07/13/2007 | 211 | Monthly (June, 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Timothy R Casey on behalf of Drinker Biddle Gardner Carton. (Attachments: # 1 Exhibit A# 2 Exhibit Certificate of Service) (Casey, Timothy) (Entered: 07/13/2007) |
| 07/16/2007 | 212 | Monthly (June 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of High Ridge Partners Inc. (Towbin, Steven) (Entered: 07/16/2007) |
| 07/16/2007 | 213 | Certificate of Service Filed by Steven B Towbin on behalf of High Ridge Partners Inc (RE: 212 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 07/16/2007) |
| 07/16/2007 | 214 | Summary of Cash Receipt and Disbursement for Filing Period Ending June 2007 Filed by Steven B Towbin on behalf of J.S. II, L.L.C.. (Towbin, Steven) (Entered: 07/16/2007) |

| | | |
|---|---|---|
| 07/16/2007 | 215 | Certificate of Service Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (RE: 214 Summary of Cash Receipt and Disbursement). (Towbin, Steven) (Entered: 07/16/2007) |
| 07/17/2007 | 216 | Monthly (June 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of John J Vondran. (Towbin, Steven) (Entered: 07/17/2007) |
| 07/17/2007 | 217 | Certificate of Service Filed by Steven B Towbin on behalf of John J Vondran (RE: 216 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 07/17/2007) |
| 07/24/2007 | 218 | Notice of Motion and Motion for Relief from Stay as to Personal Injury Claim. Fee Amount $150, Filed by Adrian E Mazar on behalf of Mark Barry Friedman. Hearing scheduled for 7/31/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Mazar, Adrian) (Entered: 07/24/2007) |
| 07/24/2007 | 219 | Receipt of Motion for Relief Stay(07-03856) [motion,mrlfsty] ( 150.00) Filing Fee. Receipt number 7295533. Fee Amount $ 150.00 (U.S. Treasury) (Entered: 07/24/2007) |
| 07/31/2007 | 220 | Agreed Order Granting Motion for Relief from Stay (Related Doc # 218). Signed on 7/31/2007. (Simmons, Carina) (Entered: 08/01/2007) |
| 08/06/2007 | 221 | Supplemental Appointment of Unsecured Creditors Committee Filed by U.S. Trustee William T Neary. (Friedman, Richard) (Entered: 08/06/2007) |
| 08/06/2007 | 222 | Notice of Motion and Motion Rule 2004 Examination of Brickcraft, Inc. and Jose and Sandra Ruiz Filed by Steven B Towbin on behalf of J.S. II, L.L.C.. Hearing scheduled for 8/14/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Towbin, Steven) (Entered: 08/06/2007) |
| 08/08/2007 | 223 | Monthly (July 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of John J Vondran. (Towbin, Steven) (Entered: 08/08/2007) |
| 08/08/2007 | 224 | Certificate of Service Filed by Steven B Towbin on behalf of John J Vondran (RE: 223 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 08/08/2007) |
| 08/09/2007 | 225 | Notice of Motion and Motion Rule 2004 Examination of City of Chicago Filed by Edward W Feldman on behalf of Thomas J Snitzer, |

| | | |
|---|---|---|
| | | Snitzer Family LLC. Hearing scheduled for 8/16/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Feldman, Edward) (Entered: 08/09/2007) |
| 08/09/2007 | 226 | Monthly (July 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Timothy R Casey on behalf of Drinker Biddle Gardner Carton. (Attachments: # 1 Exhibit A) (Casey, Timothy) (Entered: 08/09/2007) |
| 08/09/2007 | 227 | Certificate of Service Filed by Timothy R Casey on behalf of Drinker Biddle Gardner Carton (RE: 226 Monthly Statement for Interim Compensation and Expense Reimbursement). (Casey, Timothy) (Entered: 08/09/2007) |
| 08/10/2007 | | Remark 0 Creditors added from Amended Schedules F Entry # 165. (Simmons, Carina) (Entered: 08/10/2007) |
| 08/14/2007 | 228 | Hearing Continued (RE: 222 Examination,). Hearing Scheduled for 08/16/2007 at 09:30 AM at Courtroom 619 219 South Dearborn, Chicago, IL, 60604. (Watson,Anthony) (Entered: 08/14/2007) |
| 08/14/2007 | 229 | Summary of Cash Receipt and Disbursement for Filing Period Ending July 31, 2007 Filed by Steven B Towbin on behalf of J.S. II, L.L.C.. (Towbin, Steven) (Entered: 08/14/2007) |
| 08/14/2007 | 230 | Certificate of Service Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (RE: 229 Summary of Cash Receipt and Disbursement). (Towbin, Steven) (Entered: 08/14/2007) |
| 08/14/2007 | 231 | Monthly (July 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC. (Towbin, Steven) (Entered: 08/14/2007) |
| 08/14/2007 | 232 | Certificate of Service Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC (RE: 231 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 08/14/2007) |
| 08/14/2007 | 233 | Response in Opposition to (related document(s): 225 Motion Rule 2004 Examination, ) Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (Towbin, Steven) (Entered: 08/14/2007) |
| 08/14/2007 | 234 | Certificate of Service Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (RE: 233 Response). (Towbin, Steven) (Entered: 08/14/2007) |
| | | |

| | | |
|---|---|---|
| 08/15/2007 | 235 | Response to (related document(s): 225 Motion Rule 2004 Examination, ) Filed by Esther E Tryban Telser on behalf of City Of Chicago (Attachments: # 1 Proposed Order) (Tryban Telser, Esther) (Entered: 08/15/2007) |
| 08/15/2007 | 236 | Monthly (July 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of High Ridge Partners Inc. (Towbin, Steven) (Entered: 08/15/2007) |
| 08/15/2007 | 237 | Certificate of Service Filed by Steven B Towbin on behalf of High Ridge Partners Inc (RE: 236 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 08/15/2007) |
| 08/16/2007 | 238 | Order Granting Motion for Rule 2004 and Directing Production of Documents(Related Doc # 225). Signed on 8/16/2007. (Simmons, Carina) (Entered: 08/17/2007) |
| 08/16/2007 | 239 | Order Granting Motion for Rule 2004 (Related Doc # 222). Signed on 8/16/2007. (Simmons, Carina) (Entered: 08/17/2007) |
| 08/20/2007 | 240 | Appearance Filed by Richard A. Saldinger on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. (Saldinger, Richard) (Entered: 08/20/2007) |
| 08/28/2007 | 241 | Notice of Motion and Application to Employ Steven B. Pearlman as Special Property Tax Counsel and for Approval of Compensation Arrangement Related Thereto Filed by Allen J Guon on behalf of J.S. II, L.L.C.. Hearing scheduled for 8/30/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Group Exhibit A (Proposed Assessment Notices)# 2 Exhibit B (Retention Agreement)# 3 Exhibit C (Pearlman Declaration)# 4 Proposed Order) (Guon, Allen) (Entered: 08/28/2007) |
| 08/30/2007 | 242 | Monthly (June 2007 thru July 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of Keith W Harrington. (Towbin, Steven) (Entered: 08/30/2007) |
| 08/30/2007 | 243 | Certificate of Service Filed by Steven B Towbin on behalf of Keith W Harrington (RE: 242 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 08/30/2007) |
| 08/30/2007 | 244 | Order Granting Application to Employ Steven B Pearlman and the firm of Sheridan & Pearlman (Related Doc # 241). Signed on 8/30/2007. (Brown, Venita) (Entered: 08/31/2007) |

| | | |
|---|---|---|
| 08/31/2007 | 245 | **INCORRECT EVENT ENTERED, FILER REFILED** Notice of Motion Filed by Eric S. Prezant on behalf of Metz Baking Company, L.L.C.. Hearing scheduled for 9/14/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Prezant, Eric) Modified on 9/4/2007 (Huley, Linda). (Entered: 08/31/2007) |
| 08/31/2007 | 246 | Notice of Motion and Motion for Relief from Stay Fee Amount $150, Filed by Eric S. Prezant on behalf of Metz Baking Company, L.L.C.. Hearing scheduled for 9/14/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Notice of Motion# 3 Order) (Prezant, Eric) (Entered: 08/31/2007) |
| 09/04/2007 | 247 | Statement Required to Accompany Motion for Relief From Stay Filed by Eric S. Prezant on behalf of Metz Baking Company, L.L.C. (RE: 246 Motion for Relief Stay, ). (Prezant, Eric) (Entered: 09/04/2007) |
| 09/04/2007 | 248 | Certificate of Service of Motion for Relief From Stay Filed by Eric S. Prezant on behalf of Metz Baking Company, L.L.C. (RE: 246 Motion for Relief Stay, ). (Prezant, Eric) (Entered: 09/04/2007) |
| 09/04/2007 | 249 | CORRECTIVE ENTRY INCORRECT EVENT ENTERED, FILER REFILED (RE: 245 Notice of Motion, ). (Huley, Linda) (Entered: 09/04/2007) |
| 09/04/2007 | 250 | Receipt of Motion Fee - $150.00 by CK. Receipt Number 03159487. Payment received from Bryan Cave. (Entered: 09/05/2007) |
| 09/05/2007 | 251 | Receipt of Motion for Relief Stay(07-03856) [motion,mrlfsty] ( 150.00) Filing Fee. Receipt number 03159487. Fee Amount $ 150.00 (Castro, Armin) (Castro) (Entered: 09/05/2007) |
| 09/05/2007 | 252 | Appearance for Thomas More Leinenweber Filed by Esther E Tryban Telser on behalf of James A. Balcer. (Tryban Telser, Esther) (Entered: 09/05/2007) |
| 09/07/2007 | 253 | Monthly (August 31, 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of High Ridge Partners Inc. (Towbin, Steven) (Entered: 09/07/2007) |
| 09/07/2007 | 254 | Certificate of Service Filed by Steven B Towbin on behalf of High Ridge Partners Inc (RE: 253 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 09/07/2007) |
| 09/11/2007 | 255 | Transfer of Claim. Transferor: Elston Ace Hardware (Claim No. 5, Amount 750.56) To John Kinsella. Filed by Patrick A Clisham on |

| | | |
|---|---|---|
| | | behalf of Elston Ace Hardware. Objections due by 10/2/2007. (Clisham, Patrick) (Entered: 09/11/2007) |
| 09/11/2007 | 256 | Monthly (August 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of John J Vondran. (Towbin, Steven) (Entered: 09/11/2007) |
| 09/11/2007 | 257 | Certificate of Service Filed by Steven B Towbin on behalf of John J Vondran (RE: 256 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 09/11/2007) |
| 09/11/2007 | 258 | Amended Notice of Motion Filed by Eric S. Prezant on behalf of Metz Baking Company, L.L.C. (RE: 246 Motion for Relief Stay, ). Hearing scheduled for 9/25/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Service List# 2 Certificate of Service) (Prezant, Eric) (Entered: 09/11/2007) |
| 09/12/2007 | 264 | BNC Certificate of Service - Notice to Assignor of Assignment of Claim (RE: 255 Transfer of Claim). No. of Notices: 10. Service Date 09/14/2007. (Admin.) (Entered: 09/15/2007) |
| 09/13/2007 | 259 | Monthly (August 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC. (Attachments: # 1 Invoice) (Towbin, Steven) (Entered: 09/13/2007) |
| 09/13/2007 | 260 | Certificate of Service Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC (RE: 259 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 09/13/2007) |
| 09/13/2007 | 261 | Notice of Motion and Motion for Protective Order Filed by Esther E Tryban Telser on behalf of City Of Chicago. Hearing scheduled for 9/27/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Tryban Telser, Esther) Modified on 9/14/2007 to correct hearing time to 10:00 AM(Huley, Linda). (Entered: 09/13/2007) |
| 09/14/2007 | 262 | Monthly (August, 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Timothy R Casey on behalf of Drinker Biddle Gardner Carton. (Attachments: # 1 Exhibit A# 2 Exhibit Certificate of Service) (Casey, Timothy) (Entered: 09/14/2007) |
| 09/14/2007 | 263 | CORRECTIVE ENTRY Hearing Rescheduled (RE: 261 Motion for Protective Order, ). Hearing scheduled for 9/27/2007 at 10:00 AM at |

| | | |
|---|---|---|
| | | 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Huley, Linda) (Entered: 09/14/2007) |
| 09/18/2007 | 265 | Summary of Cash Receipt and Disbursement for Filing Period Ending August 2007 Filed by Steven B Towbin on behalf of J.S. II, L.L.C.. (Towbin, Steven) (Entered: 09/18/2007) |
| 09/18/2007 | 266 | Certificate of Service Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (RE: 265 Summary of Cash Receipt and Disbursement). (Towbin, Steven) (Entered: 09/18/2007) |
| 09/21/2007 | 267 | Notice of Motion and Motion to Approve Modification and Extension of Secured Financing Arrangement Filed by Peter J Roberts on behalf of J.S. II, L.L.C.. Hearing scheduled for 9/25/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A-C# 2 Proposed Order) (Roberts, Peter) (Entered: 09/21/2007) |
| 09/24/2007 | 268 | Notice of Motion and Motion to Compel City of Chicago to to respond fully to subpoenas issued by Snitzer pursuant to August 16, 2007 Court Order Filed by Edward W Feldman on behalf of Thomas J Snitzer, Snitzer Family LLC. Hearing scheduled for 9/27/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit 1 through 8# 2 Proposed Order) (Feldman, Edward) (Entered: 09/24/2007) |
| 09/25/2007 | 270 | Order Granting Motion to Approve (Related Doc # 267). Signed on 9/25/2007. (Hatch-Edwards, Lashanda) (Entered: 09/27/2007) |
| 09/25/2007 | 271 | Order Granting Motion for Relief from Stay (Related Doc # 246). Signed on 9/25/2007. (Brown, Venita) (Entered: 09/27/2007) |
| 09/27/2007 | 269 | (E)Order Denying for the Reasons Stated on the Record Motion For Protective Order (Related Doc # 261). Signed on 09/27/2007. (Watson, Anthony) (Entered: 09/27/2007) |
| 09/27/2007 | 272 | Order Granting Motion To Compel - as modified in court on the record, Court's Order of August 16, 2007 on or before October 29, 2007 (Related Doc # 268). Signed on 9/27/2007. (Henley, Mary) (Entered: 09/28/2007) |
| 10/01/2007 | 273 | Notice of Motion and Application to Employ James D. Brusslan as Special Environmental Counsel Filed by Allen J Guon on behalf of J.S. II, L.L.C.. Hearing scheduled for 10/4/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Guon, Allen) (Entered: 10/01/2007) |

| | | |
|---|---|---|
| 10/04/2007 | 274 | Notice of Motion and Motion to Vacate (related documents 111 Order on Motion To Set Last Day to File Proofs of Claim,, Order on Motion to Authorize,, Order on Motion to Approve, ) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 10/16/2007 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Alwin, Janice) (Entered: 10/04/2007) |
| 10/04/2007 | 275 | Order Granting Application to Employ James D Brusslan (Related Doc # 273). Signed on 10/4/2007. (Scott, Kelvin) (Entered: 10/05/2007) |
| 10/11/2007 | 276 | Monthly (September 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of John J Vondran. (Towbin, Steven) (Entered: 10/11/2007) |
| 10/11/2007 | 277 | Certificate of Service Filed by Steven B Towbin on behalf of John J Vondran (RE: 276 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 10/11/2007) |
| 10/11/2007 | 278 | Monthly (September 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC. (Towbin, Steven) (Entered: 10/11/2007) |
| 10/11/2007 | 279 | Certificate of Service Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC (RE: 278 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 10/11/2007) |
| 10/12/2007 | 280 | Notice of Hearing and First Omnibus Objection to Claim(s) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 11/8/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Proposed Order)(Alwin, Janice) Modified on 10/15/2007 to correct hearing date to 11/15/2007 (Burton, Shenitha). (Entered: 10/12/2007) |
| 10/12/2007 | 281 | Monthly (September 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of James D Brusslan. (Towbin, Steven) (Entered: 10/12/2007) |
| 10/12/2007 | 282 | Certificate of Service Filed by Steven B Towbin on behalf of James D Brusslan (RE: 281 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 10/12/2007) |

| | | |
|---|---|---|
| 10/15/2007 | 283 | Monthly (September 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Timothy R Casey on behalf of Drinker Biddle Gardner Carton. (Attachments: # 1 Exhibit A) (Casey, Timothy) (Entered: 10/15/2007) |
| 10/15/2007 | 284 | Certificate of Service Filed by Timothy R Casey on behalf of Drinker Biddle Gardner Carton (RE: 283 Monthly Statement for Interim Compensation and Expense Reimbursement). (Casey, Timothy) (Entered: 10/15/2007) |
| 10/15/2007 | 285 | CORRECTIVE ENTRY Hearing Rescheduled (RE: 280 Objection to Claim, ). Hearing scheduled for 11/15/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Burton, Shenitha) (Entered: 10/15/2007) |
| 10/15/2007 | 286 | Response to (related document(s): 274 Motion to Vacate, ) Filed by Forrest L Ingram on behalf of Jose Ruiz, Sandra Ruiz (Ingram, Forrest) (Entered: 10/15/2007) |
| 10/15/2007 | 287 | Notice of Filing Response to Debtor's Motion to Vacate Filed by Forrest L Ingram on behalf of Jose Ruiz, Sandra Ruiz (RE: 274 Motion to Vacate, ). (Ingram, Forrest) (Entered: 10/15/2007) |
| 10/16/2007 | 288 | Summary of Cash Receipt and Disbursement for Filing Period Ending September 30, 2007 Filed by Steven B Towbin on behalf of J.S. II, L.L.C.. (Towbin, Steven) (Entered: 10/16/2007) |
| 10/16/2007 | 289 | Certificate of Service Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (RE: 288 Summary of Cash Receipt and Disbursement). (Towbin, Steven) (Entered: 10/16/2007) |
| 10/17/2007 | 290 | Notice of Motion and Motion to Compel Debtors to Complete Warranty Work and Punch Lists and Bring House Up to Code Filed by Forrest L Ingram on behalf of Jose Ruiz, Sandra Ruiz. Hearing scheduled for 10/23/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Proposed Order) (Ingram, Forrest) (Entered: 10/17/2007) |
| 10/17/2007 | 291 | Amended Notice of Motion Filed by Forrest L Ingram on behalf of Jose Ruiz, Sandra Ruiz (RE: 290 Motion to Compel, ). Hearing scheduled for 10/30/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Ingram, Forrest) (Entered: 10/17/2007) |
| 10/18/2007 | 292 | Hearing Set (RE: 1 Voluntary Petition (Chapter 11)). Hearing |

| | | |
|---|---|---|
| | | scheduled for 11/28/2007 at 10:00 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Watson, Anthony) (Entered: 10/18/2007) |
| 10/18/2007 | 293 | Scheduling Order to File Plan and Disclosure Statement . Chapter 11 Plan due by 11/2/2007. Disclosure Statement due by 11/16/2007. Status hearing to be held on 11/28/2007 at 10:00 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. The Debtor's exclusive period to obtain acceptance of its plan is extended through 2/15/2008. Signed on 10/18/2007 (Simmons, Carina) (Entered: 10/19/2007) |
| 10/19/2007 | 294 | Notice of Motion and Motion to Authorize Debtors to Pay Bond Renewal Fee Filed by Gordon E. Gouveia on behalf of J.S. II, L.L.C.. Hearing scheduled for 10/30/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A/Invoice for Bond Renewal Fee# 2 Proposed Order) (Gouveia, Gordon) (Entered: 10/19/2007) |
| 10/22/2007 | 295 | Notice of Motion and Motion to Withdraw as Attorney Filed by Timothy R Casey on behalf of Drinker Biddle Gardner Carton. Hearing scheduled for 10/30/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A--Proposed Order) (Casey, Timothy) (Entered: 10/22/2007) |
| 10/22/2007 | 296 | Order Granting Motion To Vacate. Debtor must file objections to claims on or before 1/15/2008 (Related Doc # 274). Signed on 10/22/2007. (Simmons, Carina) (Entered: 10/23/2007) |
| 10/23/2007 | 297 | Notice of Motion and First Application for Compensation for Shaw Gussis Fishman Glantz Wolfson & Towbin LLC, Debtor's Attorney, Fee: $315,558.50, Expenses: $7,745.58. Filed by Shaw Gussis Fishman Glantz Wolfson & Towbin LLC. Hearing scheduled for 11/15/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Proposed Order) (Alwin, Janice) (Entered: 10/23/2007) |
| 10/23/2007 | 298 | Cover Sheet for Professional Fees Filed by Janice A Alwin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC (RE: 297 Application for Compensation, ). (Alwin, Janice) (Entered: 10/23/2007) |
| 10/23/2007 | 299 | Notice of Motion and First Application for Compensation for John J Vondran, Special Counsel, Fee: $39,700, Expenses: $60.60. Filed by John J Vondran. Hearing scheduled for 11/15/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit # 2 Proposed Order) (Alwin, Janice) |

| | | |
|---|---|---|
| | | (Entered: 10/23/2007) |
| 10/23/2007 | 300 | Cover Sheet for Professional Fees Filed by Janice A Alwin on behalf of John J Vondran (RE: 299 Application for Compensation, ). (Alwin, Janice) (Entered: 10/23/2007) |
| 10/25/2007 | 301 | Notice of Motion and First Application for Compensation for Dranias, Harrington & Wilson ("Harrington"), Special Counsel, Fee: $15,315, Expenses: $407.43. Filed by Dranias, Harrington & Wilson ("Harrington"). Hearing scheduled for 11/15/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Proposed Order) (Alwin, Janice) (Entered: 10/25/2007) |
| 10/25/2007 | 302 | Cover Sheet for Professional Fees Filed by Janice A Alwin on behalf of Dranias, Harrington & Wilson ("Harrington") (RE: 301 Application for Compensation, ). (Alwin, Janice) (Entered: 10/25/2007) |
| 10/26/2007 | 303 | Notice of Motion and Application to Employ Jenner & Block LLP as Attorneys for the Official Committee of Unsecured Creditors of JS II, L.L.C., et al. Filed by Catherine L Steege ESQ on behalf of Official Committee of Unsecured Creditors of JS II, L.L.C., et al.. Hearing scheduled for 10/30/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Steege, Catherine) (Entered: 10/26/2007) |
| 10/26/2007 | 304 | Proof of Service By E-Mail Filed by Catherine L Steege ESQ on behalf of Official Committee of Unsecured Creditors of JS II, L.L.C., et al. (RE: 303 Application to Employ, ). (Steege, Catherine) (Entered: 10/26/2007) |
| 10/29/2007 | 305 | Response to (related document(s): 290 Motion to Compel, ) Filed by Richard A. Saldinger on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C. (Attachments: # 1 Exhibit A - Part 1# 2 Exhibit A - Part 2# 3 Exhibit B) (Saldinger, Richard) (Entered: 10/29/2007) |
| 10/29/2007 | 306 | Notice of Filing Filed by Richard A. Saldinger on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C. (RE: 305 Response, ). (Saldinger, Richard) (Entered: 10/29/2007) |
| 10/30/2007 | 307 | Hearing Continued (RE: 290 Compel). Hearing Scheduled for 11/13/2007 at 11:00 AM at Courtroom 619 219 South Dearborn, Chicago, IL, 60604. (Watson,Anthony) (Entered: 10/30/2007) |
| | | |

| | | |
|---|---|---|
| 10/30/2007 | 308 | Order Granting Motion To Withdraw As Attorney (Related Doc # 295). Signed on 10/30/2007. (Simmons, Carina) (Entered: 10/31/2007) |
| 10/30/2007 | 309 | Order Denying for the Reasons Stated on the Record Application to Employ (Related Doc # 303). Signed on 10/30/2007. (Simmons, Carina) (Entered: 10/31/2007) |
| 10/30/2007 | 310 | Order Granting Motion to Authorize (Related Doc # 294). Signed on 10/30/2007. (Simmons, Carina) (Entered: 10/31/2007) |
| 11/01/2007 | 311 | Objection to (related document(s): 188 Generic Document, ) Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (Attachments: # 1 Exhibit A) (Towbin, Steven) (Entered: 11/01/2007) |
| 11/01/2007 | 312 | Certificate of Service Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (RE: 311 Objection). (Towbin, Steven) (Entered: 11/01/2007) |
| 11/01/2007 | 313 | Notice of Motion and Motion to Approve Assumption and Assignment of Certain Leases and Approve the Sale Terms and Procedures Therefor, in addition to Notice of Motion and Motion to Sell Property free and clear of Lien - Certain Real Estate Outside the Ordinary Course of Business (3333 S. Iron St. and 1500 W. 33rd St., Chicago, IL). Filed by Allen J Guon on behalf of J.S. II, L.L.C.. Hearing scheduled for 11/6/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A/Real Estate Purchase Agreement# 2 Proposed Order) (Guon, Allen) (Entered: 11/01/2007) |
| 11/02/2007 | 314 | Chapter 11 Plan of Reorganization. Unsecured Creditors to be paid up to 100% percent. Filed by Peter J Roberts on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. (Roberts, Peter) (Entered: 11/02/2007) |
| 11/02/2007 | 315 | Certificate of Service Filed by Peter J Roberts on behalf of J.S. II, L.L.C. (RE: 314 Chapter 11 Plan). (Roberts, Peter) (Entered: 11/02/2007) |
| 11/02/2007 | 316 | Notice of Motion and Application to Employ Catherine L. Steege, Andrew J. Olejnik, and Other Attorneys of the Law Firm of Jenner & Block LLP as Attorneys for the Official Committee of Unsecured Creditors Filed by Catherine L Steege ESQ on behalf of Official Committee of Unsecured Creditors of JS II, L.L.C., et al.. Hearing scheduled for 11/6/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C - Proposed Order) (Steege, Catherine) Modified on 11/5/2007 to include the text "Second" (Burton, Shenitha). (Entered: 11/02/2007) |

| | | |
|---|---|---|
| 11/02/2007 | 317 | Notice of Motion and Motion to Approve Scheduling Order Regarding Debtors' Objection To The Proof Of Interest Filed By Thomas A. Snitzer And Snitzer Family LLC And Debtors' Counterclaim Filed by Steven B Towbin on behalf of J.S. II, L.L.C.. Hearing scheduled for 11/6/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order Scheduling Order) (Towbin, Steven) (Entered: 11/02/2007) |
| 11/02/2007 | 318 | Proof of Service By E-Mail Filed by Catherine L Steege ESQ on behalf of Official Committee of Unsecured Creditors of JS II, L.L.C., et al. (RE: 316 Application to Employ,, ). (Steege, Catherine) (Entered: 11/02/2007) |
| 11/05/2007 | 319 | Notice of Filing of Filing Filed by Edward W Feldman on behalf of Thomas J Snitzer, Snitzer Family LLC. (Attachments: # 1 Exhibit 1# 2 Exhibit 1 -- Part 2# 3 Exhibit 1 -- Part 3# 4 Exhibit 2# 5 Exhibit 3# 6 Exhibit 4# 7 Exhibit 5# 8 Exhibit 6# 9 Exhibit 6 -- Part 2# 10 Exhibit 7# 11 Exhibit 8# 12 Exhibit 8 -- Part 2# 13 Exhibit 9# 14 Exhibit 9 -- Part 2# 15 Exhibit 9 -- Part 3# 16 Exhibit 10# 17 Exhibit 11# 18 Exhibit 12# 19 Exhibit 13# 20 Proposed Order) (Feldman, Edward) (Entered: 11/05/2007) |
| 11/06/2007 | 320 | Hearing Continued (RE: 313 Approve). Hearing Scheduled for 11/08/2007 at 10:30 AM at Courtroom 619 219 South Dearborn, Chicago, IL, 60604. (Watson,Anthony) (Entered: 11/06/2007) |
| 11/06/2007 | 321 | Order Scheduling (RE: 317 Motion to Approve, ). Answer due by: 12/7/2007.Hearing continued on 12/11/2007 at 10:30AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. Responses due by 12/7/2007. Signed on 11/6/2007 (Simmons, Carina) (Entered: 11/07/2007) |
| 11/06/2007 | 322 | Order Granting Application to Employ Jenner & Block LLC for Official Committee of Unsecured Creditors of JS II, L.L.C., et al. Effective 10/19/2007 (Related Doc # 316). Signed on 11/6/2007. (Simmons, Carina) (Entered: 11/07/2007) |
| 11/06/2007 | 398 | Order Scheduling (RE: 317 Motion to Approve, ). Answer due by: 12/7/2007.Hearing continued on 12/11/2007 at 10:30AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. Signed on 12/6/2007 (Simmons, Carina) Modified on 12/12/2007 to correct the file date to 11/06/2007 (Poindexter, Haley). (Entered: 12/11/2007) |
| 11/07/2007 | 323 | Response to (related document(s): 319 Notice of Filing,, ) Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (Towbin, Steven) (Entered: 11/07/2007) |

| | | |
|---|---|---|
| 11/07/2007 | 324 | Certificate of Service Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (RE: 323 Response). (Towbin, Steven) (Entered: 11/07/2007) |
| 11/07/2007 | 325 | Monthly (September 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of High Ridge Partners Inc. (Towbin, Steven) (Entered: 11/07/2007) |
| 11/07/2007 | 326 | Certificate of Service Filed by Steven B Towbin on behalf of High Ridge Partners Inc (RE: 325 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 11/07/2007) |
| 11/07/2007 | 327 | Response to (related document(s): 280 Objection to Claim, ) Filed by David W Cybak on behalf of Central Door Distributors, Inc. (Cybak, David) (Entered: 11/07/2007) |
| 11/07/2007 | 328 | Notice of Filing Filed by David W Cybak on behalf of Central Door Distributors, Inc. (RE: 327 Response). (Cybak, David) (Entered: 11/07/2007) |
| 11/07/2007 | 329 | Appearance Filed by Lawrence A. Stein on behalf of Matthew Pusatera. (Stein, Lawrence) (Entered: 11/07/2007) |
| 11/07/2007 | 330 | Reply to (related document(s): 280 Objection to Claim, ) Filed by Lawrence A. Stein on behalf of Matthew Pusatera (Stein, Lawrence) (Entered: 11/07/2007) |
| 11/07/2007 | 331 | Objection to (related document(s): 313 Motion to Approve,,, Motion to Sell,, ) Filed by Catherine L Steege ESQ on behalf of Official Committee of Unsecured Creditors of JS II, L.L.C., et al. (Steege, Catherine) (Entered: 11/07/2007) |
| 11/07/2007 | 332 | Certificate of Service Filed by Catherine L Steege ESQ on behalf of Official Committee of Unsecured Creditors of JS II, L.L.C., et al. (RE: 331 Objection). (Steege, Catherine) (Entered: 11/07/2007) |
| 11/08/2007 | 333 | Response to (related document(s): 280 Objection to Claim, ) Filed by Brian M. Dougherty on behalf of M.F. Construction Contractors Company (Dougherty, Brian) (Entered: 11/08/2007) |
| 11/08/2007 | 334 | Hearing Continued (RE: 313 Approve). Hearing Scheduled for 11/13/2007 at 02:00 PM at Courtroom 619 219 South Dearborn, Chicago, IL, 60604. (Watson,Anthony) (Entered: 11/08/2007) |
| 11/08/2007 | 335 | Response to First Omnibus Objection (related document(s): 280 Objection to Claim, ) Filed by (Burton, Shenitha) (Entered: 11/09/2007) |

| | | |
|---|---|---|
| 11/08/2007 | 336 | Response to First Omnibus Objection (related document(s): 280 Objection to Claim, ) Filed by (Hatch-Edwards, Lashanda) Modified on 11/14/2007 to include Filed by Kathy S Antunovich (Burton, Shenitha). (Entered: 11/09/2007) |
| 11/09/2007 | 337 | Partial Reply Supporting to (related document(s): 290 Motion to Compel, ) Filed by Forrest L Ingram on behalf of Jose Ruiz, Sandra Ruiz (Attachments: # 1 Index # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # (8) Exhibit # 9 Exhibit) (Ingram, Forrest) (Entered: 11/09/2007) |
| 11/09/2007 | 338 | Partial Reply Supporting to (related document(s): 290 Motion to Compel, ) Filed by Forrest L Ingram on behalf of Jose Ruiz, Sandra Ruiz (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit) (Ingram, Forrest) (Entered: 11/09/2007) |
| 11/09/2007 | 339 | Notice of Filing Reply to Response to Motion to Compel Filed by Forrest L Ingram on behalf of Jose Ruiz, Sandra Ruiz (RE: 290 Motion to Compel, ). (Ingram, Forrest) (Entered: 11/09/2007) |
| 11/09/2007 | 340 | Brief Memorandum in Response to Court's Question Regarding Effect of June 23, 2005 Circuit Court Order Filed by Edward W Feldman on behalf of Thomas J Snitzer, Snitzer Family LLC. (Feldman, Edward) (Entered: 11/09/2007) |
| 11/09/2007 | 341 | Notice of Motion and Motion Rule 2004 Examination of Stuart K. Jacobson and & Associates, Ltd. and Harry R. Allen Filed by Richard A. Saldinger on behalf of J.S. II, L.L.C.. Hearing scheduled for 11/15/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit 1# 2 Proposed Order) (Saldinger, Richard) (Entered: 11/09/2007) |
| 11/09/2007 | 342 | Reply to (related document(s): 331 Objection) Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (Towbin, Steven) (Entered: 11/09/2007) |
| 11/09/2007 | 343 | Certificate of Service Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (RE: 342 Reply). (Towbin, Steven) (Entered: 11/09/2007) |
| 11/12/2007 | 344 | Appearance Filed by Christopher J Hales on behalf of American Chartered Bank. (Hales, Christopher) (Entered: 11/12/2007) |
| 11/13/2007 | 345 | Response to (related document(s): 340 Brief) Filed by Peter J Roberts on behalf of J.S. II, L.L.C. (Attachments: # 1 Exhibit A-C) (Roberts, Peter) (Entered: 11/13/2007) |
| | | |

| | | |
|---|---|---|
| 11/13/2007 | 346 | Certificate of Service Filed by Peter J Roberts on behalf of J.S. II, L.L.C. (RE: 345 Response). (Roberts, Peter) (Entered: 11/13/2007) |
| 11/13/2007 | 347 | Hearing Continued (RE: 313 Approve). Hearing Scheduled for 12/10/2007 at 02:00 PM at Courtroom 619 219 South Dearborn, Chicago, IL, 60604. (Miller,Myrtle) (Entered: 11/13/2007) |
| 11/13/2007 | 348 | Response to (related document(s): 340 Brief) Filed by Peter J Roberts on behalf of J.S. II, L.L.C. (Attachments: # 1 Exhibit A-C) (Roberts, Peter) (Entered: 11/13/2007) |
| 11/13/2007 | 350 | Order Denying for the Reasons Stated on the Record Motion To Compel (Related Doc # 290). Signed on 11/13/2007. (Simmons, Carina) (Entered: 11/15/2007) |
| 11/13/2007 | 352 | **Incorrect Event Entered** Order Granting Motion To Sell (Related Doc # 313). Signed on 11/13/2007. (Simmons, Carina) Modified on 12/4/2007 (Poindexter, Haley). (Entered: 11/15/2007) |
| 11/13/2007 | 354 | Order Scheduling (RE: 313 Motion to Approve, , , Motion to Sell, , ). Hearing scheduled for 12/10/2007 at 02:00 PM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. Signed on 11/13/2007 (Simmons, Carina) (Entered: 11/15/2007) |
| 11/13/2007 | 386 | Order - Orger Regarding Authority of Debtor to Pursue a Sale without Thomas Snitzer's Consent (RE: 366 Motion to Approve, , , ). Signed on 11/13/2007 (Simmons, Carina) (Entered: 12/04/2007) |
| 11/14/2007 | 349 | CORRECTIVE ENTRY to include Filed by Kathy S Antunovich (RE: 336 Response). (Burton, Shenitha) (Entered: 11/14/2007) |
| 11/14/2007 | 351 | Certificate of Mailing (RE: 350 Order on Motion to Compel). (Simmons, Carina) (Entered: 11/15/2007) |
| 11/14/2007 | 353 | Certificate of Service (RE: 352 Order on Motion To Sell). (Simmons, Carina) (Entered: 11/15/2007) |
| 11/15/2007 | 355 | Hearing Continued (RE: 280 Objection to Claim, ). Hearing continued on 12/18/2007 at 02:00PM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Watson, Anthony) (Entered: 11/15/2007) |
| 11/15/2007 | 356 | Order Granting Application For Compensation (Related Doc # 297). Shaw Gussis Fishman Glantz Wolfson & Towbin LLC, fees awarded: $31558.50, expenses awarded: $7745.58. Signed on 11/15/2007. (Simmons, Carina) Modified on 11/19/2007 to correct fees awarded to: $315558.50 (Burton, Shenitha). (Entered: 11/16/2007) |

| | | |
|---|---|---|
| 11/15/2007 | 357 | Order Granting Application For Compensation (Related Doc # 299). John J Vondran, fees awarded: $39700.00, expenses awarded: $60.60. Signed on 11/15/2007. (Simmons, Carina) (Entered: 11/16/2007) |
| 11/15/2007 | 358 | Order Granting Application For Compensation (Related Doc # 301). Dranias, Harrington & Wilson ("Harrington"), fees awarded: $15315.00, expenses awarded: $407.43. Signed on 11/15/2007. (Simmons, Carina) (Entered: 11/16/2007) |
| 11/15/2007 | 359 | Order Granting Motion for Rule 2004 (Related Doc # 341). Signed on 11/15/2007. (Simmons, Carina) (Entered: 11/16/2007) |
| 11/15/2007 | 364 | First Order Granting (RE: 280 Objection to Claim, ). Signed on 11/15/2007 (Simmons, Carina) (Entered: 11/16/2007) |
| 11/16/2007 | | Reopen Document (RE: 280 Objection to Claim, ). (Simmons, Carina) (Entered: 11/16/2007) |
| 11/16/2007 | 360 | Monthly (October 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of James D Brusslan. (Towbin, Steven) (Entered: 11/16/2007) |
| 11/16/2007 | 361 | Certificate of Service Filed by Steven B Towbin on behalf of James D Brusslan (RE: 360 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 11/16/2007) |
| 11/16/2007 | 362 | Monthly (October 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of John J Vondran. (Towbin, Steven) (Entered: 11/16/2007) |
| 11/16/2007 | 363 | Certificate of Service Filed by Steven B Towbin on behalf of John J Vondran (RE: 362 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 11/16/2007) |
| 11/16/2007 | | Update Status of Claim Status 7,10,12,20,33,38,43 . (Simmons, Carina) (Entered: 11/16/2007) |
| 11/16/2007 | | Update Status of Claim Status 5,7,9,13,15,19,28,33 . (Simmons, Carina) (Entered: 11/16/2007) |
| 11/16/2007 | | Update Status of Claim Status 11,17,23,24,26,30,36 . (Simmons, Carina) (Entered: 11/16/2007) |
| 11/16/2007 | 365 | Certificate of Service Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (RE: 354 Order Scheduling). (Towbin, Steven) (Entered: 11/16/2007) |

| | | |
|---|---|---|
| 11/16/2007 | | Update Status of Claim Status 3,5,6,12,19,30,32,40 . (Simmons, Carina) (Entered: 11/16/2007) |
| 11/16/2007 | | Update Status of Claim Status 4,6,8,9,11,15,16,22 . (Simmons, Carina) (Entered: 11/16/2007) |
| 11/16/2007 | | Update Status of Claim Status 16,18,25,28,32,34,37 . (Simmons, Carina) (Entered: 11/16/2007) |
| 11/16/2007 | | Update Status of Claim Status 1,14,20,21,29,34,39 . (Simmons, Carina) (Entered: 11/16/2007) |
| 11/16/2007 | | Update Status of Claim Status 4,11,26,27,35,36,37 . (Simmons, Carina) (Entered: 11/16/2007) |
| 11/16/2007 | | Update Status of Claim Status 13,20,25,26,29,31,41 . (Simmons, Carina) (Entered: 11/16/2007) |
| 11/16/2007 | | Update Status of Claim Status 1,2,17,22,23,38,42 . (Simmons, Carina) (Entered: 11/16/2007) |
| 11/16/2007 | | Update Status of Claim Status 3,4,8,17,18,21,22,45 . (Simmons, Carina) (Entered: 11/16/2007) |
| 11/16/2007 | | Update Status of Claim Status 10,12,14,24,27,28,30 . (Simmons, Carina) (Entered: 11/16/2007) |
| 11/16/2007 | | Update Status of Claim Status 33 . (Simmons, Carina) (Entered: 11/16/2007) |
| 11/17/2007 | 366 | Notice of Motion and Motion to Approve Reconsideration Of Interlocutory Oral Ruling Regarding The Need For The Consent Of Thomas A. Snitzer To The Sale Of The Iron Street Property Or, Alternatively, For The Appointment Of An Examiner With Expanded Powers Or A Trustee With Limited Powers To Investigate, Decide Whether The Debtors? Proposed Sale Of The Iron Street Property Should Be Approved Without The Consent Of Thomas A. Snitzer, And Exercise Such Authority On Behalf Of The Debtors Filed by Peter J Roberts on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 11/20/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order 1# 2 Proposed Order 2# 3 Exhibit A-C# 4 Exhibit D# 5 Exhibit E-I) (Roberts, Peter) (Entered: 11/17/2007) |
| 11/17/2007 | 367 | Disclosure Statement Filed by Peter J Roberts on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River |

| | | |
|---|---|---|
| | | Village West, L.L.C.. (Roberts, Peter) (Entered: 11/17/2007) |
| 11/19/2007 | | Update Professional Fees for Shaw Gussis Fishman Glantz Wolfson & Towbin LLC, Debtor's Attorney, Fees awarded: $315558.50, Expenses awarded: $7745.58; Awarded on 11/19/2007 . (Burton, Shenitha) (Entered: 11/19/2007) |
| 11/19/2007 | 368 | CORRECTIVE ENTRY to correct fees awarded to: $315558.50 (RE: 356 Order on Application for Compensation, ). (Burton, Shenitha) (Entered: 11/19/2007) |
| 11/19/2007 | 369 | Certificate of Service Filed by Peter J Roberts on behalf of J.S. II, L.L.C. (RE: 367 Disclosure Statement). (Roberts, Peter) (Entered: 11/19/2007) |
| 11/20/2007 | 370 | Hearing Continued (RE: 366 Approve). Hearing Scheduled for 11/26/2007 at 02:00 PM at Courtroom 619 219 South Dearborn, Chicago, IL, 60604. (Watson,Anthony) (Entered: 11/20/2007) |
| 11/23/2007 | 371 | Response to (related document(s): 366 Motion to Approve,,, ) Filed by Edward W Feldman on behalf of Thomas J Snitzer, Snitzer Family LLC (Attachments: # 1 Exhibit 1# 2 Exhibit 2-Part 1# 3 Exhibit 2-Part 2# 4 Exhibit 2-Part 3# 5 Exhibit 3) (Feldman, Edward) (Entered: 11/23/2007) |
| 11/25/2007 | 372 | Reply to (related document(s): 371 Response, ) Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (Towbin, Steven) (Entered: 11/25/2007) |
| 11/25/2007 | 373 | Certificate of Service Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (RE: 372 Reply). (Towbin, Steven) (Entered: 11/25/2007) |
| 11/27/2007 | 374 | Summary of Cash Receipt and Disbursement for Filing Period Ending 10/31/07 Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. (Attachments: # 1 Certificate of Service) (Alwin, Janice) (Entered: 11/27/2007) |
| 11/27/2007 | 375 | Notice of Motion and First and Final Application for Compensation for Drinker Biddle Gardner Carton, Creditor Comm. Aty, Fee: $192,401.50, Expenses: $4,317.43. Filed by Drinker Biddle Gardner Carton. Hearing scheduled for 12/19/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O--Timekeeper Summary# 16 Exhibit P--Summary of Expenses# 17 |

| | | |
|---|---|---|
| | | Exhibit Q--Identification of Attorneys and Paraprofessionals# 18 Exhibit R--Summary of Fees by Matter# 19 Proposed Order) (Casey, Timothy) (Entered: 11/27/2007) |
| 11/27/2007 | 376 | Cover Sheet for Professional Fees Filed by Timothy R Casey on behalf of Drinker Biddle Gardner Carton (RE: 375 Application for Compensation,,, ). (Casey, Timothy) (Entered: 11/27/2007) |
| 11/28/2007 | 377 | Hearing Continued (RE: 1 Voluntary Petition (Chapter 11)). Status hearing to be held on 12/10/2007 at 02:00 PM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Smith, Lester) (Entered: 11/28/2007) |
| 11/29/2007 | 378 | Notice of Hearing Filed by Timothy R Casey on behalf of Drinker Biddle Gardner Carton (RE: 375 Application for Compensation,,,, 376 Professional Fees Cover Sheet). Hearing scheduled for 12/19/2007 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Casey, Timothy) (Entered: 11/29/2007) |
| 11/29/2007 | 379 | Order Granting Motion to Reconsider - The sale may proceed without the consent of Thomas A Snitzer and S.F.L.L.C.. The request for appointment of a Trustee is Denied. The request for appointment of an examiner is Denied. (Related Doc # 366). Signed on 11/29/2007. (Poindexter, Haley) (Entered: 11/29/2007) |
| 11/30/2007 | 380 | Monthly (October 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC. (Towbin, Steven) (Entered: 11/30/2007) |
| 11/30/2007 | 381 | Certificate of Service Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC (RE: 380 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 11/30/2007) |
| 11/30/2007 | 382 | Monthly (October 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of High Ridge Partners Inc. (Towbin, Steven) (Entered: 11/30/2007) |
| 11/30/2007 | 383 | Certificate of Service Filed by Steven B Towbin on behalf of High Ridge Partners Inc (RE: 382 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 11/30/2007) |
| 11/30/2007 | 384 | Notice of Hearing and Second Omnibus Objection to Claim(s) of James & Christine Bucher, Yan Ho & Susan Liem, Danielle Hrzic, Janette Maysonett, Builder's Material Source, Amit & Ratna |

| | | |
|---|---|---|
| | | Prachand, Matt & Janelle Reese, Edward Tomlinson, Joseph & Peggy Walsh Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 1/8/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Exhibit A-1# 3 Exhibit B# 4 Proposed Order)(Alwin, Janice) (Entered: 11/30/2007) |
| 11/30/2007 | 387 | Certificate of Mailing (RE: 366 Motion to Approve, , , ). (Simmons, Carina) (Entered: 12/04/2007) |
| 12/04/2007 | 385 | CORRECTIVE ENTRY Incorrect Event Entered (RE: 352 Order on Motion To Sell). (Poindexter, Haley) (Entered: 12/04/2007) |
| 12/07/2007 | 388 | Notice of Filing Verified Declaration of John Kinsella in Support of Debtors' Motion to Sell the Iron Street Property Filed by Steven B Towbin on behalf of J.S. II, L.L.C.. (Towbin, Steven) (Entered: 12/07/2007) |
| 12/07/2007 | 389 | Notice of Filing Verified Declaration of Vern Schultz in Support of the Debtors' Sale Motion for the Iron Street Property Filed by Steven B Towbin on behalf of J.S. II, L.L.C.. (Towbin, Steven) (Entered: 12/07/2007) |
| 12/07/2007 | 390 | Notice of Filing Debtors' Response to the Snitzer Parties' Objection to the Proposed Sale of the Iron Street Property Filed by Steven B Towbin on behalf of J.S. II, L.L.C.. (Towbin, Steven) (Entered: 12/07/2007) |
| 12/07/2007 | 391 | Exhibit(s) 1 thru 7 to Debtors' Response to the Snitzer Parties' Objection to the Proposed Sale of the Iron Street Property Filed by Steven B Towbin on behalf of J.S. II, L.L.C.. (Towbin, Steven) (Entered: 12/07/2007) |
| 12/07/2007 | 392 | Notice of Filing Transcript of Proceedings for the 12-06-07 Auction Filed by Steven B Towbin on behalf of J.S. II, L.L.C.. (Towbin, Steven) (Entered: 12/07/2007) |
| 12/07/2007 | 393 | Exhibit(s) 3 and 4 to Transcript of Proceedings for the 12-06-07 Auction Filed by Steven B Towbin on behalf of J.S. II, L.L.C.. (Towbin, Steven) (Entered: 12/07/2007) |
| 12/07/2007 | 394 | Objection to (related document(s): 313 Motion to Approve,,, Motion to Sell,, ) Filed by Catherine L Steege ESQ on behalf of Official Committee of Unsecured Creditors of JS II, L.L.C., et al. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Steege, Catherine) (Entered: 12/07/2007) |

| | | |
|---|---|---|
| 12/07/2007 | 395 | Certificate of Service Filed by Catherine L Steege ESQ on behalf of Official Committee of Unsecured Creditors of JS II, L.L.C., et al. (RE: 394 Objection, ). (Steege, Catherine) (Entered: 12/07/2007) |
| 12/10/2007 | 396 | Reply to (related document(s): 394 Objection, ) Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (Towbin, Steven) (Entered: 12/10/2007) |
| 12/10/2007 | 397 | Certificate of Service Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (RE: 396 Reply). (Towbin, Steven) (Entered: 12/10/2007) |
| 12/10/2007 | 399 | Order Scheduling (RE: 317 Motion to Approve, ). Hearing continued on 1/9/2008 at 11:00AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. Signed on 12/10/2007 (Simmons, Carina) (Entered: 12/11/2007) |
| 12/10/2007 | 400 | Order Granting Motion to Approve (Related Doc # 313). Signed on 12/10/2007. (Simmons, Carina) (Entered: 12/11/2007) |
| 12/10/2007 | 401 | Order Scheduling . Status Hearing on plan and disclosure statement is continued on 1/9/2008 at 11:00AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. Signed on 12/10/2007 (Simmons, Carina) (Entered: 12/11/2007) |
| 12/12/2007 | 402 | CORRECTIVE ENTRY to correct the file date to 11/06/2007 (RE: 398 Order Scheduling, ). (Poindexter, Haley) (Entered: 12/12/2007) |
| 12/13/2007 | 403 | Monthly (November 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of James D Brusslan. (Towbin, Steven) (Entered: 12/13/2007) |
| 12/13/2007 | 404 | Certificate of Service Filed by Steven B Towbin on behalf of James D Brusslan (RE: 403 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 12/13/2007) |
| 12/13/2007 | 405 | Notice of Hearing Filing and Hearing, Notice of Filing Filing and Hearing Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C. (RE: 364 Order RE: Claims (Outside Vendor/Omnibus Objections)). Hearing scheduled for 12/18/2007 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Alwin, Janice) (Entered: 12/13/2007) |
| 12/14/2007 | 406 | Answer to Filed by Edward W Feldman on behalf of Thomas J Snitzer, Snitzer Family LLC (Feldman, Edward) (Entered: 12/14/2007) |

| | | |
|---|---|---|
| 12/18/2007 | 407 | Monthly (November 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC. (Towbin, Steven) (Entered: 12/18/2007) |
| 12/18/2007 | 408 | Certificate of Service Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC (RE: 407 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 12/18/2007) |
| 12/18/2007 | 409 | Hearing Continued . Status hearing (RE: 280 Objection to Claim(s)) to be held on 1/29/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Watson, Anthony) (Entered: 12/18/2007) |
| 12/18/2007 | 413 | Stipulated Order Scheduling (RE: 280 Objection to Claim, ). Hearing scheduled for 1/29/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. Signed on 12/18/2007 (Henley, Mary) (Entered: 12/20/2007) |
| 12/19/2007 | 410 | Hearing Continued (RE: 375 Compensation WITH Notice of Motion). Hearing Scheduled for 12/20/2007 at 10:00 AM at Courtroom 619 219 South Dearborn, Chicago, IL, 60604. (Watson,Anthony) (Entered: 12/19/2007) |
| 12/19/2007 | 411 | Monthly (November 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of High Ridge Partners Inc. (Towbin, Steven) (Entered: 12/19/2007) |
| 12/19/2007 | 412 | Certificate of Service Filed by Steven B Towbin on behalf of High Ridge Partners Inc (RE: 411 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 12/19/2007) |
| 12/20/2007 | 414 | Notice of Motion and Motion to Approve Claim Objection Response Procedures and Related Relief Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 1/3/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Alwin, Janice) (Entered: 12/20/2007) |
| 12/20/2007 | 415 | Notice of Motion and Application to Employ Integra Realty Resources as Real Estate Appraiser Filed by Vipin R Gandra on behalf of J.S. II, L.L.C.. Hearing scheduled for 1/3/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Gandra, Vipin) (Entered: 12/20/2007) |

| | | |
|---|---|---|
| 12/20/2007 | 416 | Order Granting Application For Compensation (Related Doc # 375). Drinker Biddle Gardner Carton, fees awarded: $105855.54, expenses awarded: $4317.23 for the reasons stated on the record, the oral objection of Jose Ruiz is overruled. Signed on 12/20/2007. (Brown, Venita) (Entered: 12/21/2007) |
| 12/21/2007 | 417 | Summary of Cash Receipt and Disbursement for Filing Period Ending November 2007 Filed by Steven B Towbin on behalf of J.S. II, L.L.C.. (Towbin, Steven) (Entered: 12/21/2007) |
| 12/21/2007 | 418 | Certificate of Service Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (RE: 417 Summary of Cash Receipt and Disbursement). (Towbin, Steven) (Entered: 12/21/2007) |
| 12/27/2007 | 419 | Monthly (August 1, 2007 thru December 21, 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of Dranias, Harrington & Wilson ("Harrington"), Keith W Harrington. (Towbin, Steven) (Entered: 12/27/2007) |
| 12/27/2007 | 420 | Certificate of Service Filed by Steven B Towbin on behalf of Dranias, Harrington & Wilson ("Harrington"), Keith W Harrington (RE: 419 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 12/27/2007) |
| 12/31/2007 | 421 | First Application for Compensation for Jenner & Block LLP, Creditor Comm. Aty, Fee: $60,376.00, Expenses: $752.75. Filed by Jenner & Block LLP. (Attachments: # 1 Exhibit A) (Steege, Catherine) (Entered: 12/31/2007) |
| 12/31/2007 | 422 | Cover Sheet for Professional Fees Filed by Catherine L Steege ESQ on behalf of Jenner & Block LLP (RE: 421 Application for Compensation). (Steege, Catherine) (Entered: 12/31/2007) |
| 12/31/2007 | 423 | Notice of Filing Filed by Catherine L Steege ESQ on behalf of Jenner & Block LLP (RE: 421 Application for Compensation). (Steege, Catherine) (Entered: 12/31/2007) |
| 01/03/2008 | 424 | Notice of Hearing and Objection to Claim(s) 24 (Antunovich) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 1/29/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 01/03/2008) |
| 01/03/2008 | 425 | Notice of Hearing and Objection to Claim(s) 75 (Bieber/Goodrich) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, |

| | | |
|---|---|---|
| | | L.L.C.. Hearing scheduled for 1/29/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 01/03/2008) |
| 01/03/2008 | 426 | Notice of Hearing and Objection to Claim(s) 68 (Butler) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 1/29/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 01/03/2008) |
| 01/03/2008 | 427 | Notice of Hearing and Objection to Claim(s) 48 Castro/Gachancipa Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 1/29/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 01/03/2008) |
| 01/03/2008 | 428 | Notice of Hearing and Objection to Claim(s) 83 (Chu) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 1/29/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 01/03/2008) |
| 01/03/2008 | 429 | Notice of Hearing and Objection to Claim(s) 69 (Davidson) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 1/29/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 01/03/2008) |
| 01/03/2008 | 430 | Notice of Hearing and Objection to Claim(s) 63 (Ford) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 1/29/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 01/03/2008) |
| 01/03/2008 | 431 | Notice of Hearing and Objection to Claim(s) 33 (Guo) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 1/29/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 01/03/2008) |
| 01/03/2008 | 432 | Notice of Hearing and Objection to Claim(s) 60 (Huerta) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, |

| | | |
|---|---|---|
| | | River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 1/29/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 01/03/2008) |
| 01/03/2008 | 433 | Notice of Hearing and Objection to Claim(s) 61 (Jungenberg) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 1/29/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 01/03/2008) |
| 01/03/2008 | 434 | Notice of Hearing and Objection to Claim(s) 66 (Kucik/Fratzke) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 1/29/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 01/03/2008) |
| 01/03/2008 | 435 | Notice of Hearing and Objection to Claim(s) 50 (Leung) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 1/29/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 01/03/2008) |
| 01/03/2008 | 436 | Notice of Hearing and Objection to Claim(s) 28 (Repasy) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 1/29/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 01/03/2008) |
| 01/03/2008 | 437 | Notice of Hearing and Objection to Claim(s) 38 (Rhone) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 1/29/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 01/03/2008) |
| 01/03/2008 | 438 | Notice of Hearing and Objection to Claim(s) 57 (Roberts) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 1/29/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 01/03/2008) |
| 01/03/2008 | 439 | Notice of Hearing and Objection to Claim(s) 56 (Schneider) Filed by |

| | | |
|---|---|---|
| | | Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 1/29/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 01/03/2008) |
| 01/03/2008 | 440 | Notice of Hearing and Objection to Claim(s) 52 (Slabe) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 1/29/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 01/03/2008) |
| 01/03/2008 | 441 | Notice of Hearing and Objection to Claim(s) 53 (Stanek) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 1/29/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 01/03/2008) |
| 01/03/2008 | 442 | Notice of Hearing and Objection to Claim(s) 32 (Vagnieres) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 1/29/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 01/03/2008) |
| 01/03/2008 | 443 | Notice of Hearing and Objection to Claim(s) 30-2 (Wiebe) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 1/29/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 01/03/2008) |
| 01/03/2008 | 444 | Notice of Motion and Motion to Shorten Shorten the Notice Period and Response Deadline for Certain Claim Objections and Related Relief Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 1/15/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Alwin, Janice) (Entered: 01/03/2008) |
| 01/03/2008 | 445 | Notice of Motion and Motion to Extend Time to Object to Claims Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 1/8/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Alwin, Janice) (Entered: 01/03/2008) |

| | | |
|---|---|---|
| 01/03/2008 | 446 | Order Granting Motion to Approve (Related Doc # 414). Signed on 1/3/2008. (Simmons, Carina) (Entered: 01/04/2008) |
| 01/03/2008 | 447 | Order Granting Application to Employ Gary K DeClark, and Integra Realty Resources - Chicago Metro (Related Doc # 415). Signed on 1/3/2008. (Simmons, Carina) (Entered: 01/04/2008) |
| 01/08/2008 | 448 | Order Scheduling. Status Hearing on Plan and Disclosure Statement set for 1/9/2008 is re-scheduled. Hearing continued on 1/29/2008 at 10:30AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. Signed on 1/8/2008 (Simmons, Carina) (Entered: 01/08/2008) |
| 01/08/2008 | 449 | Order Scheduling. All matters in case 07 B 3856 JS II LLC etal, that were to be heard on 1/9/2008 are re-scheduled. Hearing continued on 1/29/2008 at 10:30AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. Signed on 1/8/2008 (Simmons, Carina) (Entered: 01/08/2008) |
| 01/08/2008 | 450 | Order Granting Motion to Extend Time. Debtor must file objections to Claims on or Before 4/14/2008. (Related Doc # 445). Signed on 1/8/2008. (Simmons, Carina) (Entered: 01/09/2008) |
| 01/08/2008 | 451 | First Order Granting (RE: 384 Objection to Claim, , ). Signed on 1/8/2008 (Simmons, Carina) (Entered: 01/09/2008) |
| 01/11/2008 | 452 | Supplemental Affidavit Filed by Catherine L Steege ESQ on behalf of Jenner & Block LLP. (Steege, Catherine) (Entered: 01/11/2008) |
| 01/11/2008 | 453 | Notice of Filing Filed by Catherine L Steege ESQ on behalf of Jenner & Block LLP (RE: 452 Affidavit). (Steege, Catherine) (Entered: 01/11/2008) |
| 01/14/2008 | 454 | Order Scheduling for the purpose of presenting claim objections and other Motions. Hearing scheduled for 3/11/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. Hearing continued on 3/27/2008 at 09:30AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604 Signed on 1/14/2008 (Simmons, Carina) (Entered: 01/15/2008) |
| 01/15/2008 | 455 | Monthly (November 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of John J Vondran. (Towbin, Steven) (Entered: 01/15/2008) |
| 01/15/2008 | 456 | Certificate of Service Filed by Steven B Towbin on behalf of John J Vondran (RE: 455 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 01/15/2008) |

| | | |
|---|---|---|
| 01/15/2008 | 457 | Monthly (December 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of John J Vondran. (Towbin, Steven) (Entered: 01/15/2008) |
| 01/15/2008 | 458 | Certificate of Service Filed by Steven B Towbin on behalf of John J Vondran (RE: 457 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 01/15/2008) |
| 01/15/2008 | 459 | Monthly (December 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of James D Brusslan. (Towbin, Steven) (Entered: 01/15/2008) |
| 01/15/2008 | 460 | Certificate of Service Filed by Steven B Towbin on behalf of James D Brusslan (RE: 459 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 01/15/2008) |
| 01/15/2008 | 461 | Order Granting Motion to Shorten. Claimants must file written response no later than 4:00pm on 1/22/2008 (Related Doc # 444). Signed on 1/15/2008. (Simmons, Carina) Modified on 1/17/2008 to correct docket text to Claimants (Poindexter, Haley). (Entered: 01/16/2008) |
| 01/17/2008 | 462 | CORRECTIVE ENTRY to correct docket text to Claimants (RE: 461 Order on Motion to Shorten, ). (Poindexter, Haley) (Entered: 01/17/2008) |
| 01/22/2008 | 463 | Monthly (December 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC. (Towbin, Steven) (Entered: 01/22/2008) |
| 01/22/2008 | 464 | Certificate of Service Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC (RE: 463 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 01/22/2008) |
| 01/22/2008 | 465 | Reply in Support to (related document(s): 327 Response, [409] Hearing (Bk Other) Continued, 280 Objection to Claim, ) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C. (Alwin, Janice) (Entered: 01/22/2008) |
| 01/22/2008 | 466 | Summary of Cash Receipt and Disbursement for Filing Period Ending December 31, 2007 Filed by Steven B Towbin on behalf of J.S. II, L.L.C.. (Towbin, Steven) (Entered: 01/22/2008) |
| 01/22/2008 | 467 | Certificate of Service Filed by Steven B Towbin on behalf of J.S. II, |

| | | |
|---|---|---|
| | | L.L.C. (RE: 466 Summary of Cash Receipt and Disbursement). (Towbin, Steven) (Entered: 01/22/2008) |
| 01/22/2008 | 468 | Reply in Opposition to (related document(s): 280 Objection to Claim, ) Filed by Lawrence A. Stein on behalf of Matthew Pusatera (Stein, Lawrence) (Entered: 01/22/2008) |
| 01/22/2008 | 469 | Notice of Hearing and Third Omnibus Objection to Claim(s) of Ashland Glass & Mirror Design, Inc.; Illinois Department of Revenue; Levenfeld Pearlstein LLC; S&R Masonry; Southwest Fireplace Supply-Palos Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 3/11/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A-C# 2 Proposed Order)(Alwin, Janice) (Entered: 01/22/2008) |
| 01/22/2008 | 470 | Notice of Motion and Motion to Amend (related document(s)280 Objection to Claim, ) Filed by Lawrence A. Stein on behalf of Matthew Pusatera. Hearing scheduled for 1/29/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Stein, Lawrence) (Entered: 01/22/2008) |
| 01/22/2008 | 471 | Notice of Motion Filed by Lawrence A. Stein on behalf of Matthew Pusatera (RE: 470 Motion to Amend, ). Hearing scheduled for 1/29/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Stein, Lawrence) (Entered: 01/22/2008) |
| 01/22/2008 | 472 | Response to Claim Objection Filed by Kathy S Antunovich (Simmons, Carina) Modified on 1/23/2008 to Create relationship to document 424 (Poindexter, Haley). (Entered: 01/23/2008) |
| 01/22/2008 | 473 | Response to Claimant Objection Filed by Karen Wiebe (Simmons, Carina) Modified on 1/23/2008 to Create relationship to document 443 (Poindexter, Haley). (Entered: 01/23/2008) |
| 01/22/2008 | 474 | Response to (related document(s): 431 Objection to Claim, ) Filed by Jingtao Guo (Simmons, Carina) (Entered: 01/23/2008) |
| 01/23/2008 | 475 | CORRECTIVE ENTRY Create relationship to document #443 and #424 (RE: 472 Response, 473 Response). (Poindexter, Haley) (Entered: 01/23/2008) |
| 01/23/2008 | 476 | Monthly (December 2007) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of High Ridge Partners Inc. (Towbin, Steven) (Entered: 01/23/2008) |
| | | |

| | | |
|---|---|---|
| 01/23/2008 | 477 | Certificate of Service Filed by Steven B Towbin on behalf of High Ridge Partners Inc (RE: 476 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 01/23/2008) |
| 01/24/2008 | 478 | Second Application for Compensation for Jenner & Block LLP, Creditor Comm. Aty, Fee: $19,998.50, Expenses: $950.94. Filed by Jenner & Block LLP. (Attachments: # 1 Exhibit A) (Steege, Catherine) (Entered: 01/24/2008) |
| 01/24/2008 | 479 | Cover Sheet for Professional Fees Filed by Catherine L Steege ESQ on behalf of Jenner & Block LLP (RE: 478 Application for Compensation). (Steege, Catherine) (Entered: 01/24/2008) |
| 01/24/2008 | 480 | Notice of Filing Filed by Catherine L Steege ESQ on behalf of Jenner & Block LLP (RE: 478 Application for Compensation). (Steege, Catherine) (Entered: 01/24/2008) |
| 01/25/2008 | 481 | List of Exhibits, List of Witnesses Filed by David W Cybak on behalf of Central Door Distributors, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B (1)# 3 Exhibit B (2)# 4 Exhibit B (3)# 5 Exhibit C# 6 Exhibit D# 7 Exhibit E) (Cybak, David) (Entered: 01/25/2008) |
| 01/25/2008 | 482 | Notice of Filing Filed by David W Cybak on behalf of Central Door Distributors, Inc. (RE: 481 List of Exhibits,, List of Witnesses, ). (Cybak, David) (Entered: 01/25/2008) |
| 01/29/2008 | 483 | Order and Stipulation (RE: 280 Objection to Claim, ). Signed on 1/29/2008 (Simmons, Carina) (Entered: 01/30/2008) |
| 01/29/2008 | 484 | Order Scheduling . Status hearing on Plan and Disclosure Statement to be held on 3/11/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. The Debtor's exclusive period to obtain acceptances of their plan is extended through 3/27/2008. Signed on 1/29/2008 (Simmons, Carina) (Entered: 01/31/2008) |
| 01/29/2008 | 485 | Stipulated Order Scheduling (RE: 443 Objection to Claim, ). Hearing continued on 3/11/2008 at 09:30AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604.Reply due by: 3/5/2008 Responses due by 2/19/2008. Signed on 1/29/2008 (Simmons, Carina) (Entered: 01/31/2008) |
| 01/29/2008 | 486 | Stipulated Order Scheduling (RE: 440 Objection to Claim, ). Hearing continued on 3/11/2008 at 09:30AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604.Reply due by: 3/5/2008 Responses due by 2/19/2008. Signed on 1/29/2008 (Simmons, |

| | | |
|---|---|---|
| | | Carina) (Entered: 01/31/2008) |
| 01/29/2008 | 487 | Stipulated Order Scheduling (RE: 442 Objection to Claim, ). Hearing continued on 3/11/2008 at 09:30AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604.Reply due by: 3/5/2008 Responses due by 2/19/2008. Signed on 1/29/2008 (Simmons, Carina) (Entered: 01/31/2008) |
| 01/29/2008 | 488 | Stipulated Order Scheduling (RE: 441 Objection to Claim, ). Hearing continued on 3/11/2008 at 09:30AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604.Reply due by: 3/5/2008 Responses due by 2/19/2008. Signed on 1/29/2008 (Simmons, Carina) (Entered: 01/31/2008) |
| 01/29/2008 | 489 | Stipulated Order Scheduling (RE: 428 Objection to Claim, ). Hearing continued on 3/11/2008 at 09:30AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604.Reply due by: 3/5/2008 Responses due by 2/19/2008. Signed on 1/29/2008 (Simmons, Carina) (Entered: 01/31/2008) |
| 01/29/2008 | 490 | Stipulated Order Scheduling (RE: 424 Objection to Claim, ). Hearing continued on 3/11/2008 at 09:30AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604.Reply due by: 3/5/2008 Responses due by 2/19/2008. Signed on 1/29/2008 (Simmons, Carina) (Entered: 01/31/2008) |
| 01/29/2008 | 491 | Stipulated Order Scheduling (RE: 427 Objection to Claim, ). Hearing continued on 3/11/2008 at 09:30AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604.Reply due by: 3/5/2008 Responses due by 2/19/2008. Signed on 1/29/2008 (Simmons, Carina) (Entered: 01/31/2008) |
| 01/29/2008 | 492 | Stipulated Order Scheduling (RE: 431 Objection to Claim, ). Hearing continued on 3/11/2008 at 09:30AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604.Reply due by: 3/5/2008 Responses due by 2/19/2008. Signed on 1/29/2008 (Simmons, Carina) (Entered: 01/31/2008) |
| 01/29/2008 | 493 | Order Granting (RE: 425 Objection to Claim, ). Signed on 1/29/2008 (Simmons, Carina) (Entered: 01/31/2008) |
| 01/29/2008 | 494 | Order Granting (RE: 434 Objection to Claim, ). Signed on 1/29/2008 (Simmons, Carina) (Entered: 01/31/2008) |
| 01/29/2008 | 495 | Order Granting (RE: 433 Objection to Claim, ). Signed on 1/29/2008 (Simmons, Carina) (Entered: 01/31/2008) |

| | | |
|---|---|---|
| 01/29/2008 | 496 | Order Granting (RE: 430 Objection to Claim, ). Signed on 1/29/2008 (Simmons, Carina) (Entered: 01/31/2008) |
| 01/29/2008 | 497 | Order Granting (RE: 429 Objection to Claim, ). Signed on 1/29/2008 (Simmons, Carina) (Entered: 01/31/2008) |
| 01/29/2008 | 498 | Order Granting (RE: 426 Objection to Claim, ). Signed on 1/29/2008 (Simmons, Carina) (Entered: 01/31/2008) |
| 01/29/2008 | 499 | Order Granting (RE: 442 Objection to Claim, ). Signed on 1/29/2008 (Simmons, Carina) (Entered: 01/31/2008) |
| 01/29/2008 | 500 | Order Granting (RE: 437 Objection to Claim, ). Signed on 1/29/2008 (Simmons, Carina) (Entered: 01/31/2008) |
| 01/29/2008 | 501 | Order Granting (RE: 436 Objection to Claim, ). Signed on 1/29/2008 (Simmons, Carina) (Entered: 01/31/2008) |
| 01/29/2008 | 502 | Order Granting (RE: 435 Objection to Claim, ). Signed on 1/29/2008 (Simmons, Carina) (Entered: 01/31/2008) |
| 01/29/2008 | 503 | Order Granting (RE: 439 Objection to Claim, ). Signed on 1/29/2008 (Simmons, Carina) (Entered: 01/31/2008) |
| 01/29/2008 | 504 | Order Granting (RE: 438 Objection to Claim, ). Signed on 1/29/2008 (Simmons, Carina) (Entered: 01/31/2008) |
| 02/04/2008 | | Motions terminated, Deadlines terminated . (Simmons, Carina) (Entered: 02/04/2008) |
| 02/05/2008 | 505 | Adversary case 08-00072. (14 (Recovery of money/property - other)), (81 (Subordination of claim or interest)): Complaint by JS, II L.L.C., River Village I, LLC, River Village West, LLC, KND Investments, LLC against Brickcraft, Inc., Anthony Splendoria, Robert Splendoria. Fee Amount $250. Status hearing to be held on 3/11/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Saldinger, Richard) (Entered: 02/05/2008) |
| 02/05/2008 | 506 | Notice of Hearing and Objection to Claim(s) 16 (Brickcraft, Inc) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 3/27/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A)(Alwin, Janice) (Entered: 02/05/2008) |
| 02/06/2008 | 507 | Appearance for Michael I Rothstein, Daniel L. Stanner, Daniel I. Konieczny, Henry H. Hess Filed by Daniel L Stanner on behalf of |

| | | |
|---|---|---|
| | | J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. (Stanner, Daniel) (Entered: 02/06/2008) |
| 02/08/2008 | 508 | Appearance for Michael I Rothstein, Daniel L. Stanner, Daniel I. Konieczny, Henry H. Hess Filed by Daniel L Stanner on behalf of Sid Diamond, Diamond Family, L.L.C., John J. Kinsella, Kinsella Investments L.P.. (Stanner, Daniel) (Entered: 02/08/2008) |
| 02/08/2008 | 509 | Notice of Motion and Motion to Dismiss Third Party Complaint Filed by Steven B Towbin on behalf of J.S. II, L.L.C.. Hearing scheduled for 3/27/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Towbin, Steven) (Entered: 02/08/2008) |
| 02/08/2008 | 510 | Notice of Motion and Motion to Dismiss Case pursuant to Rules 12 and 14 of Federal Rules of Civil Procedure Filed by Daniel L Stanner on behalf of Sid Diamond, Diamond Family, L.L.C., John J. Kinsella, Kinsella Investments L.P.. Hearing scheduled for 3/27/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Proposed Order) (Stanner, Daniel) (Entered: 02/08/2008) |
| 02/08/2008 | 511 | Stipulated Order Scheduling (RE: 432 Objection to Claim, ). Objection is continued for Hearing scheduled for 3/11/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. Reply due by: 3/5/2008. Responses due by 2/19/2008. Signed on 2/8/2008 (Simmons, Carina) (Entered: 02/11/2008) |
| 02/08/2008 | 512 | Order Scheduling (RE: 509 Motion to Dismiss Third Party Complaint, ). Debtor's Objection to the claim of Thomas Snizter and Snitzer Family LLC is continued on 3/27/2008 at 09:30AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. The responses to the Third Party complaint for Equitable Subordination are set for Hearing scheduled for 3/27/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. Thomas Snitzer and or the Snitzer Family Reply due by: 3/3/2008. Responses due by 2/8/2008. The debtors and the Third party defendants may file replies on or before 3/24/2008. Signed on 2/8/2008 (Simmons, Carina) (Entered: 02/11/2008) |
| 02/11/2008 | 513 | Monthly (January 2008) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of John J Vondran. (Towbin, Steven) (Entered: 02/11/2008) |
| 02/11/2008 | 514 | Certificate of Service Filed by Steven B Towbin on behalf of John J Vondran (RE: 513 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 02/11/2008) |

| | | |
|---|---|---|
| 02/11/2008 | 515 | Monthly (January 2008) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of James D Brusslan. (Towbin, Steven) (Entered: 02/11/2008) |
| 02/11/2008 | 516 | Certificate of Service Filed by Steven B Towbin on behalf of James D Brusslan (RE: 515 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 02/11/2008) |
| 02/12/2008 | 517 | Monthly (January 2008) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of High Ridge Partners Inc. (Towbin, Steven) (Entered: 02/12/2008) |
| 02/12/2008 | 518 | Certificate of Service Filed by Steven B Towbin on behalf of High Ridge Partners Inc (RE: 517 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 02/12/2008) |
| 02/13/2008 | 519 | Monthly (January 2008) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC. (Towbin, Steven) (Entered: 02/13/2008) |
| 02/13/2008 | 520 | Certificate of Service Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC (RE: 519 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 02/13/2008) |
| 02/14/2008 | 521 | Notice of Hearing and Objection to Claim(s) 35 (Bruederle) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 3/27/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 02/14/2008) |
| 02/14/2008 | 522 | Notice of Hearing and Objection to Claim(s) 40 (Dittmann) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 3/27/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 02/14/2008) |
| 02/14/2008 | 523 | Notice of Hearing and Objection to Claim(s) 64 (Krueger) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 3/27/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 02/14/2008) |

| | | |
|---|---|---|
| 02/14/2008 | 524 | Notice of Hearing and Objection to Claim(s) 44 (Oh) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 3/27/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 02/14/2008) |
| 02/14/2008 | 525 | Notice of Hearing and Objection to Claim(s) 78 (Pinkston) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 3/27/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 02/14/2008) |
| 02/14/2008 | 526 | Notice of Hearing and Objection to Claim(s) 76 (Pusatera) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 3/27/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 02/14/2008) |
| 02/15/2008 | 527 | Notice of Motion and First Application for Compensation for Tabet DiVito Rothstein LLC, Special Counsel, Fee: $96,762, Expenses: $598.67. Filed by Tabet DiVito Rothstein LLC. Hearing scheduled for 3/11/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit Invoices# 2 Proposed Order) (Alwin, Janice) (Entered: 02/15/2008) |
| 02/15/2008 | 528 | Cover Sheet for Professional Fees Filed by Janice A Alwin on behalf of Tabet DiVito Rothstein LLC (RE: 527 Application for Compensation, ). (Alwin, Janice) (Entered: 02/15/2008) |
| 02/19/2008 | 529 | Third Application for Compensation for Jenner & Block LLP, Creditor Comm. Aty, Fee: $9,130.50, Expenses: $863.05. Filed by Jenner & Block LLP. (Attachments: # 1 Exhibit A) (Steege, Catherine) (Entered: 02/19/2008) |
| 02/19/2008 | 530 | Cover Sheet for Professional Fees Filed by Catherine L Steege ESQ on behalf of Jenner & Block LLP (RE: 529 Application for Compensation). (Steege, Catherine) (Entered: 02/19/2008) |
| 02/19/2008 | 531 | Response to (related document(s): 428 Objection to Claim, ) Filed by Elizabeth A. Bates on behalf of John Chu (Bates, Elizabeth) (Entered: 02/19/2008) |
| 02/19/2008 | 532 | Notice of Filing Filed by Catherine L Steege ESQ on behalf of Jenner & Block LLP (RE: 529 Application for Compensation). (Steege, Catherine) (Entered: 02/19/2008) |

| | | |
|---|---|---|
| 02/19/2008 | 533 | Notice of Filing Filed by Elizabeth A. Bates on behalf of John Chu (RE: 531 Response). (Bates, Elizabeth) (Entered: 02/19/2008) |
| 02/19/2008 | 534 | Second Response to (related document(s): 424 Objection to Claim, ) Filed by Kathy S Antunovich (Attachments: # 1 Exhibit) (Simmons, Carina) (Entered: 02/20/2008) |
| 02/19/2008 | 535 | Objection and Response to (related document(s): 280 Objection to Claim, ) Filed by Robert C Vagnieres (Simmons, Carina) (Entered: 02/20/2008) |
| 02/20/2008 | 536 | Amended Cover Sheet for Professional Fees Filed by Catherine L Steege ESQ on behalf of Jenner & Block LLP (RE: 530 Professional Fees Cover Sheet). (Steege, Catherine) (Entered: 02/20/2008) |
| 02/20/2008 | 537 | Memorandum Opinion (RE: 280 Objection to Claim, ). (Simmons, Carina) (Entered: 02/20/2008) |
| 02/20/2008 | 538 | Certificate of Service (RE: 537 Memorandum Opinion). (Simmons, Carina) (Entered: 02/20/2008) |
| 02/26/2008 | 539 | Notice of Hearing and Objection to Claim(s) 77 & 80 (IRS) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 3/27/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 02/26/2008) |
| 02/26/2008 | 540 | Notice of Hearing and Objection to Claim(s) 82 Cook Cnty Treasr Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 3/27/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 02/26/2008) |
| 02/26/2008 | 541 | Notice of Motion and Motion to Shorten Notice Period and Response Deadline for Certain Claim Objections and Related Relief Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 3/11/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Alwin, Janice) (Entered: 02/26/2008) |
| 02/26/2008 | 542 | Notice of Motion and Motion to Vacate (related documents 499 Order (Generic)) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 3/11/2008 at 09:30 AM at 219 South |

| | | |
|---|---|---|
| | | Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Alwin, Janice) (Entered: 02/26/2008) |
| 02/29/2008 | 543 | Notice of Hearing and Objection to Claim(s) 87 (Antunovich) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 3/27/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order)(Alwin, Janice) (Entered: 02/29/2008) |
| 02/29/2008 | 544 | Notice of Motion and Amended Motion (related document(s): 541 Shorten, ) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 3/11/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Alwin, Janice) (Entered: 02/29/2008) |
| 02/29/2008 | 545 | Notice of Motion and Motion to Extend Exclusivity Period for Filing Chapter 11 Plan and Disclosure Statement Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 3/11/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Alwin, Janice) (Entered: 02/29/2008) |
| 03/03/2008 | 546 | Response to (related document(s): 509 Motion to Dismiss Third Party Complaint, ) Filed by Edward W Feldman on behalf of Thomas J Snitzer, Snitzer Family LLC (Attachments: # 1 Exhibit 1) (Feldman, Edward) (Entered: 03/03/2008) |
| 03/03/2008 | 547 | Response to (related document(s): 510 Motion to Dismiss Case, ) Filed by Edward W Feldman on behalf of Thomas J Snitzer, Snitzer Family LLC (Feldman, Edward) (Entered: 03/03/2008) |
| 03/05/2008 | 548 | Statement in Further Support of Debtors' Objection to Claim of Hector Castro and Olga Gachancipa Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C. (RE: 427 Objection to Claim, ). (Attachments: # 1 Exhibit Declaration of John Vondran) (Alwin, Janice) (Entered: 03/05/2008) |
| 03/05/2008 | 549 | Statement in Further Support of Debtors' Objection to Claim of Paul and Maribel Huerta Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C. (RE: 432 Objection to Claim, ). (Attachments: # 1 Exhibit Declaration of John Vondran) (Alwin, Janice) (Entered: 03/05/2008) |
| | | |

| | | |
|---|---|---|
| 03/05/2008 | 550 | Statement in Further Support of Debtors' Objection to Claim of Jerry and Marta Slabe Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C. (RE: 440 Objection to Claim, ). (Attachments: # 1 Exhibit Declaration of John Vondran) (Alwin, Janice) (Entered: 03/05/2008) |
| 03/05/2008 | 551 | Statement in Further Support of Debtors' Objection to Claim of Dan and Laura Stanek Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C. (RE: 441 Objection to Claim, ). (Attachments: # 1 Exhibit Declaration of John Vondran) (Alwin, Janice) (Entered: 03/05/2008) |
| 03/05/2008 | 552 | Reply to (related document(s): 472 Response, 534 Response, 424 Objection to Claim, ) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C. (Attachments: # 1 Exhibit Declaration of John Vondran) (Alwin, Janice) (Entered: 03/05/2008) |
| 03/05/2008 | 553 | Reply to (related document(s): 428 Objection to Claim,, 531 Response) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C. (Attachments: # 1 Exhibit Declaration of John Vondran) (Alwin, Janice) (Entered: 03/05/2008) |
| 03/05/2008 | 554 | Reply to (related document(s): 474 Response, 431 Objection to Claim, ) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C. (Attachments: # 1 Exhibit Declaration of John Vondran) (Alwin, Janice) (Entered: 03/05/2008) |
| 03/05/2008 | 555 | Reply to (related document(s): 442 Objection to Claim,, 535 Response) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C. (Attachments: # 1 Exhibit Declaration of John Vondran) (Alwin, Janice) (Entered: 03/05/2008) |
| 03/05/2008 | 556 | Reply to (related document(s): 443 Objection to Claim,, 473 Response) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C. (Attachments: # 1 Exhibit Declaration of John Vondran) (Alwin, Janice) (Entered: 03/05/2008) |
| 03/06/2008 | 557 | Notice of Motion and Motion to Authorize Debtors to Extend Secured Financing Arrangement Filed by Peter J Roberts on behalf of J.S. II, L.L.C.. Hearing scheduled for 3/11/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order # 2 Exhibit A# 3 Exhibit B) (Roberts, Peter) (Entered: 03/06/2008) |

| | | |
|---|---|---|
| 03/06/2008 | 558 | Summary of Cash Receipt and Disbursement for Filing Period Ending January 31, 2008 Filed by Steven B Towbin on behalf of J.S. II, L.L.C.. (Towbin, Steven) (Entered: 03/06/2008) |
| 03/06/2008 | 559 | Certificate of Service Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (RE: 558 Summary of Cash Receipt and Disbursement). (Towbin, Steven) (Entered: 03/06/2008) |
| 03/10/2008 | 560 | Notice of Motion and Motion to Continue/Reschedule Hearing of Debtors Objection to Claim 24-2 Filed by Kathy S Antunovich . Hearing scheduled for 3/11/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Huley, Linda) (Entered: 03/10/2008) |
| 03/10/2008 | 561 | Notice of Motion and Motion For an Order Allowing Discovery under Rule 2004 Filed by Jose Ruiz . Hearing scheduled for 4/8/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Simmons, Carina) (Entered: 03/11/2008) |
| 03/11/2008 | 562 | Monthly (February 2008) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC. (Towbin, Steven) (Entered: 03/11/2008) |
| 03/11/2008 | 563 | Certificate of Service Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC (RE: 562 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 03/11/2008) |
| 03/11/2008 | 564 | Order Granting Motion to Authorize to Extend the term of the DIP financing to 5/15/2008 (Related Doc # 557). Signed on 3/11/2008. (Simmons, Carina) (Entered: 03/12/2008) |
| 03/11/2008 | 565 | Order Granting Motion to Extend/Limit Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement extended to and including 6/27/2008. Debtor may solicit acceptance of their plan is extended to and including 8/27/2008.(Related Doc # 545). Signed on 3/11/2008. (Simmons, Carina) (Entered: 03/12/2008) |
| 03/11/2008 | 566 | Order Granting Motion To Vacate (Related Doc # 542). Signed on 3/11/2008. (Simmons, Carina) (Entered: 03/12/2008) |
| 03/11/2008 | 567 | Order Granting (RE: 440 Objection to Claim, ). Signed on 3/11/2008 (Simmons, Carina) (Entered: 03/12/2008) |
| 03/11/2008 | 568 | Order Granting (RE: 441 Objection to Claim, ). Signed on 3/11/2008 |

| | | |
|---|---|---|
| | | (Simmons, Carina) (Entered: 03/12/2008) |
| 03/11/2008 | 569 | Order Granting (RE: 443 Objection to Claim, ). Signed on 3/11/2008 (Simmons, Carina) (Entered: 03/12/2008) |
| 03/11/2008 | 570 | Order Granting (RE: 431 Objection to Claim, ). Signed on 3/11/2008 (Simmons, Carina) (Entered: 03/12/2008) |
| 03/11/2008 | 571 | Order Granting (RE: 427 Objection to Claim, ). Signed on 3/11/2008 (Simmons, Carina) (Entered: 03/12/2008) |
| 03/11/2008 | 572 | Order Granting (RE: 432 Objection to Claim, ). Signed on 3/11/2008 (Simmons, Carina) (Entered: 03/12/2008) |
| 03/11/2008 | 573 | First Order Granting (RE: 469 Objection to Claim, , ). Signed on 3/11/2008 (Simmons, Carina) (Entered: 03/12/2008) |
| 03/12/2008 | 574 | Fourth Application for Compensation for Jenner & Block LLP, Creditor Comm. Aty, Fee: $2,935.00, Expenses: $305.00. Filed by Jenner & Block LLP. (Attachments: # 1 Exhibit A) (Steege, Catherine) (Entered: 03/12/2008) |
| 03/12/2008 | 575 | Cover Sheet for Professional Fees Filed by Catherine L Steege ESQ on behalf of Jenner & Block LLP (RE: 574 Application for Compensation). (Steege, Catherine) (Entered: 03/12/2008) |
| 03/12/2008 | 576 | Notice of Filing Filed by Catherine L Steege ESQ on behalf of Jenner & Block LLP (RE: 574 Application for Compensation). (Steege, Catherine) (Entered: 03/12/2008) |
| 03/13/2008 | 577 | Monthly (February 2008) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of James D Brusslan. (Towbin, Steven) (Entered: 03/13/2008) |
| 03/13/2008 | 578 | Certificate of Service Filed by Steven B Towbin on behalf of James D Brusslan (RE: 577 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 03/13/2008) |
| 03/13/2008 | 579 | RE- Amended Notice of Motion Filed by Jose Ruiz (RE: 561 Generic Motion, ). Hearing scheduled for 3/27/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Simmons, Carina) (Entered: 03/14/2008) |
| 03/15/2008 | 582 | Order Granting Application For Compensation (Related Doc # 527). Tabet DiVito Rothstein LLC, fees awarded: $96762.00, expenses awarded: $590.77. Signed on 3/15/2008. (Simmons, Carina) (Entered: 03/18/2008) |

| | | |
|---|---|---|
| 03/17/2008 | | Motions terminated, Deadlines terminated . (Simmons, Carina) (Entered: 03/17/2008) |
| 03/17/2008 | 580 | Monthly (February 2008) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of John J Vondran. (Towbin, Steven) (Entered: 03/17/2008) |
| 03/17/2008 | 581 | Certificate of Service Filed by Steven B Towbin on behalf of John J Vondran (RE: 580 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 03/17/2008) |
| 03/20/2008 | 583 | Response to (related document(s): 424 Objection to Claim, ) Filed by Kathy S Antunovich (Simmons, Carina) (Entered: 03/21/2008) |
| 03/20/2008 | 584 | Response to (related document(s): 552 Reply, ) Filed by Kathy S Antunovich (Simmons, Carina) (Entered: 03/21/2008) |
| 03/20/2008 | 585 | Response to (related document(s): 523 Objection to Claim, ) Filed by Tom & Joell Krueger (Simmons, Carina) (Entered: 03/21/2008) |
| 03/20/2008 | 588 | Notice of Motion and Motion for Leave to Amend Claim 24-2 of Kathy Antunovich Filed by Kathy S Antunovich . Hearing scheduled for 3/27/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit # (2) Proposed Order) (Simmons, Carina) (Entered: 03/21/2008) |
| 03/21/2008 | 586 | Reply to (related document(s): 546 Response, 509 Motion to Dismiss Third Party Complaint, ) Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (Towbin, Steven) (Entered: 03/21/2008) |
| 03/21/2008 | 587 | Certificate of Service Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (RE: 586 Reply). (Towbin, Steven) (Entered: 03/21/2008) |
| 03/21/2008 | 589 | Notice of Motion and Motion to Exceed Page Limitation Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 3/27/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Alwin, Janice) (Entered: 03/21/2008) |
| 03/21/2008 | 590 | Notice of Motion and Motion to Extend Time Object to Claims and Related Relief Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 3/27/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Alwin, Janice) (Entered: 03/21/2008) |

| | | |
|---|---|---|
| 03/24/2008 | 591 | Reply in Support to (related document(s): 510 Motion to Dismiss Case,, 547 Response) Filed by Daniel L Stanner on behalf of Sid Diamond, Diamond Family, L.L.C., John J. Kinsella, Kinsella Investments L.P. (Stanner, Daniel) (Entered: 03/24/2008) |
| 03/24/2008 | 592 | Notice of Motion and Motion to Strike Sur-Response of Kathy Antunovich [Docket No. 584] and Related Relief Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 3/27/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Alwin, Janice) (Entered: 03/24/2008) |
| 03/24/2008 | 593 | Reply to (related document(s): 583 Response, 543 Objection to Claim, ) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C. (Alwin, Janice) (Entered: 03/24/2008) |
| 03/24/2008 | 594 | Reply to (related document(s): 523 Objection to Claim,, 585 Response) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C. (Attachments: # 1 Exhibit Verified Declaration of John Vondran) (Alwin, Janice) (Entered: 03/24/2008) |
| 03/24/2008 | 595 | Notice of Motion and Motion to Withdraw as Attorney Filed by Forrest L Ingram on behalf of Jose Ruiz, Sandra Ruiz. Hearing scheduled for 4/1/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Ingram, Forrest) (Entered: 03/24/2008) |
| 03/26/2008 | 596 | Response in Opposition to (related document(s): 588 Motion for Leave, ) Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C. (Alwin, Janice) (Entered: 03/26/2008) |
| 03/26/2008 | 597 | Order Ruling on (RE: 442 Objection to Claim, ). Signed on 3/26/2008 (Simmons, Carina) (Entered: 03/26/2008) |
| 03/26/2008 | 598 | Certificate of Mailing (RE: 597 Order RE: Claims (Outside Vendor/Omnibus Objections)). (Simmons, Carina) (Entered: 03/26/2008) |
| 03/26/2008 | 602 | Order Granting Motion to Shorten (Related Doc # 541), Granting Amended Motion (Related Doc # 544) Debtor's responses due 3/20/2008. Debtor's Reply due 3/24/2008. Signed on 3/26/2008. (Simmons, Carina) (Entered: 03/28/2008) |
| | | |

| | | |
|---|---|---|
| 03/26/2008 | 603 | Order Granting Motion to Continue/Reschedule Motion to Continue/Reschedule Hearing, . (Related Doc # 560). Hearing scheduled for 3/27/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. Signed on 3/26/2008. (Simmons, Carina) (Entered: 03/28/2008) |
| 03/26/2008 | 604 | Order Scheduling (RE: 428 Objection to Claim, ). Hearing continued on 3/27/2008 at 09:30AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. Signed on 3/26/2008 (Simmons, Carina) (Entered: 03/28/2008) |
| 03/27/2008 | 599 | Hearing Continued (RE: 506 Objection to Claim, ). Status hearing to be held on 5/7/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Watson, Anthony) (Entered: 03/27/2008) |
| 03/27/2008 | 600 | Order Granting Motion to Exceed Page Limitation (Related Doc # 589). Signed on 3/27/2008. (Simmons, Carina) (Entered: 03/28/2008) |
| 03/27/2008 | 601 | Order Granting Motion to Extend Time (Related Doc # 590). Objections due by 9/15/2008 without prejudice for further extension after cause shown . Signed on 3/27/2008. (Simmons, Carina) (Entered: 03/28/2008) |
| 03/27/2008 | 605 | Order Disallowing Claim(s) 77,80 (RE: 539 Objection to Claim, ). Signed on 3/27/2008 (Simmons, Carina) (Entered: 03/28/2008) |
| 03/27/2008 | 606 | Order Disallowing Claim(s) 83 (RE: 540 Objection to Claim, ). Signed on 3/27/2008 (Simmons, Carina) (Entered: 03/28/2008) |
| 03/27/2008 | 607 | Order Disallowing Claim(s) 35 (RE: 521 Objection to Claim, ). Signed on 3/27/2008 (Simmons, Carina) (Entered: 03/28/2008) |
| 03/27/2008 | 608 | Order Disallowing Claim(s) 40 (RE: 522 Objection to Claim, ). Signed on 3/27/2008 (Simmons, Carina) (Entered: 03/28/2008) |
| 03/27/2008 | 609 | Order Disallowing Claim(s) 78 (RE: 525 Objection to Claim, ). Signed on 3/27/2008 (Simmons, Carina) (Entered: 03/28/2008) |
| 03/27/2008 | 610 | Order Disallowing Claim(s) 44 (RE: 524 Objection to Claim, ). Signed on 3/27/2008 (Simmons, Carina) (Entered: 03/28/2008) |
| 03/27/2008 | 611 | Order Disallowing Claim(s) 76 (RE: 526 Objection to Claim, ). Signed on 3/27/2008 (Simmons, Carina) (Entered: 03/28/2008) |
| 03/27/2008 | 612 | Order Disallowing Claim(s) 64 (RE: 523 Objection to Claim, ). Signed on 3/27/2008 (Simmons, Carina) (Entered: 03/28/2008) |

| | | |
|---|---|---|
| 03/27/2008 | 614 | Order Denying for the Reasons Stated on the Record without Prejudice Motion for an Order Allowing Discovery (Related Doc # 561). Signed on 3/27/2008. (Simmons, Carina) (Entered: 04/03/2008) |
| 04/01/2008 | 613 | Order Granting Motion To Withdraw As Attorney (Related Doc # 595). Signed on 4/1/2008. (Simmons, Carina) (Entered: 04/02/2008) |
| 04/08/2008 | 615 | Monthly (March 2008) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of High Ridge Partners Inc. (Towbin, Steven) (Entered: 04/08/2008) |
| 04/08/2008 | 616 | Certificate of Service Filed by Steven B Towbin on behalf of High Ridge Partners Inc (RE: 615 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 04/08/2008) |
| 04/11/2008 | 617 | Notice of Motion and Routine Motion to Intervene Filed by Greta G Weathersby on behalf of The Peoples Gas Light and Coke Company. Hearing scheduled for 4/16/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Weathersby, Greta) (Entered: 04/11/2008) |
| 04/14/2008 | | Motions terminated, Deadlines terminated . (Simmons, Carina) (Entered: 04/14/2008) |
| 04/14/2008 | 618 | Order Disallowing Claim(s) 83 (RE: 428 Objection to Claim, )Ruling on Debtor's objection to the claim of John Chu is sustained. Signed on 4/14/2008 (Simmons, Carina) (Entered: 04/14/2008) |
| 04/15/2008 | 619 | Notice of Motion and Second Application for Compensation for Shaw Gussis Fishman Glantz Wolfson & Towbin LLC, Debtor's Attorney, Fee: $584,010, Expenses: $13,770.98. Filed by Shaw Gussis Fishman Glantz Wolfson & Towbin LLC. Hearing scheduled for 5/7/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Proposed Order) (Alwin, Janice) (Entered: 04/15/2008) |
| 04/15/2008 | 620 | Cover Sheet for Professional Fees Filed by Janice A Alwin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC (RE: 619 Application for Compensation, ). (Alwin, Janice) (Entered: 04/15/2008) |
| 04/15/2008 | 621 | Notice of Motion and Application for Compensation for High Ridge Partners Inc, Financial Advisor, Fee: $164,332, Expenses: $941.98. Filed by High Ridge Partners Inc. Hearing scheduled for 5/7/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois |

| | | |
|---|---|---|
| | | 60604. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Proposed Order) (Alwin, Janice) (Entered: 04/15/2008) |
| 04/15/2008 | 622 | Cover Sheet for Professional Fees Filed by Janice A Alwin on behalf of High Ridge Partners Inc (RE: 621 Application for Compensation, ). (Alwin, Janice) (Entered: 04/15/2008) |
| 04/16/2008 | 623 | Fifth Application for Compensation for Jenner & Block LLP, Creditor Comm. Aty, Fee: $4,935.00, Expenses: $68.50. Filed by Jenner & Block LLP. (Attachments: # 1 Exhibit A) (Steege, Catherine) (Entered: 04/16/2008) |
| 04/16/2008 | 624 | Cover Sheet for Professional Fees Filed by Catherine L Steege ESQ on behalf of Jenner & Block LLP (RE: 623 Application for Compensation). (Steege, Catherine) (Entered: 04/16/2008) |
| 04/16/2008 | 625 | Notice of Filing Filed by Catherine L Steege ESQ on behalf of Jenner & Block LLP (RE: 623 Application for Compensation). (Steege, Catherine) (Entered: 04/16/2008) |
| 04/16/2008 | 626 | Order Denying for the Reasons Stated on the Record for want of Prosecution Motion To Intervene (Related Doc # 617). Signed on 4/16/2008. (Simmons, Carina) (Entered: 04/17/2008) |
| 04/16/2008 | 627 | Memorandum Opinion (RE: 424 Objection to Claim, ). (Simmons, Carina) Additional attachment(s) added on 4/17/2008 (Poindexter, Haley). (Entered: 04/17/2008) |
| 04/17/2008 | 628 | Notice of Motion and First Quarterly Interim Application for Compensation for Jenner & Block LLP, Creditor Comm. Aty, Fee: $97,735.00, Expenses: $2,940.24. Filed by Jenner & Block LLP. Hearing scheduled for 5/7/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Proposed Order) (Steege, Catherine) (Entered: 04/17/2008) |
| 04/17/2008 | 629 | Cover Sheet for Professional Fees Filed by Catherine L Steege ESQ on behalf of Jenner & Block LLP (RE: 628 Application for Compensation, ). (Steege, Catherine) (Entered: 04/17/2008) |
| 04/17/2008 | 630 | Certificate of Service (RE: 627 Memorandum Opinion). (Simmons, Carina) (Entered: 04/18/2008) |
| 04/21/2008 | 631 | Monthly (March 2008) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of James D Brusslan. (Towbin, Steven) (Entered: 04/21/2008) |
| 04/21/2008 | 632 | Certificate of Service Filed by Steven B Towbin on behalf of James D |

| | | |
|---|---|---|
| | | Brusslan (RE: 631 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 04/21/2008) |
| 04/22/2008 | 633 | Letter: Confirms decision to become and active bidder Filed by The Clinton Companies . (Simmons, Carina) (Entered: 04/23/2008) |
| 04/24/2008 | 634 | Monthly (March 31, 2008) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC. (Towbin, Steven) (Entered: 04/24/2008) |
| 04/24/2008 | 635 | Certificate of Service Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC (RE: 634 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 04/24/2008) |
| 04/29/2008 | 636 | Summary of Cash Receipts and Disbursements for Filing Period Ending February 29, 2008 Filed by Steven B Towbin on behalf of J.S. II, L.L.C.. (Towbin, Steven) (Entered: 04/29/2008) |
| 04/29/2008 | 637 | Certificate of Service Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (RE: 636 Summary of Cash Receipts and Disbursements). (Towbin, Steven) (Entered: 04/29/2008) |
| 05/01/2008 | 638 | Monthly (January 1, 2008 through April 30, 2008) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of Keith W Harrington. (Towbin, Steven) (Entered: 05/01/2008) |
| 05/01/2008 | 639 | Certificate of Service Filed by Steven B Towbin on behalf of Keith W Harrington (RE: 638 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 05/01/2008) |
| 05/02/2008 | 640 | Notice of Motion and Motion to Authorize to Sale of Certain Real Estate Outside the Ordinary Course of Business and Approve the Sale Terms and Procedures Filed by Allen J Guon on behalf of J.S. II, L.L.C.. Hearing scheduled for 5/7/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Guon, Allen) (Entered: 05/02/2008) |
| 05/02/2008 | 641 | Exhibit(s) E - Real Estate Purchase Agreement dated April 9, 2008 Filed by Allen J Guon on behalf of J.S. II, L.L.C. (RE: 640 Motion to Authorize, ). (Guon, Allen) (Entered: 05/02/2008) |
| 05/02/2008 | 642 | Exhibit(s) A - Correction (Real Estate Purchase Agreement dated April 9, 2008) Filed by Allen J Guon on behalf of J.S. II, L.L.C. (RE: |

| | | |
|---|---|---|
| | | 640 Motion to Authorize, ). (Guon, Allen) (Entered: 05/02/2008) |
| 05/02/2008 | 643 | Exhibit(s) B - Notice of Entry of Order Setting Auction and Sale Hearing Date, Approving Sale Terms and Procedures, and Approving Bidding Procedures Filed by Allen J Guon on behalf of J.S. II, L.L.C. (RE: 640 Motion to Authorize, ). (Guon, Allen) (Entered: 05/02/2008) |
| 05/02/2008 | 644 | Attachment(s) JS II's "Proposed" Order (A) Setting Auction Date; (B) Approval Sale Terms and Procedures; (C) Setting Hearing Date To Approve Sale; and (D) Granting Related Relief Filed by Allen J Guon on behalf of J.S. II, L.L.C. (RE: 640 Motion to Authorize, ). (Guon, Allen) (Entered: 05/02/2008) |
| 05/05/2008 | 645 | Certificate of Service - Debtors' Motion to Authorize Sale of Certain Real Estate Outside the Ordinary Course of Business and Approve the Sale Terms and Procedures (Docket #640) Filed by Allen J Guon on behalf of J.S. II, L.L.C.. (Guon, Allen) (Entered: 05/05/2008) |
| 05/07/2008 | 646 | Hearing Continued (RE: 506 Objection to Claim, ). Hearing continued on 5/21/2008 at 10:30AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Watson, Anthony) (Entered: 05/07/2008) |
| 05/07/2008 | 647 | Hearing Set .Sale Hearing scheduled for 6/24/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Watson, Anthony) (Entered: 05/07/2008) |
| 05/07/2008 | 648 | Hearing Continued (RE: 619 Compensation WITH Notice of Motion). Hearing Scheduled for 05/21/2008 at 10:30 AM at Courtroom 619 219 South Dearborn, Chicago, IL, 60604. (Watson,Anthony) (Entered: 05/07/2008) |
| 05/07/2008 | 649 | Order Granting Application For Compensation (Related Doc # 628). Jenner & Block LLP, fees awarded: $97735.00, expenses awarded: $2940.24. Signed on 5/7/2008. (Simmons, Carina) (Entered: 05/08/2008) |
| 05/07/2008 | 651 | Order Granting Application For Compensation (Related Doc # 621). High Ridge Partners Inc, fees awarded: $164332.00, expenses awarded: $941.98. Signed on 5/7/2008. (Simmons, Carina) (Entered: 05/09/2008) |
| 05/08/2008 | 650 | Order Scheduling (RE: 640 Motion to Authorize, ). Hearing scheduled for 6/24/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. Signed on 5/8/2008 (Simmons, Carina) (Entered: 05/08/2008) |

| | | |
|---|---|---|
| 05/12/2008 | | Motions terminated, Deadlines terminated . (Simmons, Carina) (Entered: 05/12/2008) |
| 05/12/2008 | 652 | Monthly (April 2008) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of John J Vondran. (Towbin, Steven) (Entered: 05/12/2008) |
| 05/12/2008 | 653 | Certificate of Service Filed by Steven B Towbin on behalf of John J Vondran (RE: 652 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 05/12/2008) |
| 05/12/2008 | 654 | Summary of Cash Receipts and Disbursements for Filing Period Ending March 31, 2008 Filed by Steven B Towbin on behalf of J.S. II, L.L.C.. (Towbin, Steven) (Entered: 05/12/2008) |
| 05/12/2008 | 655 | Certificate of Service Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (RE: 654 Summary of Cash Receipts and Disbursements). (Towbin, Steven) (Entered: 05/12/2008) |
| 05/12/2008 | 656 | Sixth Application for Compensation for Jenner & Block LLP, Creditor Comm. Aty, Fee: $3755.20, Expenses: $394.49. Filed by Jenner & Block LLP. (Attachments: # 1 Exhibit A) (Steege, Catherine) (Entered: 05/12/2008) |
| 05/12/2008 | 657 | Cover Sheet for Professional Fees Filed by Catherine L Steege ESQ on behalf of Jenner & Block LLP (RE: 656 Application for Compensation). (Steege, Catherine) (Entered: 05/12/2008) |
| 05/12/2008 | 658 | Notice of Sixth Interim Fee Application Filed by Catherine L Steege ESQ on behalf of Jenner & Block LLP (RE: 656 Application for Compensation). (Steege, Catherine) (Entered: 05/12/2008) |
| 05/13/2008 | 659 | Monthly (April 2008) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of James D Brusslan. (Towbin, Steven) (Entered: 05/13/2008) |
| 05/13/2008 | 660 | Certificate of Service Filed by Steven B Towbin on behalf of James D Brusslan (RE: 659 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 05/13/2008) |
| 05/15/2008 | 661 | Summary of Cash Receipts and Disbursements for Filing Period Ending April 2008 Filed by Steven B Towbin on behalf of J.S. II, L.L.C.. (Towbin, Steven) (Entered: 05/15/2008) |
| 05/15/2008 | 662 | Certificate of Service Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (RE: 661 Summary of Cash Receipts and Disbursements). (Towbin, Steven) (Entered: 05/15/2008) |

| | | |
|---|---|---|
| 05/15/2008 | 663 | Monthly (April 2008) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC. (Towbin, Steven) (Entered: 05/15/2008) |
| 05/15/2008 | 664 | Certificate of Service Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC (RE: 663 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 05/15/2008) |
| 05/16/2008 | 665 | Notice of Motion and Motion to Authorize Debtors to Modify And Extend Secured Financing Arrangement Filed by Peter J Roberts on behalf of J.S. II, L.L.C.. Hearing scheduled for 5/21/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D) (Roberts, Peter) (Entered: 05/16/2008) |
| 05/16/2008 | 666 | Objection to (related document(s): 619 Application for Compensation, ) Filed by Catherine L Steege ESQ on behalf of Official Committee of Unsecured Creditors of JS II, L.L.C., et al. (Steege, Catherine) (Entered: 05/16/2008) |
| 05/16/2008 | 667 | Notice of Filing of Creditors' Committee Objection to Second Interim Application of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC Filed by Catherine L Steege ESQ on behalf of Official Committee of Unsecured Creditors of JS II, L.L.C., et al. (RE: 666 Objection). (Steege, Catherine) (Entered: 05/16/2008) |
| 05/19/2008 | 668 | Reply to (related document(s): 666 Objection) Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC (Towbin, Steven) (Entered: 05/19/2008) |
| 05/19/2008 | 669 | Certificate of Service Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC (RE: 668 Reply). (Towbin, Steven) (Entered: 05/19/2008) |
| 05/21/2008 | 670 | Hearing Continued (RE: 506 Objection to Claim, ). Status hearing to be held on 5/28/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Watson, Anthony) (Entered: 05/21/2008) |
| 05/21/2008 | 671 | Hearing Set . Status hearing to be held on 6/24/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Watson, Anthony) (Entered: 05/21/2008) |
| 05/21/2008 | 672 | Order Granting Motion to Authorize (Related Doc # 665). Signed on 5/21/2008. (Simmons, Carina) (Entered: 05/22/2008) |

| | | |
|---|---|---|
| 05/22/2008 | 673 | Notice of Motion and Motion to Authorize Debtor to Employ At World Properties, LLC D/B/A @Properties as Real Estate Broker And For Approval Of Compensation Arrangement Related Thereto Filed by Allen J Guon on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 5/28/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Proposed Order) (Guon, Allen) (Entered: 05/22/2008) |
| 05/22/2008 | 674 | Notice of Motion and Motion to Authorize Debtor to Sell Certain Real Estate Parcels In The Ordinary Course Of Business Free And Clear Of Interest Filed by Allen J Guon on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 5/28/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Guon, Allen) (Entered: 05/22/2008) |
| 05/22/2008 | 675 | Order Granting Application For Compensation (Related Doc # 619). Janice A Alwin, fees awarded: $0.00, expenses awarded: $0.00, Granting Application For Compensation (Related Doc # 619). Shaw Gussis Fishman Glantz Wolfson & Towbin LLC, fees awarded: $584010.00, expenses awarded: $13770.98. Signed on 5/22/2008. (Scott, Kelvin) (Entered: 05/23/2008) |
| 05/27/2008 | 676 | Memorandum Opinion (RE: 510 Motion to Dismiss Case,, 509 Motion to Dismiss Third Party Complaint, ). (Simmons, Carina) (Entered: 05/27/2008) |
| 05/27/2008 | 679 | Order - It is hereby ordered that the debtors, JS II LLC , River Village LLC and River Village West LLC file and adversary proceeding within thirty days if they wish to seek relief. The Debtors' counterclaim filed on 11/1/2007 is stricken . Signed on 5/27/2008 (Simmons, Carina) (Entered: 05/29/2008) |
| 05/28/2008 | 677 | Hearing Continued (RE: 506 Objection to Claim, ). Hearing scheduled for 6/3/2008 at 10:00 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Watson, Anthony) (Entered: 05/28/2008) |
| 05/28/2008 | 678 | Hearing Continued (RE: 674 Authorize). Hearing Scheduled for 06/18/2008 at 10:30 AM at Courtroom 619 219 South Dearborn, Chicago, IL, 60604. (Watson,Anthony) (Entered: 05/28/2008) |
| 05/28/2008 | 680 | Order Granting Motion to Authorize (Related Doc # 673). Signed on 5/28/2008. (Simmons, Carina) (Entered: 05/29/2008) |
| 06/02/2008 | 681 | Notice of Motion and Motion to Abandon Miscellaneous Fixtures and |

| | | |
|---|---|---|
| | | Computer Equipment., Notice of Motion and Motion to Sell Property free and clear of Lien, Notice of Motion and Motion to Limit Notice Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 6/18/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Alwin, Janice) (Entered: 06/02/2008) |
| 06/03/2008 | 682 | Hearing Continued (RE: 506 Objection to Claim, ). Hearing continued on 6/24/2008 at 10:00AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Smith, Lester) (Entered: 06/03/2008) |
| 06/05/2008 | 683 | Notice of Appeal to District Court. Filed by Steven B Towbin on behalf of J.S. II, L.L.C., River Village I, L.L.C., River Village West, L.L.C.. Fee Amount $255. Appellant Designation due by 6/16/2008. Transmission of Record Due by 7/15/2008. (Towbin, Steven) (Entered: 06/05/2008) |
| 06/05/2008 | 684 | Receipt of Notice of Appeal(07-03856) [appeal,ntcapl] ( 255.00) Filing Fee. Receipt number 8940031. Fee Amount $ 255.00 (U.S. Treasury) (Entered: 06/05/2008) |
| 06/05/2008 | 685 | Certificate of Service Filed by Steven B Towbin on behalf of J.S. II, L.L.C., River Village I, L.L.C., River Village West, L.L.C. (RE: 683 Notice of Appeal, ). (Towbin, Steven) (Entered: 06/05/2008) |
| 06/06/2008 | 686 | Notice of Filing to Bk Judge and Parties on Service List (RE: 683 Notice of Appeal, ). (Poindexter, Haley) (Entered: 06/06/2008) |
| 06/10/2008 | 687 | Monthly (May 2008) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of John J Vondran. (Towbin, Steven) (Entered: 06/10/2008) |
| 06/10/2008 | 688 | Certificate of Service Filed by Steven B Towbin on behalf of John J Vondran (RE: 687 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 06/10/2008) |
| 06/11/2008 | 689 | Objection to (related document(s): 674 Motion to Authorize, ) Filed by Catherine L Steege ESQ on behalf of Official Committee of Unsecured Creditors of JS II, L.L.C., et al. (Steege, Catherine) (Entered: 06/11/2008) |
| 06/11/2008 | 690 | Notice of Filing Filed by Catherine L Steege ESQ on behalf of Official Committee of Unsecured Creditors of JS II, L.L.C., et al. (RE: 689 Objection). (Steege, Catherine) (Entered: 06/11/2008) |
| | | |

| | | |
|---|---|---|
| 06/11/2008 | 691 | Adversary case 08-00447. (14 (Recovery of money/property - other)), (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))): Complaint by J.S. II, L.L.C., River Village I, L.L.C., River Village West, L.L.C., KND Investments LLC against Thomas A Snitzer, Snitzer Family LLC. Fee Amount $250. Status hearing to be held on 7/22/2008 at 10:00 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A) (Alwin, Janice) (Entered: 06/11/2008) |
| 06/13/2008 | 692 | Seventh Application for Compensation for Jenner & Block LLP, Creditor's Attorney, Fee: $9,763.50, Expenses: $203.62. Filed by Jenner & Block LLP. (Attachments: # 1 Exhibit A) (Steege, Catherine) (Entered: 06/13/2008) |
| 06/13/2008 | 693 | Cover Sheet for Professional Fees Filed by Catherine L Steege ESQ on behalf of Jenner & Block LLP (RE: 692 Application for Compensation). (Steege, Catherine) (Entered: 06/13/2008) |
| 06/13/2008 | 694 | Notice of Filing Filed by Catherine L Steege ESQ on behalf of Jenner & Block LLP (RE: 692 Application for Compensation). (Steege, Catherine) (Entered: 06/13/2008) |
| 06/16/2008 | 695 | Appellant Designation of Contents for Inclusion in Record and Statement of Issue On Appeal Filed by Steven B Towbin on behalf of J.S. II, L.L.C., River Village I, L.L.C., River Village West, L.L.C.. (RE: 683 Notice of Appeal, ). (Towbin, Steven) (Entered: 06/16/2008) |
| 06/16/2008 | 696 | Certificate of Service Filed by Steven B Towbin on behalf of J.S. II, L.L.C., River Village I, L.L.C., River Village West, L.L.C. (RE: 695 Appellant Designation and Statement of Issue). (Towbin, Steven) (Entered: 06/16/2008) |
| 06/17/2008 | 697 | Monthly (May 2008) Statement for Interim Compensation and Expense Reimbursement Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC. (Towbin, Steven) (Entered: 06/17/2008) |
| 06/17/2008 | 698 | Certificate of Service Filed by Steven B Towbin on behalf of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC (RE: 697 Monthly Statement for Interim Compensation and Expense Reimbursement). (Towbin, Steven) (Entered: 06/17/2008) |
| 06/18/2008 | 699 | Summary of Cash Receipts and Disbursements for Filing Period Ending May 31, 2008 Filed by Steven B Towbin on behalf of J.S. II, L.L.C.. (Towbin, Steven) (Entered: 06/18/2008) |
| | | |

| | | |
|---|---|---|
| 06/18/2008 | 700 | Certificate of Service Filed by Steven B Towbin on behalf of J.S. II, L.L.C. (RE: 699 Summary of Cash Receipts and Disbursements). (Towbin, Steven) (Entered: 06/18/2008) |
| 06/18/2008 | 701 | Notice of Entry of Order Setting Auction and Sale Hearing Date, Aprroving Sale Terms and Procedures, and Approving Bidding Procedures Filed by Allen J Guon on behalf of J.S. II, L.L.C. (RE: 650 Order Scheduling). (Guon, Allen) (Entered: 06/18/2008) |
| 06/18/2008 | 702 | Certificate of Service of Notice of Entry of Order Setting Auction and Sale Hearing Date, Approving Sale Terms and Procedures, and Approving Bidding Procedures Filed by Allen J Guon on behalf of J.S. II, L.L.C. (RE: 701 Notice). (Guon, Allen) (Entered: 06/18/2008) |
| 06/18/2008 | 703 | Order Granting Motion to Authorize (Related Doc # 674). Signed on 6/18/2008. (Simmons, Carina) (Entered: 06/19/2008) |
| 06/18/2008 | 704 | Order Granting Motion To Abandon (Related Doc # 681), Granting Motion To Sell (Related Doc # 681), Granting Motion To Limit Notice (Related Doc # 681). Signed on 6/18/2008. (Simmons, Carina) (Entered: 06/19/2008) |
| 06/20/2008 | 705 | Notice of Motion and Motion to Extend Exclusivity Period for Filing Chapter 11 Plan and Disclosure Statement Filed by Janice A Alwin on behalf of J.S. II, L.L.C., KND Investments, LLC, River Village I, L.L.C., River Village West, L.L.C.. Hearing scheduled for 6/24/2008 at 10:00 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Alwin, Janice) (Entered: 06/20/2008) |

# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS
219 S. Dearborn Street
Chicago, IL 60604

**Kenneth S. Gardner**, Bankruptcy Clerk

Date 06/23/2008

Michael Dobbins, Clerk
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

Case Number 07BK03856

Case Name J S II LLC et al

Notice of Appeal Filed 06/05/2008

Appellant

Dear Sir:

Pursuant to **Bankruptcy Rule 8007** transmitted herewith is the Record on Appeal. The Record on Appeal consist of:

- [x] Transmittal Letter and Civil Cover Sheet
- [x] Designation and Statement of Issues
- [ ] Transcript of Proceeding
- [ ] In Forma Pauperis
- [x] Notice of Appeal
- [ ] Copy of Documents Designated
- [ ] Exhibits
- [ ] Expedited Notice of Appeal

Additional Items Included

- [ ] 

1 Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record on Appeal

- [ ] 

Previous D C Judge ____________ Case Number ____________

By Deputy Clerk ____________

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | | Chapter 11 |
|---|---|---|
| J.S. II, L.L.C., *et al.*, | ) | Case No. 07-03856 (Jointly Administered) |
| Debtors. | ) | Hon. Jacqueline P. Cox |

**NOTICE OF APPEAL**

J.S. II, L.L.C., River Village I, L.L.C., and River Village West, L.L.C. (collectively, "Appellants"), herewith appeal under 28 U.S.C. § 158(a) from an order of the Honorable Jacqueline P. Cox, Bankruptcy Judge, dated and docketed (Dkt. No. 676) May 27, 2008, a copy of which is attached hereto and made a part hereof

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| *Appellants* | *Attorney* |
|---|---|
| J.S. II, L.L.C.<br>River Village I, L.L.C.<br>River Village West, L.L.C. | Steven B. Towbin<br>Janice A. Alwin<br>Shaw Gussis Fishman Glantz<br>Wolfson & Towbin LLC<br>321 North Clark Street, Suite 800<br>Chicago, IL 60610<br>P: (312) 276-1333<br>F: (312) 275-0569<br>stowbin@shawgussis.com<br>jalwin@shawgussis.com |
| *Appellees* | *Attorney* |
| Thomas A. Snitzer and<br>Snitzer Family L.L.C. | Edward W. Feldman<br>Mark O. Beem<br>Miller Shakman & Beem LLP<br>180 North LaSalle Street, Suite 3600<br>Chicago, IL 60601<br>P: (312) 263-3700<br>F: (312) 263-3270<br>efeldman@millershakman.com<br>mbeem@millershakman.com |

08CV3582
JUDGE SHADUR
MAGISTRATE JUDGE DENLOW

***Other Parties in Interest***

John Kinsella
Sid Diamond

***Attorney***

Michael I. Rothstein
Daniel L. Stanner
Tabet DiVito & Rothstein LLC
209 South LaSalle Street, 7th Floor
Chicago, IL 60604
P: (312) 762-9490
F: (312) 762-9451
mrothstein@tdrlawfirm.com
dstanner@tdrlawfirm.com

J.S. II, L.L.C.; River Village I, L.L.C.; and River Village West, L.L.C., Appellants

Dated: June 5, 2008

By: /s/ Steven B. Towbin
One of their attorneys

Steven B. Towbin (#2848546)
Janice A. Alwin (#6277043)
Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610
P: (312) 276-1333
F: (312) 275-0569
stowbin@shawgussis.com
jalwin@shawgussis.com

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| J.S. II, L.L.C., *et al.*, | ) | Case No. 07-03856 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hon. Jacqueline P. Cox |

**MEMORANDUM OPINION ON MOTIONS OF DEBTORS AND KINSELLA AND DIAMOND TO DISMISS (Docket Nos. 509 & 510) THIRD-PARTY COMPLAINT FOR EQUITABLE SUBORDINATION**

On November 1, 2007, the debtors, consisting of J.S. II, L.L.C. ("JS II"); River Village I, L.L.C. ("River Village"); and River Village West, L.L.C. ("River Village West") (collectively referred to herein as the "Debtors")[1], filed their objection to the claim of Thomas A. Snitzer and Snitzer Family L.L.C. ("SFLLC") (collectively, "Snitzer") and filed a three-count counterclaim for breach of fiduciary duty, breach of contract, and equitable subordination of any Snitzer interests. In response, on December 14, 2007, Snitzer filed an Answer to the counterclaim and a third-party complaint against John Kinsella, Sid Diamond, Kinsella Investments L.P., and Diamond Family, L.L.C. (collectively referred to herein as "Kinsella and Diamond") seeking equitable subordination of their interests. The Debtors and Kinsella and Diamond, each move to dismiss Snitzer's third-party complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (made applicable by Federal Rule of Bankruptcy Procedure 7012). Kinsella and Diamond also move to dismiss Snitzer's third-party complaint under Federal Rule of Civil Procedure 14(a) (made applicable by Federal Rule of Bankruptcy Procedure 7014). For the following reasons, both motions to dismiss Snitzer's third-party complaint pursuant to Fed.R.Civ.P. 12(b)(6) are denied; the motion of Kinsella and Diamond

[1] An additional Debtor LLC, KND Investments, LLC, did not join the motions to dismiss.

to dismiss Snitzer's third-party complaint pursuant to Fed.R.Civ.P. 14(a) is granted.

**I. Jurisdiction**

The Court has jurisdiction to entertain this matter pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois. This matter is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A), (B), (C), and (O).

**II. Background**

The Debtors are a group of Illinois limited liability companies established to develop Bridgeport Village, a residential real estate project along the Chicago River in the Bridgeport neighborhood of Chicago, Illinois. The role of JS II in the project was to act as the owner of the project as well as nearby parcels of land held for future development. River Village was set up to develop Bridgeport Village, while River Village West acted as the rental agent for the parcels held by JS II for future development. Snitzer and SFLLC, of which Snitzer is the managing member, own a 50% interest in each of the Debtor companies. However, the Debtors dispute that SFLLC has any membership interest in JS II. Until he was removed by order of a Cook County, Illinois Chancery Court in June 2005, Snitzer also acted as the Debtors' manager and agent. Kinsella and Diamond are members and principals of JS II and have membership interests in River Village and River Village West.

The Bridgeport Village development project was the first phase in a multi-phase residential real estate development project with a goal of developing over 400 residences on approximately thirty-one acres of property. Phase 1 of the project, Bridgeport Village, consisted of 115 single-family homes on eleven acres of land. Bridgeport Village was the only phase of the development project completed before the project went awry, leaving approximately twenty acres of undeveloped

commercially zoned land that has not yet been rezoned for residential use.

The development project became inundated with serious problems. In May 2005, a dispute between Snitzer and both Kinsella and Diamond arose regarding Snitzer's management of the Debtors. Snitzer filed suit in the Circuit Court of Cook County seeking an injunction against Kinsella and Diamond to bar them from interfering with his management of the project. In response, Kinsella and Diamond filed a counterclaim seeking removal of Snitzer as manager and agent of the Debtors. In June 2005, the circuit court ruled for Kinsella and Diamond and removed Snitzer from management of the project, finding that Snitzer's conduct placed the integrity of the project in jeopardy. Kinsella and Diamond were subsequently appointed by the circuit court to take over management of the project. Snitzer kept his membership interests in the Debtors. Unfortunately, the Debtors could not overcome the project's problems and filed for relief under chapter 11 of the bankruptcy code on March 5, 2007. The Debtors, along with Kinsella and Diamond, blame Snitzer for the project's downfall. On the other hand, Snitzer argues that commingling, undercapitalization and mismanagement of the Debtors by Kinsella and Diamond after Snitzer's removal as manager and agent of the Debtors precipitated the bankruptcy.

*A. Allegations Against Snitzer*

The Debtors allege that gross misconduct and breach of fiduciary duty by Snitzer caused the project to go bankrupt. First, the Debtors argue that Snitzer, as manager, violated several City of Chicago ordinances regarding building code, permit, and customary construction requirements. These violations concern approximately ninety homes built during Snitzer's tenure as manager. During construction of these homes, the Debtors allege that Snitzer visited the construction site only once or twice a week for a few hours at a time. They also complain that Snitzer constructed the

homes without registering as a general contractor or using a properly licensed general contractor. It is also alleged that Snitzer failed to hire an architect or engineer to oversee construction of the project, and that many of the homes were built without providing contractors and subcontractors architectural drawings, detailed plans, and specifications. Also at issue is whether Snitzer changed many plans and specifications on the homes causing them to significantly differ from the plans submitted to obtain the building permits, resulting in several building code violations. The violations include homes built with lateral load shear walls that differed from the plans, homes that exceed height restrictions, porches built with combustible materials too close to adjacent structures, homes with third floors that exceed maximum square footage allowed under fire safety regulations, third floors without a required secondary means of egress, homes built lacking proper fire insulation, homes with unpermitted basements, garages with unpermitted roof-top decks, homes that encroach on properties owned by neighboring landowners, and homes that violate setback requirements of the City of Chicago. In sum, the Debtors assert that the City of Chicago found multiple violations in each of the ninety homes built, sold and occupied under Snitzer's stewardship. The Debtors also state that Snitzer is responsible for various punch-list repair items made on homes to remedy various defects. According to the Debtors, the total cost to remedy the violations and the punch-list items exceeds $3 million.

The Debtors also allege that Snitzer concealed building code violations and obstructed enforcement by the City of Chicago. This may have begun in 2003 when a disgruntled subcontractor began a public crusade challenging the project's construction practices. Snitzer is alleged to have represented to the other members of the Debtors, as well as the project's lender and the City of Chicago, that no material problems existed and that the homes were constructed according to the

plans submitted to the City of Chicago. In an attempt to rebut the claims of the disgruntled subcontractor, Snitzer hired an architect to inspect the plans submitted to the City of Chicago. At issue is whether the architect ever physically visited the homes and whether Snitzer told the architect that the homes differed significantly from the plans. Did the architect improperly opine that the plans complied with the requirements of the City of Chicago?

Did Snitzer obstruct the City's enforcement efforts regarding the violations? Seventy-eight stop work orders were issued against the project between May 2002 and November 2004, mostly for work done contrary to permits issued by the City. The problems crescendoed on November 5, 2004 after the City inspected the homes and issued a stop work order on the entire project. As a result of the number of violations found, Stanley Kaderbeck, head of the City's Building Department and a structural engineer, became personally involved in the project to resolve the construction issues. Snitzer met with Kaderbeck, promising to resolve the violations. Based upon Snitzer's promises, the City allowed construction to resume on the project. At issue is whether Snitzer failed to remedy the violations and, after repeated requests, failed to meet with Kaderbeck again. In January 2005, the City again inspected homes in Bridgeport Village and shut down the entire project. As a result of the shut down, the project's lender called in its loan.

The Debtors also allege other conduct on Snitzer's behalf amounting to recklessness, negligence and breaches of fiduciary duty. They allege poor accounting practices by Snitzer. Snitzer, although not an accountant, kept the project's books and records on a personal computer at his home. Did Snitzer have an independent accountant audit the project's books? Additionally, the Debtors allege that Snitzer used Debtors' assets for personal purposes. First, the Debtors allege Snitzer used Debtors' assets and a subcontractor working on the Bridgeport Village project to

construct an addition to the home of Snitzer's brother-in-law. Snitzer was involved in actions in the Circuit Court of Cook County concerning Dearborn Park, a real estate development project in which the Debtors have no interest. Allegedly Snitzer directed the Debtors' attorney to represent him personally in the suits. At issue is whether Snitzer used $24,000 of the Debtors' funds for litigation expenses in connection with these cases.

The Debtors also allege additional breaches of fiduciary duty against Snitzer regarding an insider deal with a former long-time associate of Snitzer's named Michael Kennedy. Snitzer hired Kennedy to supervise construction work for the project. However, Kennedy was not licensed by the City of Chicago as a contractor. Additionally, in September 2001, Snitzer executed a contract with Banyan Distribution and Building Supplies, Inc. ("Banyan"), a company owned by Kennedy. The contract granted Banyan the exclusive right to provide all windows, millwork, hardware, and cabinetry to 414 homes of the project and designated Snitzer and Kennedy as the only persons authorized to act on the Debtors' behalf in regards to the contract.[2] Under the Debtors' operating agreement, according to Kinsella and Diamond, this type of contract required the consent of the non-managing members as well. According to the Debtors, none of the other members were aware of the contract. After its execution, both Snitzer and Kennedy began ordering materials under the contract well in advance of when the materials were needed, contrary to the customary business practice of just-in-time delivery of supplies practiced by the Debtors.[3] The materials were then

[2]At the time the contract was executed, only Phase I of the project had commenced. Phase I consisted of only 115 homes.

[3]Just-in-time delivery involves ordering supplies so they arrive as needed for a particular project. This avoids storage costs and allows the warranty to transfer to the homeowners rather than allow the warranty to expire while the supplies sit in storage.

deposited into a warehouse where they remained until they were needed. Subsequent design changes may have rendered these materials obsolete requiring the Debtors to purchase replacement materials. Additionally, warranties on many of the supplies began to run when they were shipped to the warehouse. By the time the materials were used, the warranties expired before sales on the residences closed. This made the subsequent homeowners look to the Debtors to remedy defects that should have been covered under the manufacturer's warranty.

The Debtors also allege that Snitzer violated his fiduciary duty to the Debtors by establishing an unauthorized deferred compensation agreement between River West and Kennedy, along with two other associates. These agreements may have required the vote of the non-managing members. Allegedly Kinsella and Diamond were not aware of this agreement. In May 2005, when Snitzer was involved in the litigation with Kinsella and Diamond in the circuit court, did Snitzer direct the custodian of the deferred compensation account to liquidate it? On the day Snitzer was removed from the Bridgeport Project, did the custodian wire funds from the account, totaling $395,000, to an account belonging to Kennedy? Did Snitzer transfer this money without seeking authority to do so from either Kinsella or Diamond or the circuit court?

The Debtors allege Snitzer committed them to another insider deal. It is alleged that without obtaining authorization from the other members as was required by the operating agreement, Snitzer gave Arthur Hershkowitz, a long-time associate of Snitzer's, an open-ended listing contract to sell industrial properties in Bridgeport Village. Did Snitzer then conceal this agreement from Kinsella and Diamond, even though Snitzer was involved in selecting a different agent to market the property? Hershkowitz has since filed a claim for $1 million against the Debtors for the agreement he made with Snitzer.

*B. Allegations Against Kinsella and Diamond*

Snitzer disputes much of the Debtors' allegations and blames Kinsella and Diamond for the project's downfall, stating that the project and the Debtors became bankrupt due to the actions of Kinsella and Diamond after Snitzer was removed as manager and agent for the Debtor companies.

According to Snitzer, the project was highly successful under his management. Supporting this, Snitzer states that the average selling price of a home in Bridgeport Village more than doubled between 2002 and early 2005, increasing from $469,000 to $963,000 and that approximately $16 million of debt was reduced to approximately $1 million, allowing Snitzer to return capital contributions of $2.5 million each to Kinsella and Diamond. Snitzer also points to several awards the project received while he was manager.[4] He also points to several parcels of real estate that he caused River Village West, through JS II, to acquire at favorable terms for future development. Included in these properties were the "Iron Street Property," "Holsum Property," and the "Gray Property." Snitzer contends that the project fell apart and entered bankruptcy protection due to mismanagement by Kinsella and Diamond after Snitzer was removed as manager.

According to Snitzer, he operated the Debtor companies as separate and distinct entities, following the formalities required by the Illinois Limited Liability Company Act and Illinois law generally.[5] Snitzer maintains that there was never any improper commingling of funds and assets while he controlled the accounting of the Debtors. Also, Snitzer alleges in detail the separate roles anticipated for each Debtor company. River Village was set up to function as the operating entity

---

[4]These awards were: Best City of Chicago Project, Chicago Association of Homebuilders (2002, 2003, and 2004); Best City Development, *Chicago Sun Times* (2003); Best City Development, *New Homes Magazine* (2003).

[5]The Illinois Limited Liability Company Act is 805 ILL. COMP. STAT. §§ 180/1-1, *et al.*

for the development and sale of the homes in Phase I. River Village West was formed to act as the operating entity for the acquisition and management of several industrial rental properties. JS II was formed in connection with a prior development, Dearborn Village, that was managed by Dearborn Village, LLC. Snitzer, Kinsella, and Diamond each had membership interests in Dearborn Village, LLC, either individually or through entities they controlled. Snitzer contends that JS II was a "nominee for the benefit of Dearborn Village," holding legal title to Dearborn Village property. Were the Debtors' assets, liabilities, profits, and losses filed on the tax returns for Dearborn Village, not JS II? In connection with River Village and River Village West, JS II was allegedly also a nominee[6], holding title to properties owned by River Village and River Village West, with both those LLCs being the real parties in interest. According to Snitzer, Kinsella and Diamond were completely aware of this structure, as well as of the day-to-day management of the project by Snitzer.

After Snitzer was removed as manager of the Debtors in 2005, did Kinsella and Diamond disregard the formalities that Snitzer claims that he observed while managing the companies? Specifically, Snitzer contends that Kinsella and Diamond improperly used funds from one LLC to pay for the expenditures and liabilities of another. If so, was this done without seeking a majority vote of the members of each affected LLC?

Snitzer also states that undercapitalization led to the project's downfall. Under the River Village operating agreement, Kinsella and Diamond, and their related entities, were to contribute "an amount not to exceed [$8.5 million]." However, Snitzer states that the most they ever contributed was $2.5 million each, which Snitzer later returned when the project was more prosperous and its chances of success were brighter. According to Snitzer, any money Kinsella and Diamond

[6]The Debtors contend "alter-ego" is a more apt term.

contributed thereafter has been classified as loans, even though the operating agreement for River Village requires at least $8.5 million in capital contributions before future contributions could be classified as loans. In order to disregard this requirement, did Kinsella and Diamond need to obtain Snitzer's vote to classify these cash flows as loans? Snitzer claims he was never approached regarding classifying contributions as loans. According to Snitzer, had the project been properly funded through the required capital contributions, the project would not have descended into bankruptcy.

Snitzer also complains of additional mismanagement by Kinsella and Diamond. First, Snitzer notes that when the project was shutdown in 2005, there was an inventory of homes valued at approximately $6 million and that they could have been sold to bring money into the project, which could have avoided the subsequent financial problems. Second, Snitzer questions hiring and firing decisions Kinsella and Diamond made, particularly the hiring and subsequent termination of a new construction superintendent in 2006. To replace the construction superintendent, Kinsella and Diamond hired FCL Construction, who Snitzer contends is experienced primarily in commercial construction, not residential. Snitzer states that the fees for FCL Construction were three to four times higher than the previous superintendent's fees or any superintendent that Snitzer had hired. Third, Snitzer states Kinsella and Diamond made unreasonably excessive payments to subcontractors for work and materials. Fourth, Snitzer complains that Kinsella and Diamond spent too much money repairing warranty and punch-list items on completed homes. Fifth, Snitzer disagrees with the installation of the structural gates. The gates were required by the City of Chicago to remedy building code violations. Snitzer believes the Debtors should contest the gates requirement or seek reimbursement from the design professionals who were responsible for designing the homes with

the defect that now requires installation of the gates. Finally, Snitzer blames Kinsella and Diamond for the lagging sales of homes in the project since he was removed as manager and agent in June 2005.

Snitzer filed a third-party complaint in response to the Debtors' counterclaim seeking equitable subordination of the interests of Kinsella and Diamond under § 510(c) of the Bankruptcy Code. Both the Debtors and Kinsella and Diamond subsequently filed motions to dismiss.[7] The Debtors argue that Snitzer's claims are derivative claims belonging to the estate depriving Snitzer of standing to pursue such claims and that since Snitzer lacks standing, he is violating the automatic stay by pursuing the claims. The Debtors also argue that Snitzer's claims that relate to post-petition management of the Debtors by Kinsella and Diamond violate the *Barton* doctrine. There is also a *res judicata* issue because Snitzer raised similar capitalization allegations at a prior hearing. This Court overruled these objections in authorizing the sale of property. Kinsella and Diamond adopt the Debtors' arguments but add a procedural objection to the third-party complaint as improper under Fed.R.Civ.P. 14(a), made applicable by Fed.R.Bankr.P. 7014.

## III. Discussion

A Motion to Dismiss under Fed.R.Civ.P. 12(b)(6), made applicable by Fed.R.Bankr.P. 7012, tests the sufficiency of the complaint, not the merits. *Gibson v. City of Chicago*, 910 F.2d 1510, 1520 (7th Cir. 1990). Well-pleaded allegations contained in the complaint are regarded as true and are to be read in a light most favorable to the plaintiff. *United Independent Flight Officers v. United*

---

[7]Kinsella and Diamond are jointly represented by Tabet, DiVito & Rothstein, LLC ("TDR"). TDR was counsel for Kinsella and Diamond before the bankruptcy and was authorized by this Court on May 30, 2007 to continue to pursue claims against Snitzer in state court. Kinsella and Diamond are suing Snitzer therein on the Debtors' behalf.

*Air Lines*, 756 F.2d 1262, 1264 (7th Cir. 1985). If the complaint contains allegations of evidence from which a trier of fact may reasonably infer necessary elements of proof that will be addressed at trial, dismissal is improper. *Sidney S. Arst Co. v. Pipefitters Welfare Educ. Fund*, 25 F.3d 417, 421 (7th Cir. 1994).

*A. Snitzer's Standing to Assert a Claim for Equitable Subordination Pursuant to 11 U.S.C. § 510(c)*[8]

The Debtors first attack Snitzer's third-party complaint arguing that he lacks standing to bring such a claim. According to the Debtors, Snitzer's allegations of commingling, undercapitalization, and mismanagement are derivative claims of the estate that may be brought only by them, acting as debtors-in-possession and that any attempt by Snitzer to bring these claims violates the automatic stay imposed when the case was initially filed. Consequently, the Debtors seek sanctions against Snitzer for violating the automatic stay.

Creditors generally have no standing to bring derivative claims such as undercapitalization or breach of fiduciary duty against directors, principals, or officers of a debtor corporation without prior court approval as these claims belong to the debtor. *See Chrysler Rail Transp. Corp. v. Indiana Hi-Rail Corp.*, 1996 WL 238788 at *3 (N.D. Ill. 1996) (dismissing claim by creditor seeking

[8]Section 510(c) states:

> Not withstanding subsections (a) and (b) of this section, after notice and a hearing, the court may-
>
> (1) under principles of equitable subordination, subordinate for purposes of distribution all or part of an allowed claim to all or part of another allowed claim or all or part of an allowed interest to all or part of another allowed interest; or
>
> (2) order that any lien securing such a subordinated claim be transferred to the estate.

11 U.S.C. § 510(c).

damages for undercapitalization of debtor corporation as claim properly belonged to the trustee); *see also Koch Ref. v. Farmers Union Cent. Exch., Inc.*, 831 F.2d 1339, 1346 (7th Cir. 1987), *cert. denied*, 485 U.S. 906 (1988) (recognizing that claims against officers, directors, and shareholders are claims of the bankruptcy estate). However, the Seventh Circuit has held that creditors have direct standing to pursue an equitable subordination claim under § 510. *Matter of Vitreous Steel Products Co.*, 911 F.2d 1223, 1231 (7th Cir. 1990); *In re SRJ Enterprises, Inc.*, 151 B.R. 189, 196-97 (Bankr. N.D. Ill. 1993). As *Vitreous Steel* stated:

> Equitable subordination is not a benefit to all unsecured creditors equally, at least where the creditor whose claim is objected to is at least partially unsecured; it is a detriment to the creditor whose debt is subordinated. Thus, when a party seeks equitable subordination, it is not acting in the interests of all the unsecured creditors. While the Trustee [or debtor-in-possession] may find that it is in the best interests of the estate to seek equitable subordination, individual creditors have an interest in subordination *separate and apart* from the interests of the estate as a whole. The individual creditor should have an opportunity to pursue its separate interest.

*Vitreous Steel*, 911 F.2d at 1231 (emphasis added).

To equitably subordinate a claim under § 510, the three-prong balancing test first enunciated in *Matter of Mobile Steel Co.*, 563 F.2d 692, 700 is utilized. *Vitreous Steel*, 911 F.2d at 1237. When applying the test, the court must consider whether "(1) the claimant creditor has engaged in some sort of inequitable misconduct; (2) the misconduct has resulted in injury to the other creditors or in unfair advantage to the miscreant; and (3) subordination of the debt is consistent with other provisions of the bankruptcy code." *Id.* This inquiry must be applied on a case-by-case basis focused on fairness to the other creditors with the court considering all relevant circumstances in deciding whether to subordinate a claim. *Id.*

In his third-party complaint, Snitzer alleges that Kinsella and Diamond engaged in inequitable conduct by disregarding corporate formalities with regard to the Debtor LLCs,

undercapitalization by failing to capitalize the project as required under the operating agreements of the LLCs, and gross mismanagement, citing several examples. Taken as true for the purposes of this motion under Fed.R.Civ.P. 12(b)(6), these allegations support a finding that the first prong of the *Mobile Steel* test, that the creditor has engaged in equitable misconduct, has been satisfied. Snitzer further alleges that this inequitable conduct led to the Debtors' descent into bankruptcy, thereby injuring Snitzer as a member of the Debtor LLCs, satisfying the second prong of the test that the alleged misconduct results in injury to the other creditors. Further, if Snitzer succeeds in asserting his subordination claim, it would be consistent with the Code's general good faith requirements, meeting the third prong. He would be placed ahead of Kinsella and Diamond when distributions, if any, are made as a matter of fairness. Since Snitzer has standing to pursue a claim for equitable subordination under § 510 of the bankruptcy code as indicated in *Vitreous Steel* and has pled an adequate claim, the motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6) for lack of standing is denied.

Since Snitzer has standing to bring his claim for equitable subordination, he has not violated the automatic stay in seeking this relief. As such, sanctions against Snitzer are inappropriate and will not be granted.

*B. The* Barton *Doctrine*

The Debtors next argue that Snitzer's third-party complaint violates the *Barton* doctrine by bringing an action against Kinsella and Diamond for acts related to their post-petition management of the Debtors. To support this contention, the Debtors point to paragraphs 41-45, 67, 72, 78, and 87(f)-(l) of Snitzer's third-party complaint. These paragraphs state:

> 41. Since taking over management from Snitzer in June 2005, Kinsella and Diamond have not been observing corporate formalities and have improperly commingled (and have stated

that they intend to continue commingling) funds and assets of the separate LLCs.

42. In particular, Kinsella and Diamond have used revenues from River Village West's industrial properties to pay for expenditures of River Village to perform work on Bridgeport Village Phase I.

43. Additionally, Kinsella and Diamond used the equity from River [Village] West's industrial properties as collateral for loans whose proceeds were used to pay for expenditures of River Village to perform work on Bridgeport Village Phase I.

44. Kinsella and Diamond also started using JS II as an operating company and have purported to have that company assume liabilities of River Village, without the consent of Snitzer.

45. Additionally, Kinsella and Diamond are proposing that the Court approve a substantive consolidation of the Debtors, pursuant to which proceeds of the sale of River Village West's (or, in their view, JS II's) industrial properties would generate cash to pay for or reimburse expenditures on Bridgeport Village for the benefit of River Village.

[...]

67. Despite River Village's requirement for capital to complete Bridgeport Village from 2005 to the present, Kinsella and Diamond have repeatedly refused to restore their previous capital contributions or to make additional capital contributions. Instead, upon information and belief, they have made what they characterize as "loans," in an aggregate amount that is substantially less than their prior capital contributions.

[...]

72. If Kinsella and Diamond had contributed capital to River Village pursuant to their obligations to do so, they could have avoided placing the Debtors into bankruptcy, which would have avoided the expenditure of several million dollars in administrative expenses, as well as the recent sale of the "Iron Street Property" at a distressed, as-zoned price of $12.50 per square foot.

[...]

78. Based on their own repeated declarations of financial crisis and statements to the Bankruptcy Court of a need for cash for the operations of Bridgeport Village, Kinsella and Diamond have admitted that River Village "requires additional capital contributions" and that such capital is "reasonably necessary to meet the expenses and obligations of the Company."

[...]

87. Based on the incomplete disclosures and discovery he has received to date, Snitzer is informed and believes that Kinsella and Diamond made several serious and material management errors that have diminished the profitability of River Village. Full discovery and an accounting are required to determine the scope and extent of their errors and their impact. He [Snitzer] presently believes that the errors include, without limitation, the following:

[...]

f. Spending unnecessarily large sums on "warranty" or "punch list" work. Based on Snitzer's experience as a developer, the sums reported by Kinsella and Diamond may reflect that they have agreed to repair certain alleged problems in sold homes that were out

of warranty or that were maintenance issues rather than construction defects for which River Village was responsible and/or they grossly overpaid for legitimate punch list or warranty work. Discovery is required to determine what these funds were spent on and whether such expenditures were proper. Alternatively, Kinsella and Diamond should be seeking reimbursement from the design professionals, contractors or material suppliers (and their insurers) who were responsible for the alleged problem.

g. Agreeing, upon information and belief, to the costly installation of "structural gates" to remedy an alleged structural issue raised by the City of Chicago. Kinsella and Diamond should either have contested the gates requirement as unreasonable (since the City is imposing the requirement at Bridgeport Village but not on approximately thirty thousand other similarly constructed homes in the City, and the City has admitted that the alleged structural problem poses no life or safety issues), or, alternatively, should be seeking reimbursement from the design professionals (and their insurers) who were responsible for the structural condition giving rise to the alleged problem.

h. Kinsella and Diamond were grossly negligent with respect to the very slow pace with which River Village completed and sold homes after June 2005. Under Snitzer's management, River Village completed and sold homes at a much more rapid rate. Kinsella and Diamond's very slow progress, combined with the excessive expenditures to complete and build homes, unnecessarily exacerbated the liquidity problems of River Village.

I. Kinsella and Diamond were grossly negligent with respect to their failure for over two years to sell undeveloped lots at Bridgeport Village to generate revenue for River Village.

By bringing these claims, the Debtors contend that Snitzer violated the *Barton* doctrine and should face sanctions for doing so.

The *Barton* doctrine, first announced by the Supreme Court in *Barton v. Barbour*, provides that a trustee of a bankruptcy estate is a statutory successor to the equity receiver and that a receiver cannot be sued without leave of the court appointing him. *Barton v. Barbour*, 104 U.S. 126, 128-29 (1881). Since the bankruptcy court appoints the trustee that administers property of the estate that is under the control of the bankruptcy court pursuant to the bankruptcy code, the trustee is essentially an agent of the court. *Matter of Linton*, 136 F.3d 544, 545 (7th Cir. 1998). Therefore, under the *Barton* doctrine, leave from the appointing court is required before filing suit against a trustee for acts done within the trustee's administrative capacity. *Id.* Further, the *Barton* doctrine bars suits

against the trustee in the appointing court as well as a foreign forum, such as a state court. *In re marchFIRST, Inc.*, 378 B.R. 563, 566-67 (Bankr. N.D. Ill. 2007) (Schwartz, J.). A debtor-in-possession enjoys the same rights and protections as a bankruptcy trustee. 11 U.S.C. § 1107(a); *Precision Industries v. Qualitech Steel SBQ, LLC*, 327 F.3d 537, 545 (7th Cir. 2003). Without prior court approval for suits against a trustee (or a debtor-in-possession, as in this case), a trustee would face the burden of defending the suit and the threat of distraction, raising the concern that it would be more difficult to appoint a trustee because the appointment would be less appealing or more costly. *See marchFIRST*, 378 B.R. at 567 (addressing those same concerns that were raised in *Linton*).

Snitzer makes three arguments disputing the Debtors' contention that the *Barton* doctrine has been violated. First, he argues that *marchFIRST* was wrongly decided and urges that the *Barton* doctrine only applies to suits in a foreign forum, not a suit brought in the appointing court. Second, Snitzer distinguishes *Linton* since equitable subordination, and not damages against the trustee (or debtor-in-possession), is being sought in this case. Finally, he argues that the *Barton* doctrine does not apply in this case because he is seeking relief from Kinsella and Diamond for pre-petition acts.

In his first argument against application of the *Barton* doctrine, Snitzer contends *marchFIRST* ignored the "concern with the integrity of the bankruptcy jurisdiction" that a suit against a trustee in another forum would threaten, as stated in *Linton*. *Linton*, 136 F.3d at 546. He asserts that there would be no threat to the "integrity of the bankruptcy jurisdiction" by allowing his claim because the appointing court would be deciding the matter. Snitzer further urges that the holding in *marchFIRST* is *dicta*, since the case was actually decided on a statute of limitations issue and is therefore not binding on this Court. However, the policy concerns recognized by both *Linton* and

*marchFIRST* against allowing suits against a trustee without prior court approval are involved here. Even a suit against a trustee in the appointing court subjects a trustee to the burden of defending a suit (or multiple suits) at a cost to a trustee and to the estate. This could affect effective administration of a bankruptcy estate. Therefore, this Court respectfully declines to disregard *marchFIRST*.

The remedy distinction Snitzer argues carries some weight. Whether facing a suit for damages or equitable subordination, the same burdens would exist for a trustee in defending the suit, except that equitable subordination targets other creditors, not the trustee. The Debtors have not been sued in the third-party complaint. They have not been named as defendants therein and no relief as to them is sought there.

Snitzer's strongest argument is that the *Barton* doctrine is inapplicable because the events underlying the undercapitalization claims occurred pre-petition and not during the administration of the bankruptcy estate. Therefore, the *Barton* doctrine would be inapplicable for events occurring during that time. Snitzer would be barred, however, from asserting claims against Kinsella and Diamond for acts occurring after March 5, 2007 without prior approval of this Court. The issue of potential sanctions for a *Barton* doctrine violation is premature. The *Barton* doctrine does not defeat Snitzer's equitable subordination claim.

C. *Res Judicata* and Collateral Estoppel

The Debtors next argue that Snitzer's claims regarding undercapitalization are barred under the doctrine of *res judicata*. Under *res judicata*, "[a] final judgment on the merits of an action precludes the parties or their privies from relitigating issues that were or could have been raised in that action." *SECA Leasing Ltd. Partnership v. Nat'l Canada Finance Corp.*, 159 B.R. 522, 523

(Bankr. N.D. Ill. 1993) (quoting *Federated Dep't Stores, Inc. v. Moitie*, 452 U.S. 393, 398 (1981)). Three essential elements must be satisfied in order for *res judicata* to apply. *La Preferida, Inc. v. Cerveceria Modelo, S.A. de C.V.*, 914 F.2d 900, 907 (7th Cir. 1990). These elements are "1) a final judgment on the merits in an earlier action; 2) an identity of the cause of action in both the earlier and later suit; and 3) an identity of parties or privies in the two suits." *Id.* A bankruptcy sale order is considered a final judgment on the merits for purposes of *res judicata*. *Matter of Met-L-Wood Corp.*, 861 F.2d 1012, 1016 (7th Cir. 1988). In the Seventh Circuit, identity of a cause of action is determined under the "same transaction" test. *Alexander v. Chicago Park Dist.*, 773 F.2d 850, 854 (7th Cir., 1985), *cert. denied*, 475 U.S. 1095 (1986). Under this test, identity of a cause of action consists of a "single core of operative facts which give rise to a remedy." *Id.*

The Debtors argue Snitzer's undercapitalization allegations were decided when this Court entered an order approving the sale of the "Iron Street" property on December 10, 2007. The sale was precipitated by the fact that a $5 million payment was due to a secured lender in early 2008. Snitzer objected to the sale, specifically the amount of funds the sale would bring into the estate. The objection centered on Snitzer's assertion that the failure of Kinsella and Diamond to contribute capital as provided by the River Village operating agreement required the Debtors to sell the property as zoned for a much lower price than it would sell for if it was rezoned as was planned for the project. Had the capital contributions been made, Snitzer argues, the estate would not have been forced to sell the property in what Snitzer characterized as a fire sale. Snitzer argues that the lender could be paid from the required $8.5 million contribution from Kinsella and Diamond instead of selling the "Iron Street" property as zoned, at a lower value. Snitzer's objections were overruled in the December 10, 2007 sale order.

Snitzer argues that *res judicata* is inapplicable in this case for several reasons. First, Snitzer argues *Precision Industries* bars the application of *res judicata* in cases where the issue is before the court that issued the sale order in the same bankruptcy proceeding. Snitzer notes that the cases cited by the Debtors involved cases of an attack on the sale order itself. Snitzer distinguishes the present case by noting that he is seeking equitable subordination based on failure to contribute capital and is not attacking the sale order. Snitzer's reliance on *Precision Industries* is mistaken. In *Precision Industries*, the plaintiff leased a warehouse from the defendant. *Precision Industries*, 327 F.3d at 540. The defendant lessor filed for chapter 11 bankruptcy during the term of the lease. *Id.* As part of the bankruptcy, the defendant obtained a sale order authorizing the sale of the warehouse to another company affiliated with the debtor free and clear of any interests pursuant to 11 U.S.C. § 363(f). *Id.* at 540-41. Although present at the sale hearing, the plaintiff lessee did not raise any objections to the sale itself. *Id.* After the sale order was entered, the plaintiff lessee vacated the warehouse well before the lease term expired. *Id.* at 541. The defendant lessor then changed the locks and sealed off access from the plaintiff lessee who subsequently tried to reenter the property. *Id.* The plaintiff lessee filed suit in a district court alleging, *inter alia*, wrongful eviction and breach of contract. *Id.* The defendant lessor argued that § 363(f) extinguished any rights or interests the plaintiff had in the property. *Id.* Conversely, the plaintiff argued that § 363(f) did not apply; instead § 365(h) applied. *Id.* The language in § 365(h) indicates that a sale of real property pursuant to § 363 did not eliminate a lessee's possessory interest in property subject to a sale order, thus setting up a confrontation between the two subsections. *Id.* Both the plaintiff and defendant requested that the district court remand the matter back to the bankruptcy court in order to clarify the order by determining which provision prevailed. *Id.* On remand, the bankruptcy court

held, *inter alia*, that the sale order eliminated any possessory interest the plaintiff had in the property, including the remaining term of its lease. *Id.* Further, the bankruptcy court held that the plaintiff was barred by *res judicata* from further proceeding in the action since the plaintiff had an opportunity to object to the sale but failed to do so. *Id.* 541-42. On appeal, the Seventh Circuit held *res judicata* did not apply since both parties asked the bankruptcy court to clarify a previous order and the bankruptcy judge rendered a decision on the merits that the sale order eliminated the plaintiff's possessory interest. *Id.* at 543. Basically, *Precision Industries* dealt with a dispute regarding property interests *resulting* from the sale order, not issues attacking the sale order itself. Therefore, Snitzer's broad reading of *Precision Industries* that *res judicata* is inapplicable when the issue is heard before the same judge who issued the sale order is not persuasive.

Snitzer also argues that *res judicata* does not apply because the claims raised in the third-party complaint and the objection to the sale of the "Iron Street" property are different. Although he acknowledges that both claims assert a common fact in that both involve the failure to contribute capital by Kinsella and Diamond pursuant to the River Village operating agreement, there are additional facts rendering *res judicata* inapplicable. In the "Iron Street" property objection, Snitzer maintains that his argument was that the capital contribution requirement under the operating agreement was triggered when the loan payment became due and was a better financial alternative than selling property as zoned in 2007. Snitzer now argues in his third-party complaint that undercapitalization led to financial problems resulting from the failure of Kinsella and Diamond to contribute necessary capital after they were appointed as managers in 2005. Under Snitzer's argument, both claims are based on different evidence and facts, mainly that the objection to the sale of the "Iron Street" property involved financial issues in late 2007; the third-party complaint relates

to the financial condition of the project in 2005 and 2006.

Applying the elements for *res judicata* in this case, the first and third elements are not in issue. Snitzer concedes that the December 10, 2007 sale order of the "Iron Street" property was a final decision on the merits. The parties do not dispute that the parties involved in the objection to the sale of the "Iron Street" property are the parties currently before the Court in the third-party action.[9] At issue is whether Snitzer's third-party complaint, as it alleges undercapitalization by Kinsella and Diamond, is based upon the same core of operating facts involved in the "Iron Street" property sale objection.

In this case, Snitzer's argument, that the undercapitalization issues raised in the "Iron Street" property sale are different than the undercapitalization issues in the present motion, is persuasive. The applicable argument in Snitzer's objection to the sale of the "Iron Street" property was:

> *Rather* than engage in a fire sale, Messrs. Kinsella and Diamond *should* honor their contractual obligation to contribute capital. Under the River Village I LLC Operating Agreement, Messrs. Kinsella and Diamond are obligated to contribute up to $8.5 million in capital when the LLC "requires" it... *If they were to* honor their capital contribution obligation, they *could* contribute either the $5 million needed for the DIP financing pay-down in January, or the amount needed for increased monthly payments, which would be paid back upon a resale subject to zoning.

(Snitzer's Objections to Proposed Sale of Commercial Properties, and Motion to Compel Debtors to Make Full Disclosure Regarding Sale of Debtors' Commercial Real Estate and to Enlarge Scope of Rule 2004 Examinations, attached as Ex. B to Third-Party Defendants Kinsella and Diamond's Motion to Dismiss Snitzer's Third-Party Complaint, pgs. 14-15) [Dkt. 510] (emphasis added).

---

[9]There may be an issue as to whether Kinsella and Diamond were parties to the sale order hearing since that hearing involved Snitzer's objections to the Debtor's motion to approve sale, a proceeding where Kinsella and Diamond were not named parties. In any event, Kinsella and Diamond are in privity with the Debtors as they are the Debtors' current managers.

Snitzer's contention that this objection suggested an alternative to the sale seems likely. The language from the applicable language from the objection suggests this. Further, Snitzer alleges that the undercapitalization that occurred in 2005 and 2006 concerns issues different from those raised in the sale objection. The language in the objection to the sale does not involve capitalization relating to those years but to a different period of time, from March 5, 2007 to when the objection was before the Court in December 2007. However, Snitzer is not seeking to disturb the sale order but is seeking a different remedy, equitable subordination. There is no attack on the sale order. Since the third-party complaint is not based on the same core of operative facts which give rise to a remedy, there is no identity of causes of action. Snitzer did not seek to enforce the obligation in December at the sale hearing; therefore, his effort to rely on it in the third-party complaint is fresh, it is not an effort to relitigate. Snitzer should not have been required to seek equitable subordination in December because equitable subordination must proceed via an adversary proceeding, as required under Fed.R.Bankr.P. 3007(b) and 7001(8), making it impractical to delay a sale until trial of an adversary proceeding which takes longer to resolve because it entails discovery and motion practice. The Debtors' motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6) Snitzer's third-party complaint due to the undercapitalization claim as barred by *res judicata* is denied.

Kinsella and Diamond also urge that Snitzer's undercapitalization allegations are barred by collateral estoppel. Collateral estoppel bars litigation of an issue of law or fact where the issue was actually litigated and decided in a prior action. *La Preferida*, 914 F.2d at 905 n.7. Four elements must be met for collateral estoppel to apply: "1) the issue sought to be precluded must be the same as that invoked in the prior action, 2) the issue must have been actually litigated, 3) the determination of the issue must have been essential to the final judgment, and 4) the party against whom estoppel

is invoked must be fully represented in the prior action." *Id.* at 906.

In this case, the test cannot be met for the same reasons the applicability of *res judicata* was rejected. The issues in the objection and the third-party complaint regarding undercapitalization do not cover the same period of time. The second requirement that the issue must have been actually litigated cannot be satisfied herein either. The capitalization issue was not litigated; it was asserted in a summary fashion but not actually plead and proven, which should be the standard as to whether an issue has been previously litigated. Further, the third element is not met either. Granting the sale motion only required a determination that "a good, sufficient, and sound business purpose and justification and compelling circumstances" existed in order to approve the sale. (Order Under 11 U.S.C. §§ 105, 363, and 365 and Fed.R.Bankr.P. 6004 and 6006, (A) Approving Purchase and Sale Agreement, (B) Authorizing Sale of Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests, and (C) Granting Related Relief, attached as Ex. C to Third-Party Defendants Kinsella and Diamond's Motion to Dismiss Snitzer's Third-Party Complaint, ¶ I, pg. 4). Deciding and specifically ruling on the capitalization issue was not necessary to make this determination. The Court's order merely overruled the objections without determining the issue of capitalization requirements. The sale motion was granted because it was clear that the proposed sale had a valid business justification. The sale order, however, did not eliminate future consideration of the undercapitalization concerns. The equitable subordination effort and other remedies such as breach of fiduciary duty, etc. are available to address this issue. Therefore, Kinsella and Diamond's motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6) Snitzer's undercapitalization claims on collateral estoppel grounds is denied.

*D. Federal Rule of Bankruptcy Procedure 7014*

Kinsella and Diamond additionally move to dismiss Snitzer's third-party complaint arguing that it is procedurally improper. They urge that a claim for equitable subordination cannot be filed as a third-party claim under Fed.R.Bankr.P. 7014(a).

Kinsella and Diamond also argue that because Snitzer does not allege that they are liable to him for all or a part of the claim against them, that he can not use Fed.R.Civ.P. 14 to combine all controversies having a common relationship into one action. Because there are no allegations that Kinsella and Diamond are liable to Snitzer or SFLLC for all or part of a claim against them, the third-party complaint fails for this reason too.

Fed.R.Bankr.P. 7001(8) requires that claims for equitable subordination be pursued via an adversary proceeding. *See* Fed.R.Bank.P. 7001 ("The following are adversary proceedings:... (8) a proceeding to subordinate any allowed claim or interest, except when a chapter 9, chapter 11, chapter 12, or chapter 13 plan provides for subordination[.]"); *see also In re Protarga, Inc.*, 2004 WL 1906145 at *3 (Bankr. D. Del. 2004) ("Claims for equitable subordination must be brought as a separate adversary proceeding pursuant to Rule 7001(8) of the Federal Rules of Bankruptcy Procedure.").

Snitzer concedes that his third-party complaint is improper under Rule 7014, but that the improper filing is a technicality. Although a technicality, it is improper under the Federal Rules of Bankruptcy Procedure and must be dismissed. However, this does not preclude Snitzer from filing a complaint in an adversary proceeding. Therefore, Kinsella and Diamond's motion to dismiss Snitzer's third-party complaint pursuant to Fed.R.Bankr.P. 7014 is granted without prejudice to

Snitzer bringing a separate adversary proceeding relating to these matters within thirty days.[10]

**IV. Conclusion**

For the reasons set forth above, the Debtors' and Third-Party Defendants' Motions to Dismiss Third-Party Complaint (Dkt. Nos. 509 and 510) pursuant to Federal Rule of Civil Procedure 12(b)(6) (made applicable by Federal Rule of Bankruptcy Procedure 7012) are denied. Third-Party Defendants' Motion to Dismiss Third-Party Complaint (Docket No. 510) pursuant to Federal Rule of Civil Procedure 14(a) is granted without prejudice.

**Dated:** May 27, 2008

**Enter:**

Jacqueline P. Cox

**Jacqueline P. Cox**
**U.S. Bankruptcy Judge**

[10]The Debtors' counterclaim to the objection should have been pursued as an adversary proceeding. Fed.R.Bankr.P. 3007(b).

E-FILED ON 6-26-08
DKT. # 695

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| J.S. II, L.L.C., *et al.*, | ) | Case No. 07-03856 (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Jacqueline P. Cox |

**APPELLANTS' DESIGNATION OF RECORD ON APPEAL FROM AN ORDER ENTERED AND DOCKETED ON MAY 27, 2008 AS DOCKET NO. 676 AND STATEMENT OF ISSUES ON APPEAL**

Pursuant to Fed. R. Bankr. P. 8006, J.S. II, L.L.C., River Village I, L.L.C., and River Village West, L.L.C. ("Appellants") designate the following items to be included in the record on appeal from an order entered and docketed on May 27, 2008 as Docket No. 676. Appellants reserve the right to supplement and amend its designation of the record on appeal as may be necessary for the purposes of their appeal.

**A. APPELLANTS' DESIGNATION OF DOCUMENTS**

| Record No. | Docket No. | Docket Text | Filing Date |
|---|---|---|---|
| 1 | 188 | Appellees' Proof of Interest | 05/31/2007 |
| 2 | 311 | Appellants' Objection to Proof of Interest | 11/01/2007 |
| 3 | 313 | Notice of Motion and Motion to Approve Assumption and Assignment of Certain Leases and Approve the Sale Terms and Procedures Therefor, in addition to Notice of Motion and Motion to Sell Property free and clear of Lien - Certain Real Estate Outside the Ordinary Course of Business (3333 S. Iron St. and 1500 W. 33rd St., Chicago, IL) | 11/01/2007 |

**08CV3582**
**JUDGE SHADUR**
**MAGISTRATE JUDGE DENLOW**

| Record No. | Docket No. | Description | Filing Date |
|---|---|---|---|
| 4 | 319 | Notice of Filing and Appellees' Sale Objection | 11/05/2007 |
| 5 | 323 | Response to Appellees' Sale Objection | 11/07/2007 |
| 6 | 400 | Order Granting Motion to Sell Property | 12/10/2007 |
| 7 | 406 | Appellees' Answer and Third Party Complaint | 12/14/2007 |
| 8 | 509 | Appellants' Notice of Motion and Motion to Dismiss Third Party Complaint | 02/08/2008 |
| 9 | 510 | Kinsella's and Diamond's Notice of Motion and Motion to Dismiss Case pursuant to Rules 12 and 14 of Federal Rules of Civil Procedure | 02/08/2008 |
| 10 | 546 | Appellees' Response to Motion to Dismiss | 03/03/2008 |
| 11 | 547 | Response to Motion to Dismiss | 03/03/2008 |
| 12 | 586 | Appellants' Reply | 03/21/2008 |
| 13 | 676 | Memorandum Opinion | 05/27/2008 |
| 14 | 683 | Notice of Appeal to District Court | 06/05/2008 |

**B. APPELLANTS' DESIGNATION OF TRANSCRIPTS**

No transcripts are required for this appeal.

## C. APPELLANTS' STATEMENT OF THE ISSUES ON APPEAL

1.  Did the bankruptcy court err in determining that the Appellees did not violate the automatic stay by asserting prepetition derivative claims of the Appellants' chapter 11 estates for Appellees' personal benefit?

2.  Did the bankruptcy court err in determining that the prepetition derivative claims asserted by Appellees are not property of the Appellants' chapter 11 estates?

3.  Did the bankruptcy court err in determining that the doctrine of *res judicata* or claim preclusion did not bar a certain claim asserted by Appellees?

Respectfully submitted,

J.S. II, L.L.C.; River Village I, L.L.C.;
and River Village West, L.L.C.

Dated: June 16, 2008

By:  /s/ Steven B. Towbin
     One of their attorneys

Steven B. Towbin (#2848546)
Janice A. Alwin (#6277043)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610
P: (312) 276-1333
F: (312) 275-0569

## File an Appeal:

07-03856 J.S. II, L.L.C.

Type: bk Chapter: 11 v Office: 1 (Chicago)
Judge: JPC Assets: y Case Flag: JNTADMN, LEAD, APPEAL

**U.S. Bankruptcy Court**

**Northern District of Illinois**

Notice of Electronic Filing

The following transaction was received from Towbin, Steven B entered on 6/16/2008 at 3:30 PM CDT and filed on 6/16/2008

**Case Name:** J.S. II, L.L.C.
**Case Number:** 07-03856
**Document Number:** 695

**Docket Text:**
Appellant Designation of Contents for Inclusion in Record and Statement of Issue On Appeal Filed by Steven B Towbin on behalf of J.S. II, L.L.C., River Village I, L.L.C., River Village West, L.L.C.. (RE: [683] Notice of Appeal, ). (Towbin, Steven)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**F:\DOCS\SBT\5618\STA\A0209336.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686655 [Date=6/16/2008] [FileNumber=20071785-0] [0ef78735d616f0876ec708cbe1438635b7d9b17fff46f3dd93398a044c4b23afb0f3e73b9709cc9b176e4b91a8af7c1bc577fbc8cd3aaa0695c675621dfe1f0b]]

**07-03856 Notice will be electronically mailed to:**

Janice A Alwin jalwin@shawgussis.com

Elizabeth A. Bates ebates@huckbouma.com, mtolvaysh@huckbouma.com

Marc O. Beem mbeem@millershakman.com, mpadilla@millershakman.com;tlawhead@millershakman.com

Timothy W Brink timothy.brink@dlapiper.com

William R. Brodzinski wbrodzinski@mrvlaw.com

Jeffrey A Chadwick jeffrey.chadwick@kattenlaw.com

Patrick A Clisham    pclisham@shawgussis.com

David W Cybak    cybakassoc@yahoo.com

Blanca R Dominguez    bdominguez@bbp-chicago.com, ggurgel@bbp-chicago.com

Brian M. Dougherty    bmd@gsrnh.com

Barry A Erlich    berlich@rb-llp.com

Edward W Feldman    efeldman@millershakman.com, odom@millershakman.com

Vipin R Gandra    vgandra@shawgussis.com, lgonzalez@shawgussis.com

Karen R Goodman    kgoodman@shefskylaw.com, sfdocket@shefskylaw.com

Allen J Guon    aguon@shawgussis.com

Christopher J Hales    chales@bbp-chicago.com

Christopher J Lawhorn    cjlawhorn@bryancave.com

Adrian E Mazar    mazaresq@sbcglobal.net, AdrianMazar@comcast.net

Mary Ann Murray    mmurray@bbp-chicago.com

William T Neary    USTPRegion11.ES.ECF@usdoj.gov

Eric S. Prezant    eric.prezant@bryancave.com

Peter J Roberts    proberts@shawgussis.com

Travis Rojakovick    trojakovick@mayerbrown.com

Richard A. Saldinger    rsaldinger@shawgussis.com

Daniel L Stanner    dstanner@tdrlawfirm.com

Catherine L Steege    csteege@jenner.com, docketing@jenner.com

Lawrence A. Stein    lstein@huckbouma.com, lkoster@huckbouma.com

Matthew A Swanson    matthew.swanson@bfkn.com

Steven B Towbin    stowbin@shawgussis.com

Esther E Tryban Telser    etrybantelser@cityofchicago.org

Greta G Weathersby    g.weathersby@pecorp.com

**07-03856 Notice will not be electronically mailed to:**

Kathy S Antunovich

,

James A. Balcer
321 S. Plymouth Court
Suite 1500
Chicago, IL 60604

James D Brusslan

,

Timothy R. Casey
Drinker Biddle Gardner Carton
191 N Wacker Dr Ste 3700
Chicago, IL 60606

Collier Bennerr & Kahnweiler Inc ("CBK")

,

Gary K DeClark

,

Tabet Divito

,

Dranias, Harrington & Wilson ("Harrington")

,

Drinker Biddle Gardner Carton

,

Drinker Biddle Gardner Carton

,

Elston Ace Hardware
2825 W. Belmont Ave.
Chicago, IL 60618,

Karen R. Goodman
Shefsk & Froelich, Ltd
111 East Wacker Drive
Chicago, Il 60611

Mary Jo Greene
Doherty & Progar LLC
200 W. Adams St Ste 2220
Chicago, IL 60606

Jingtao Guo

,

Keith W Harrington
,

High Ridge Partners Inc
,

Integra Realty Resources - Chicago Metro
,

Jenner & Block LLC
One IBM Plaza
Chicago, IL 60611

Jenner & Block LLP
330 N. Wabash Ave.
Chicago, il 60611

Tom & Joell Krueger
,

Mark Masur
2114 Deerpath Road
Aurora, IL 60506

Steven Pearlman
,

John W Potter
225 W Washington St Ste 1400
Chicago, Il 60606

Jose Ruiz
1208 West 33rd Place
Chicago, IL 60608

Sandra Ruiz
1208 West 33rd Place
Chicago, IL 60608

Vernon Schultz
,

Shaw Gussis Fishman Glantz Wolfson & Towbin Llc
321 North Clark Street Suite 800
Chicago, IL 60610

Aaron C Smith
Lord Bissell & Brook LLP
111 South Wacker Drive
Chicago, IL 60606-4410

Anthony Spendoria

,

Tabet DiVito Rothstein LLC

,

The Clinton Companies

,

Robert C Vagnieres

,

John J Vondran

,

Karen Wiebe

,