**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

JS II LLC
                Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−03582
　　　　　　　　　　　　　　　　　　　Honorable James B. Moran

Thomas A. Snitzer
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

      MINUTE entry before the Honorable James B. Moran: Status hearing is set for 10/1/2008 at 09:15 AM. By agreement of the parties, initial briefs re bankruptcy appeal to be filed by 8/12/2008. Response to be filed by 9/12/2008. Reply to be filed by 9/26/2008.Mailed notice(ldg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.