UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JS II, et al., | § | |
| | § | Case No. 08-C-03582 |
| Debtors/Appellants, | § | |
| | § | Appeal from |
| v. | § | Bankr. Case No. 07-03856 |
| | § | (Jointly Administered) |
| Thomas A. Snitzer and Snitzer Family llc, | § | |
| | § | Chapter 11 |
| Plaintiffs/Appellees. | § | |
| | § | |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **July 22, 2008** at **9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable James B. Moran in courtroom 1843 of the United States District Court for the Northern District of Illinois, 219 South Dearborn St., Chicago, Illinois, or before any Judge sitting in his place and stead, and shall then and there present the **Appellees' Motion to Dismiss Appeal for Lack of Jurisdiction**, a copy of which has been served upon, at which time and place you may appear if you so wish.

Dated: July 15, 2008                      THOMAS A. SNITZER and SNITZER FAMILY, LLC


By: _____/s/Edward W. Feldman_____
                    One of their attorneys


Edward W. Feldman
**MILLER SHAKMAN & BEEM LLP**
180 N. LaSalle St., Suite 3600
Chicago, IL  60601
Tel: 312.263.3700

## <u>CERTIFICATE OF SERVICE</u>

Edward W. Feldman, an attorney, certifies that on July 15, 2008 he caused service of this **Notice of Motion** and **Appellees' Motion to Dismiss Appeal for Lack of Jurisdiction** on the parties of record by CM/ECF service as to registered filing users.  There are no non-registered filing users.

Dated: July 15, 2008

                                        s/Edward W. Feldman