UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JS II, et al., <br><br>       Debtors/Appellants, <br><br> v. <br><br> Thomas A. Snitzer and Snitzer Family LLC, <br><br>       Plaintiffs/Appellees. | Case No. 08-C-03582 <br><br> Hon. James B. Moran, District Judge <br><br> Appeal from Bankr. Case No. 07-03856 <br> (Jointly Administered) <br> Chapter 11 <br><br> Hearing Date:  July 22, 2008 <br> Hearing Time:  9:00 a.m. |

### NOTICE OF FILING

    **PLEASE TAKE NOTICE** that on **July 18, 2008** the undersigned caused to be filed the attached **APPELLANTS' PRELIMINARY RESPONSE TO APPELLEES' MOTION TO DISMISS APPEAL FOR A PURPORTED LACK OF JURISDICTION,** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a true copy of which is herewith served upon you.

                                  Respectfully submitted,

                                  J.S. II, L.L.C.; River Village I, L.L.C.;
                                  and River Village West, L.L.C.

Dated:  July 18, 2008                    By:       /s/ Steven B. Towbin
                                                               One of their attorneys

Steven B. Towbin (#2848546)
Janice A. Alwin (#6277043)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610
(312) 276-1333  telephone
(312) 275-0569  facsimile
stowbin@shawgussis.com
jalwin@shawgussis.com

{5618 NTC A0211778.DOC}

## CERTIFICATE OF SERVICE

      Steven B. Towbin certifies that he caused to be served a true copy of the above and foregoing notice and attached pleadings upon the individual listed below via facsimile and by first-class U.S. Mail, postage prepaid on this 18th day of July, 2008.

                                                                           /s/ Steven B. Towbin

Edward W. Feldman
Miller Shakman & Beem LLP
180 N. LaSalle Street
Suite 3600
Chicago, IL  60601
Fax: (312) 263-3270