## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

JS II LLC

                Plaintiff,

v.                                                Case No.: 1:08−cv−03582
                                                  Honorable James B. Moran

Thomas A. Snitzer

                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

      MINUTE entry before the Honorable James B. Moran:Motion hearing held on 7/22/2008 regarding motion to dismiss/lack of jurisdiction[6]. Previous briefing schedule on Appellees' motion to dismiss appeal for lack of jurisdiction [6] to stand. Response to be filed by 9/12/2008. Reply to be filed by 9/26/2008. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.