**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>J.S. II, L.L.C., *et al.*,<br><br>                              Debtors. | |
| J.S. II, L.L.C.; RIVER VILLAGE I, L.L.C.; and RIVER VILLAGE WEST, L.L.C.,<br><br>                              Appellants,<br><br>v.<br><br>THOMAS A. SNITZER and SNITZER FAMILY L.L.C.,<br><br>                              Appellees. | Case No. 08-C-03582<br><br>Hon. James B. Moran, District Judge<br><br>(Appeal from the United States Bankruptcy Court for the Northern District of Illinois in Case No. 07-03856, Hon. Jacqueline P. Cox, Presiding) |

**CERTIFICATE OF SERVICE**

Steven B. Towbin certifies that he caused to be served a true copy of **Appellants' Brief and Appendix** upon

> Edward W. Feldman
> Marc O. Beem
> Miller Shakman & Beem LLP
> 180 N. LaSalle St., St. 3600
> Chicago, IL  60601

through the ECF System which sent notification of such filing via electronic means and via messenger delivery on August 12, 2008.

                                                                      /s/ Steven B. Towbin

Steven B. Towbin
Janice A. Alwin
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
P:  (312) 276-1333
F:  (312) 275-0569

{5618 CER A0213516.DOC}